UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
MICHAEL FEDER, Individually and On Behalf of   :
All Others Similarly Situated,                     :    Case No. 04-CV-8141

                                       :

                                       :    Judge Laura T. Swain
                Plaintiff,        :

                                       :
   - v. -                             :

                                       :
AMERICAN INTERNATIONAL GROUP, INC.,   :
MAURICE GREENBERG, HOWARD SMITH and   :
THOMAS TIZZIO,                          :

               Defendants.
-------------------------------------------------------------------x
*(Additional captions on following pages)*


**MOTION OF THE OHIO STATE FUNDS FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED
LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

```
---------------------------------------------------------------------x
JEROME NOLL, Individually and On Behalf of        :
All Others Similarly Situated,                    :   Civil Action No.: 04-CV-8226 (LTS)
                                                  :
                                                  :   Judge Laura Taylor Swain
                          Plaintiff,              :
                                                  :
                                                  :
        - v. -                                    :
                                                  :
AMERICAN INTERNATIONAL GROUP, INC.,               :
MAURICE GREENBERG, HOWARD SMITH and               :
THOMAS TIZZIO,                                    :
                                                  :
                          Defendants.             :
---------------------------------------------------------------------x
STEPHEN FRANK, On Behalf of Himself and All       :
Others Similarly Situated,                        :   Civil Action No.: 04-CV-8292 (LTS)
                                                  :
                                                  :   Judge Laura Taylor Swain
                          Plaintiff,              :
                                                  :
                                                  :
        - v. -                                    :
                                                  :
AMERICAN INTERNATIONAL GROUP, INC.,               :
MAURICE GREENBERG, HOWARD SMITH and               :
THOMAS TIZZIO,                                    :
                                                  :
                          Defendants.             :
---------------------------------------------------------------------x
JOSEPH SCUILLA, Individually and On Behalf of     :
All Others Similarly Situated,                    :   Civil Action No.: 04-CV-8336 (LTS)
                                                  :
                                                  :   Judge Laura Taylor Swain
                          Plaintiff,              :
                                                  :
                                                  :
        - v. -                                    :
                                                  :
AMERICAN INTERNATIONAL GROUP, INC.,               :
MAURICE GREENBERG, HOWARD SMITH,                  :
MICHAEL CASTELLI and MARTIN SULLIVAN,             :
                                                  :
                          Defendants.             :
---------------------------------------------------------------------x
```

```
-------------------------------------------------------------------x
EUGENE OLSEN,                                       :
                                                    :   Civil Action No.: 04-CV-8339 (LTS)
                                                    :
                        Plaintiff,                  :   Judge Laura Taylor Swain
                                                    :
        - v. -                                      :
                                                    :
AMERICAN INTERNATIONAL GROUP, INC.,                 :
MAURICE GREENBERG, HOWARD SMITH,                    :
and THOMAS TIZZIO,                                  :
                                                    :
                        Defendants.                 :
-------------------------------------------------------------------x
ROBERT J. CASEY II, On Behalf of Himself and        :
All Others Similarly Situated,                      :   Civil Action No.: 04-CV-8366 (LTS)
                                                    :
                                                    :   Judge Laura Taylor Swain
                        Plaintiff,                  :
                                                    :
        - v. -                                      :
                                                    :
AMERICAN INTERNATIONAL GROUP, INC.,                 :
HOWARD SMITH and THOMAS TIZZIO,                     :
                                                    :
                        Defendants.                 :
-------------------------------------------------------------------x
LISA M. CROUCH, On Behalf of Herself and All        :
Others Similarly Situated,                          :   Civil Action No.: 04-CV-8579  (LTS)
                                                    :
                                                    :   Judge Laura Taylor Swain
                        Plaintiff,                  :
                                                    :
        - v. -                                      :
                                                    :
AMERICAN INTERNATIONAL GROUP, INC.,                 :
MAURICE GREENBERG, HOWARD SMITH and                 :
THOMAS TIZZIO,                                      :
                                                    :
                        Defendants.                 :
-------------------------------------------------------------------x
```

```
--------------------------------------------------------------------x
MICHAEL CASSIDY, Individually and On Behalf      :
of All Others Similarly Situated,                :      Civil Action No.: 04-CV-8642 (LTS)
                                                 :
                                                 :      Judge Laura Taylor Swain
                        Plaintiff,               :
                                                 :
                                                 :
       - v. -                                    :
                                                 :
                                                 :
AMERICAN INTERNATIONAL GROUP, INC.,              :
MAURICE GREENBERG, HOWARD SMITH and              :
THOMAS TIZZIO,                                   :
                                                 :
                        Defendants.              :
--------------------------------------------------------------------x
ANNE E. FLYNN, On Behalf of Herself and All      :
Others Similarly Situated,                       :      Civil Action No.: 04-CV-9301 (UA)
                                                 :
                                                 :      Judge Unassigned
                        Plaintiff,               :
                                                 :
                                                 :
       - v. -                                    :
                                                 :
                                                 :
AMERICAN INTERNATIONAL GROUP, INC.,              :
HOWARD SMITH and THOMAS TIZZIO,                  :
                                                 :
                        Defendants.              :
--------------------------------------------------------------------x
ROBERT D. JAFFEE IRA ROLLOVER, ROBERT            :
D. & PHYLLIS A. JAFFEE FAMILY                    :      Civil Action No.: 04-CV-9615 (UA)
FOUNDATION, and ROBERT D. JAFFEE, AS             :
TRUSTEE OF THE ROBERT D. JAFFEE                  :      Judge Unassigned
REVOCABLE TRUST,                                 :
                                                 :
                                                 :
                        Plaintiffs,              :
                                                 :
       - v. -                                    :
                                                 :
                                                 :
AMERICAN INTERNATIONAL GROUP, INC.,              :
MAURICE GREENBERG, HOWARD SMITH and
THOMAS TIZZIO,

                        Defendants.
--------------------------------------------------------------------x
```

The Ohio Public Employees Retirement System, the State Teachers Retirement System Of Ohio, and the Ohio Police and Fire Pension Fund (referred to collectively as "Movant" or the "Ohio State Funds"), hereby respectfully move this Honorable Court to issue an order pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Rule 42 of the Federal Rules of Civil Procedure: (i) consolidating the above-captioned related actions, (ii) appointing Movant as Lead Plaintiff in the consolidated action, and (iii) approving Movant's selection of Goodkind Labaton Rudoff & Sucharow LLP and Hahn Loeser & Parks LLP as Co-Lead Counsel for the class.

The grounds for this motion are stated in the Memorandum of Law in support of this Motion, and the Declaration of Shelley Thompson with exhibits.

A copy of this Motion has been sent to all parties on the attached proof of service.

Dated: December 14, 2004

Respectfully submitted,

**GOODKIND LABATON RUDOFF & SUCHAROW LLP**

Thomas A. Dubbs (TD-9868)
Christopher J. Keller (CK-2347)
Shelley Thompson (MT-4109)
100 Park Avenue
New York, New York 10017
Tel: (212) 907-0700
Fax: (212) 818-0477

**ATTORNEY GENERAL OF OHIO JIM PETRO**

**HAHN LOESER & PARKS LLP**
Alan Kopit (Ohio Bar #0031965)
3300 BP Tower
200 Public Square
Cleveland, OH 44114-2301
Tel: (216) 274-2278
Fax: (216) 274-2478

*Special Counsel and Proposed Co-Lead
Counsel for the Attorney General and
Movant Ohio State Funds*