UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL FEDER, *on behalf of himself and all others similarly situated*<br><br>           *Plaintiff,*<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO | CA NO. 1:04-CV08141 (LTS) |
| JEROME NOLL, *individually and on behalf of all others similary situated*<br><br>           *Plaintiff,*<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO | CA NO. 1:04-CV08226 (LTS) |
| STEPHAN FRANK, *on behalf of himself and all others similarly situated*<br>           *Plaintiff,*<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO | CA NO. 1:04-CV08292 (LTS) |

Caption continued on next page

| | |
|---|---|
| **JOSEPH SCUILLA,** *individually and on behalf of all others similary situated*<br><br>     *Plaintiff,*<br><br>vs.<br><br>**AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO** | CA NO. 1:04-CV08336 (LTS) |
| **EUGENE OLSON**<br><br>     *Plaintiff,*<br><br>vs.<br><br>**AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO** | CA NO. 1:04-CV08339 (LTS) |
| **ROBERT J. CASEY, II,** *on behalf of himself and all others similary situated*<br><br>     *Plaintiff,*<br><br>vs.<br><br>**AMERICAN INTERNATIONAL GROUP, INC., HOWARD SMITH, AND THOMAS TIZZIO** | CA NO. 1:04-CV08366 (LTS) |

Caption continued on next page

| | |
|---|---|
| LISA M. CROUCH, *on behalf of herself and all others similary situated*<br><br>     *Plaintiff,*<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO | CA NO. 1:04-CV08579 (LTS) |
| MICHAEL CASSIDY, *individually and on behalf of others similary situated*<br><br>     *Plaintiff,*<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MAURICE GREENBERG, HOWARD SMITH, AND THOMAS TIZZIO | CA NO. 1:04-CV08642 (LTS) |

**NOTICE OF MOTION AND MOTION OF THE ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Arkansas Public Employees Retirement System's ("Movant" or "APERS") Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel and the accompanying Declaration of Catherine A. Torell, and all prior papers and proceedings herein, Movant hereby seeks an order: (i) consolidating all related actions; (ii) appointing APERS as Lead Plaintiff in this action; and (iii) approving its selection of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel.

DATED: December 14, 2004                     Respectfully submitted,


                                             _____/s/_____
                                             Catherine A. Torell (CT-0905)
                                             COHEN, MILSTEIN, HAUSFELD
                                                & TOLL, P.L.L.C.
                                             150 East 52nd Street, 30th Floor
                                             New York, NY  10022
                                             Telephone: (212) 838-7797


                                             Steven J. Toll
                                             Daniel S. Sommers
                                             Mark S. Willis
                                             COHEN, MILSTEIN, HAUSFELD & TOLL,
                                             P.L.L.C.
                                             1100 New York Ave. NW.
                                             West Tower, Suite 500
                                             Washington, DC 20005
                                             Telephone: (202) 408-4600

                                             *Proposed Lead Counsel*