Exhibit A



**YAHOO!** FINANCE Search - Finance Home - Yahoo! - Help

**Welcome** [Sign In]

To track stocks & more, Regis

## Financial News

Enter symbol(s) [_____] [Basic ▾] [Get]   Symbol Lookup

  

**Press Release**          Source: Lerach Coughlin Stoia Geller Rudman & Robbins LLP

# Lerach Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit against American International Group, Inc.

Friday October 15, 6:54 pm ET

NEW YORK--(BUSINESS WIRE)--Oct. 15, 2004--Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") (http://www.lerachlaw.com/cases/americaninternational/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of purchasers of American International Group, Inc. ("AIG") (NYSE:AIG - News) publicly traded securities during the period between October 28, 1999 and October 13, 2004 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Lerach Coughlin at 800-449-4900 or via e-mail at wsl@lerachlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.lerachlaw.com/cases/americaninternational/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges AIG and certain of its officers and directors with violations of the Securities Exchange Act of 1934. AIG is a holding company that, through its subsidiaries, is engaged in a range of insurance and insurance-related activities in the United States and abroad.

The complaint alleges that during the Class Period, defendants disseminated false and misleading financial statements to the investing public. The true facts, which were known by each of the defendants but concealed from the investing public during the Class Period, were as follows: (a) that the Company was paying illegal and concealed "contingent commissions" pursuant to illegal "contingent commission agreements;" (b) that by concealing these "contingent commissions" and such "contingent commission agreements" the defendants violated applicable principles of fiduciary law, subjecting the Company to enormous fines and penalties totaling potentially tens, if not hundreds, of millions of dollars; (c) that defendants had concealed the fact that AIG had engaged in illegal transactions using PNC-style structures with at least five additional insurers (in addition to PNC), contrary to defendants' claims on January 30, 2002; and (d) that as a result, the Company's prior reported revenue and income was grossly overstated.

On October 14, 2004, Elliot Spitzer announced he had charged several of the nation's

## Related Quote



AIG 65.30   0.00   Ne

**View Detailed Quote**
Delayed 20 mins
Quote data provided by Reuters

### Related News Stories

- [external] CSFB receives subpoena related to AIG prot - source - at Reuters (8:21 am)
- [$$] CSFB's Trading Of AIG Shares Is Scrutinized - at The V Street Journal Online (Mon Dec 13)
- [external] FINANCE: The Warranty Windfall - at BusinessWeek Online (Mon Dec 13)
- [external] Thrunet sale to alte S. Korea telecoms landscape at Reuters (Sun Dec 12)

Mor

- By industry: Class action, Insurance, Law

### Top Stories

- Fed to Boost Rate by a Quarter-Point - Associated Press (6:45 am)
- Crude Oil Prices Search for Direction - Associated Press (6:33 a
- Stocks to Open Lower After Merger Gains - Associated Press (7:06 am)
- U.S. Dollar Down Slightly Against Euro - Associated Press (8:07 am)

Mor

- Most-emailed articles
- Most-viewed articles

largest insurance companies and the largest broker with bid rigging and pay-offs he claimed violated fraud and competition laws. On this news, AIG shares fell $6.80 to $60.19 on unusually heavy trading volume of approximately 50 million shares.

Plaintiff seeks to recover damages on behalf of all purchasers of AIG publicly traded securities during the Class Period (the "Class"). The plaintiff is represented by Lerach Coughlin, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Lerach Coughlin, a 140-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston, Philadelphia and Seattle, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Lerach Coughlin lawyers have been responsible for more than $20 billion in aggregate recoveries. The Lerach Coughlin Web site (http://www.lerachlaw.com) has more information about the firm.

*Contact:*

```
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman or David A. Rosenfeld, 800-449-4900
wsl@lerachlaw.com
```

Source: Lerach Coughlin Stoia Geller Rudman & Robbins LLP

✉ Email Story        ☎ Set News Alert        🖶 Print Story

[                    ]    **Search News**

Sponsor Results

Class Action Case Funding
Oasis Legal Finance funds both plaintiffs in litigation along with their lawyers. Find out your firm's borrowing power and if your active lawsuit or settled case can get you a cash advance.
www.oasislegal.com

David P. Meyer - Class Action Attorney
Legal practice devoted to representing individuals and group consumer class actions, stockbroker misconduct claims, and broker arbitration.
www.investorclaims.com

Class Action Attorneys in Oakland, CA
A law firm dedicated to representing employees in class action litigation.
www.scalaw.com

(What's This?)

Copyright © 2004 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2004 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.