Exhibit B

REDACTED

CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Gail Stone, Executive Director of the Arkansas Public Employees Retirement System, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the class action complaint asserting securities claims against American International Group, Inc., ("AIG") and wish to join as a plaintiff, retaining Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as my counsel.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in AIG during the Class Period of October 28, 1999 through October 13, 2004 were as follows: [SEE ATTACHED DOCUMENT].

5. During the three years prior to the date of this Certificate, Plaintiff has neither sought to serve nor served as a representative party on behalf of a class in any action under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of December, 2004.

Gail H. Stone
Signed: Gail Stone for Arkansas Public Employees Retirement System

REDACTED

| Trade Date | Transaction Type (Buy/Sell) | # Shares | Share Price ($) | | Pre-Class Period Holdings |
|---|---|---|---|---|---|
| 11/2/1999 | Sell | -1200 | 66.62466667 | | 176155.5 |
| 11/23/1999 | Sell | -150 | 70.38066667 | | |
| 11/23/1999 | Sell | -5850 | 70.66133333 | | |
| 1/28/2000 | Buy | 4950 | 68.99666667 | | |
| 2/22/2000 | Sell | -3000 | 58.428 | | |
| 2/23/2000 | Sell | -300 | 57.66666667 | | |
| 2/24/2000 | Sell | -10743 | 55.91733333 | | |
| 3/16/2000 | Buy | 1200 | 62.52133333 | | |
| 3/31/2000 | Sell | -17212.5 | 72.93333333 | | |
| 4/13/2000 | Sell | -600 | 75.958 | | |
| 4/14/2000 | Sell | -4125 | 71.556 | | |
| 4/18/2000 | Buy | 3630 | 69.04933333 | | |
| 4/18/2000 | Buy | 630 | 68.97866667 | | |
| 4/19/2000 | Buy | 4425 | 69.346 | | |
| 4/26/2000 | Sell | -9000 | 76.16066667 | | |
| 5/2/2000 | Buy | 810 | 73.96933333 | | |
| 5/3/2000 | Buy | 315 | 73.958 | | |
| 5/17/2000 | Sell | -3990 | 79.486 | | |
| 5/24/2000 | Sell | -390 | 76.24133333 | | |
| 7/10/2000 | Sell | -16500 | 81.38933333 | | |
| 7/14/2000 | Buy | 705 | 80.41666667 | | |
| 7/20/2000 | Sell | -6135 | 80.82733333 | | |
| 9/25/2000 | Buy | 3530 | 92.574 | | |
| 10/13/2000 | Buy | 1110 | 91.699 | | |
| 11/9/2000 | Sell | -720 | 99.402 | | |
| 11/10/2000 | Buy | 2400 | 101.017 | | |
| 11/13/2000 | Buy | 1100 | 97.616 | | |
| 11/14/2000 | Sell | -1320 | 99.269 | | |
| 11/29/2000 | Buy | 5000 | 95.736 | | |
| 12/1/2000 | Sell | -310 | 97.115 | | |
| 12/6/2000 | Buy | 4100 | 101.25 | | |
| 12/14/2000 | Buy | 590 | 96.229 | | |
| 12/18/2000 | Buy | 320 | 95.431 | | |
| 12/22/2000 | Sell | -370 | 97.937 | | |
| 12/29/2000 | Buy | 5200 | 98.937 | | |
| 1/4/2001 | Buy | 360 | 89.043 | | |
| 1/12/2001 | Sell | -3200 | 82.429 | | |
| 1/16/2001 | Buy | 900 | 84.718 | | |
| 1/24/2001 | Buy | 400 | 87.2 | | |
| 1/26/2001 | Sell | -1310 | 88.335 | | |
| 2/5/2001 | Sell | -250 | 88.099 | | |
| 2/8/2001 | Sell | -410 | 85.201 | | |
| 2/8/2001 | Sell | -670 | 85.201 | | |
| 2/8/2001 | Sell | -670 | 85.276 | | |
| 2/8/2001 | Sell | -1070 | 85.276 | | |
| 2/22/2001 | Buy | 9600 | 82.05 | | |
| 4/4/2001 | Buy | 38600 | 76.713 | | |
| 4/18/2001 | Sell | -3100 | 79.279 | | |
| 4/19/2001 | Sell | -2200 | 81.106 | | |

| | | | | |
|---|---|---|---|---|
| 6/21/2001 | Sell | -18900 | 84.702 | |
| 6/29/2001 | Buy | 2000 | 86 | |
| 7/2/2001 | Buy | 2290 | 86.553 | |
| 7/3/2001 | Buy | 1920 | 86.803 | |
| 7/5/2001 | Buy | 9000 | 85.491 | |
| 7/5/2001 | Buy | 1360 | 86.439 | |
| 7/9/2001 | Buy | 10000 | 85.357 | |
| 7/9/2001 | Buy | 22800 | 85.46 | |
| 7/10/2001 | Buy | 10000 | 84.574 | |
| 7/12/2001 | Buy | 1030 | 84.392 | |
| 7/16/2001 | Buy | 1590 | 85.318 | |
| 7/23/2001 | Buy | 7000 | 83.813 | |
| 7/26/2001 | Buy | 1390 | 82.563 | |
| 8/16/2001 | Buy | 2200 | 81.18 | |
| 8/20/2001 | Buy | 830 | 78.399 | |
| 8/24/2001 | Buy | 4000 | 77.414 | |
| 8/30/2001 | Buy | 3800 | 78.596 | |
| 8/30/2001 | Buy | 2900 | 78.655 | |
| 9/5/2001 | Buy | 5400 | 74.234 | |
| 9/17/2001 | Sell | -1310 | 67.882 | |
| 9/19/2001 | Sell | -1200 | 70.675 | |
| 9/21/2001 | Sell | -12600 | 67.042 | |
| 10/4/2001 | Buy | 100 | 80.14 | |
| 10/22/2001 | Buy | 240 | 81.795 | |
| 10/22/2001 | Buy | 380 | 82.78 | |
| 10/24/2001 | Sell | -11650 | 83.333 | |
| 11/1/2001 | Sell | -16460 | 77.661 | |
| 11/7/2001 | Buy | 1100 | 81.258 | |
| 11/7/2001 | Sell | -2800 | 81.169 | |
| 11/8/2001 | Sell | -10940 | 81.043 | |
| 11/12/2001 | Buy | 870 | 78.84 | |
| 11/26/2001 | Buy | 7600 | 81.008 | |
| 11/27/2001 | Buy | 600 | 82 | |
| 1/3/2002 | Sell | -3900 | 76.966 | |
| 1/24/2002 | Buy | 1410 | 77.431 | |
| 1/30/2002 | Buy | 5500 | 68.171 | |
| 1/30/2002 | Sell | -3140 | 71.218 | |
| 2/4/2002 | Buy | 880 | 71.74 | |
| 2/21/2002 | Sell | -9000 | 71.046 | |
| 3/18/2002 | Sell | -2800 | 74.446 | |
| 4/8/2002 | Sell | -5000 | 74.382 | |
| 4/22/2002 | Buy | 2800 | 70.055 | |
| 4/22/2002 | Buy | 830 | 68.21 | |
| 4/24/2002 | Sell | -5000 | 68.72 | |
| 5/1/2002 | Buy | 14900 | 69.501 | |
| 5/15/2002 | Sell | -2880 | 66.27 | |
| 5/16/2002 | Sell | -370 | 67.65 | |
| 5/16/2002 | Sell | -400 | 67.375 | |
| 5/21/2002 | Sell | -100 | 66.93 | |
| 5/31/2002 | Buy | 3300 | 67 | |
| 6/6/2002 | Sell | -20 | 64.605 | |
| 6/6/2002 | Sell | -870 | 63.883 | |

| | | | | | |
|---|---|---|---|---|---|
| 6/6/2002 | Sell | -2160 | 64.787 | | |
| 6/6/2002 | Sell | -920 | 64.787 | | |
| 6/6/2002 | Sell | -870 | 0 | | |
| 6/18/2002 | Sell | -6000 | 68.174 | | |
| 6/24/2002 | Sell | -600 | 66.55 | | |
| 6/25/2002 | Sell | -2000 | 68.6 | | |
| 6/28/2002 | Sell | -10000 | 68.272 | | |
| 7/2/2002 | Sell | -3500 | 66.514 | | |
| 7/17/2002 | Buy | 1700 | 59.983 | | |
| 7/25/2002 | Sell | -16100 | 53.534 | | |
| 7/25/2002 | Sell | -2100 | 52.98 | | |
| 7/30/2002 | Buy | 6100 | 62.034 | | |
| 7/31/2002 | Buy | 90 | 62.04 | | |
| 7/31/2002 | Buy | 2800 | 62.257 | | |
| 7/31/2002 | Buy | 350 | 62.575 | | |
| 8/1/2002 | Buy | 310 | 63.768 | | |
| 8/6/2002 | Buy | 1150 | 60.664 | | |
| 8/6/2002 | Buy | 80 | 59.87 | | |
| 8/12/2002 | Sell | -400 | 66 | | |
| 8/13/2002 | Sell | -7000 | 63.464 | | |
| 8/16/2002 | Sell | -5000 | 64.999 | | |
| 8/21/2002 | Sell | -16100 | 66.42 | | |
| 8/21/2002 | Buy | 410 | 67.11 | | |
| 8/21/2002 | Buy | 300 | 66.874 | | |
| 9/9/2002 | Buy | 1140 | 61.295 | | |
| 9/9/2002 | Buy | 310 | 59.746 | | |
| 9/9/2002 | Buy | 70 | 60.37 | | |
| 9/9/2002 | Buy | 30 | 61.355 | | |
| 9/25/2002 | Sell | -1300 | 55.56 | | |
| 10/11/2002 | Sell | -7000 | 59.933 | | |
| 10/23/2002 | Buy | 1600 | 63.05 | | |
| 10/23/2002 | Buy | 3200 | 63.219 | | |
| 10/29/2002 | Buy | 3200 | 62.904 | | |
| 11/19/2002 | Sell | -4500 | 0 | | |
| 11/20/2002 | Buy | 1100 | 67.41 | | |
| 11/20/2002 | Buy | 760 | 66.79 | | |
| 2/3/2003 | Sell | -350 | 55.306 | | |
| 2/4/2003 | Sell | -1800 | 50.419 | | |
| 2/4/2003 | Sell | -1800 | 50.419 | | |
| 2/5/2003 | Sell | -7500 | 51.017 | | |
| 2/6/2003 | Sell | -3450 | 49.323 | | |
| 2/13/2003 | Sell | -300 | 48.695 | | |
| 2/13/2003 | Sell | -7500 | 48.074 | | |
| 3/13/2003 | Sell | -8000 | 47.75 | | |
| 3/19/2003 | Sell | -2700 | 51.87 | | |
| 4/22/2003 | Buy | 9525 | 56.359 | | |
| 5/8/2003 | Sell | -5700 | 55.438 | | |
| 5/16/2003 | Buy | 4700 | 57.172 | | |
| 5/22/2003 | Buy | 2150 | 55.648 | | |
| 5/22/2003 | Buy | 410 | 55.426 | | |
| 5/22/2003 | Buy | 1680 | 55.426 | | |
| 6/3/2003 | Buy | 890 | 58.55 | | |

| | | | | | |
|---|---|---|---|---|---|
| 6/3/2003 | Buy | 510 | 57.934 | | |
| 6/5/2003 | Buy | 30 | 58.455 | | |
| 6/5/2003 | Buy | 1550 | 58.84 | | |
| 6/25/2003 | Sell | -4500 | 56.008 | | |
| 6/26/2003 | Sell | -22700 | 55.906 | | |
| 7/15/2003 | Sell | -6650 | 58.984 | | |
| 7/29/2003 | Sell | -800 | 63.913 | | |
| 7/29/2003 | Sell | -260 | 63.913 | | |
| 8/7/2003 | Sell | -7575 | 61.94 | | |
| 9/24/2003 | Buy | 12900 | 57.815 | | |
| 10/21/2003 | Buy | 3100 | 60.902 | | |
| 11/7/2003 | Sell | -4000 | 58.598 | | |
| 11/14/2003 | Buy | 650 | 58.781 | | |
| 11/14/2003 | Buy | 790 | 58.781 | | |
| 11/24/2003 | Buy | 9100 | 57.428 | | |
| 12/9/2003 | Buy | 20800 | 59.57 | | |
| 2/2/2004 | Buy | 400 | 70.718 | | |
| 2/9/2004 | Sell | -10300 | 71.929 | | |
| 2/9/2004 | Sell | -100 | 72.07 | | |
| 2/11/2004 | Sell | -750 | 74.3 | | |
| 2/19/2004 | Sell | -3900 | 73.623 | | |
| 2/27/2004 | Sell | -6900 | 74 | | |
| 3/9/2004 | Sell | -5800 | 72.919 | | |
| 3/10/2004 | Sell | -12190 | 72.384 | | |
| 3/11/2004 | Sell | -11760 | 71.476 | | |
| 3/12/2004 | Sell | -10550 | 71.335 | | |
| 3/15/2004 | Sell | -12360 | 70.197 | | |
| 3/16/2004 | Sell | -12370 | 70.613 | | |
| 3/25/2004 | Buy | 270 | 69.72 | | |
| 3/25/2004 | Buy | 280 | 69.747 | | |
| 4/6/2004 | Buy | 10000 | 75.887 | | |
| 5/11/2004 | Buy | 410 | 70.71 | | |
| 6/24/2004 | Sell | -4400 | 71.392 | | |
| 6/29/2004 | Buy | 550 | 71.804 | | |
| 8/12/2004 | Buy | 5800 | 67.067 | | |
| 8/17/2004 | Sell | -340 | 68.265 | | |
| 8/17/2004 | Sell | -950 | 68.25 | | |
| 8/17/2004 | Sell | -100 | 68.29 | | |
| 8/17/2004 | Sell | -510 | 68.265 | | |
| 8/17/2004 | Sell | -10 | 68.445 | | |
| 9/23/2004 | Sell | -2550 | 69.58 | | |
| 9/27/2004 | Sell | -1900 | 68.8 | | |
| 10/1/2004 | Sell | -7450 | 68.613 | | |
| 10/7/2004 | Buy | 3200 | 67.045 | | |
| 10/13/2004 | Buy | 500 | 67.698 | | |
| | | | | | |
| | | | | | |
| Data adjusted for 3:2 split on July 31, 2000 | | | | | |

FIFO

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Pre-Class Period Shares | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/2/1999 | SE | 1200 | 66.624667 | 0 | -1200 | 174955.5 | 0 | 0 | $ - | $ - |
| 11/23/1999 | SE | 150 | 70.380667 | 0 | -150 | 174805.5 | 0 | 0 | $ - | $ - |
| 11/23/1999 | SE | 5850 | 70.661333 | 0 | -5850 | 168955.5 | 0 | 0 | $ - | $ - |
| 1/28/2000 | BU | 4950 | 68.996667 | 4950 | 0 | 168955.5 | 0 | 4950 | $ 341,533.50 | $ - |
| 2/22/2000 | SE | 3000 | 58.428 | 0 | -3000 | 165955.5 | 0 | 4950 | $ - | $ - |
| 2/23/2000 | SE | 300 | 57.666667 | 0 | -300 | 165655.5 | 0 | 4950 | $ - | $ - |
| 2/24/2000 | SE | 10743 | 55.917333 | 0 | -10743 | 154912.5 | 0 | 4950 | $ - | $ - |
| 3/16/2000 | BU | 1200 | 62.521333 | 1200 | 0 | 154912.5 | 0 | 6150 | $ 75,025.60 | $ - |
| 3/31/2000 | SE | 17212.5 | 72.933333 | 0 | -17212.5 | 137700 | 0 | 6150 | $ - | $ - |
| 4/13/2000 | SE | 600 | 75.958 | 0 | -600 | 137100 | 0 | 6150 | $ - | $ - |
| 4/14/2000 | SE | 4125 | 71.556 | 0 | -4125 | 132975 | 0 | 6150 | $ - | $ - |
| 4/18/2000 | BU | 3630 | 69.049333 | 3630 | 0 | 132975 | 0 | 9780 | $ 250,649.08 | $ - |
| 4/18/2000 | BU | 630 | 68.978667 | 630 | 0 | 132975 | 0 | 10410 | $ 43,456.56 | $ - |
| 4/19/2000 | BU | 4425 | 69.346 | 4425 | 0 | 132975 | 0 | 14835 | $ 306,856.05 | $ - |
| 4/26/2000 | SE | 9000 | 76.160667 | 0 | -9000 | 123975 | 0 | 14835 | $ - | $ - |
| 5/2/2000 | BU | 810 | 73.969333 | 810 | 0 | 123975 | 0 | 15645 | $ 59,915.16 | $ - |
| 5/3/2000 | BU | 315 | 73.958 | 315 | 0 | 123975 | 0 | 15960 | $ 23,296.77 | $ - |
| 5/17/2000 | SE | 3990 | 79.486 | 0 | -3990 | 119985 | 0 | 15960 | $ - | $ - |
| 5/24/2000 | SE | 390 | 76.241333 | 0 | -390 | 119595 | 0 | 15960 | $ - | $ - |
| 7/10/2000 | SE | 16500 | 81.389333 | 0 | -16500 | 103095 | 0 | 15960 | $ - | $ - |
| 7/14/2000 | BU | 705 | 80.416667 | 705 | 0 | 103095 | 0 | 16665 | $ 56,693.75 | $ - |
| 7/20/2000 | SE | 6135 | 80.827333 | 0 | -6135 | 96960 | 0 | 16665 | $ - | $ - |
| 9/25/2000 | BU | 3530 | 92.574 | 3530 | 0 | 96960 | 0 | 20195 | $ 326,786.22 | $ - |
| 10/13/2000 | BU | 1110 | 91.699 | 1110 | 0 | 96960 | 0 | 21305 | $ 101,785.89 | $ - |
| 11/9/2000 | SE | 720 | 99.402 | 0 | -720 | 96240 | 0 | 21305 | $ - | $ - |
| 11/10/2000 | BU | 2400 | 101.017 | 2400 | 0 | 96240 | 0 | 23705 | $ 242,440.80 | $ - |
| 11/13/2000 | BU | 1100 | 97.616 | 1100 | 0 | 96240 | 0 | 24805 | $ 107,377.60 | $ - |
| 11/14/2000 | SE | 1320 | 99.269 | 0 | -1320 | 94920 | 0 | 24805 | $ - | $ - |
| 11/29/2000 | BU | 5000 | 95.736 | 5000 | 0 | 94920 | 0 | 29805 | $ 478,680.00 | $ - |
| 12/1/2000 | SE | 310 | 97.115 | 0 | -310 | 94610 | 0 | 29805 | $ - | $ - |
| 12/6/2000 | BU | 4100 | 101.25 | 4100 | 0 | 94610 | 0 | 33905 | $ 415,125.00 | $ - |
| 12/14/2000 | BU | 590 | 96.229 | 590 | 0 | 94610 | 0 | 34495 | $ 56,775.11 | $ - |
| 12/18/2000 | BU | 320 | 95.431 | 320 | 0 | 94610 | 0 | 34815 | $ 30,537.92 | $ - |
| 12/22/2000 | SE | 370 | 97.937 | 0 | -370 | 94240 | 0 | 34815 | $ - | $ - |
| 12/29/2000 | BU | 5200 | 98.937 | 5200 | 0 | 94240 | 0 | 40015 | $ 514,472.40 | $ - |
| 1/4/2001 | BU | 360 | 89.043 | 360 | 0 | 94240 | 0 | 40375 | $ 32,055.48 | $ - |
| 1/12/2001 | SE | 3200 | 82.429 | 0 | -3200 | 91040 | 0 | 40375 | $ - | $ - |
| 1/16/2001 | BU | 900 | 84.718 | 900 | 0 | 91040 | 0 | 41275 | $ 76,246.20 | $ - |
| 1/24/2001 | BU | 400 | 87.2 | 400 | 0 | 91040 | 0 | 41675 | $ 34,880.00 | $ - |
| 1/26/2001 | SE | 1310 | 88.335 | 0 | -1310 | 89730 | 0 | 41675 | $ - | $ - |
| 2/5/2001 | SE | 250 | 88.099 | 0 | -250 | 89480 | 0 | 41675 | $ - | $ - |
| 2/8/2001 | SE | 410 | 85.201 | 0 | -410 | 89070 | 0 | 41675 | $ - | $ - |
| 2/8/2001 | SE | 670 | 85.201 | 0 | -670 | 88400 | 0 | 41675 | $ - | $ - |
| 2/8/2001 | SE | 670 | 85.276 | 0 | -670 | 87730 | 0 | 41675 | $ - | $ - |
| 2/8/2001 | SE | 1070 | 85.276 | 0 | -1070 | 86660 | 0 | 41675 | $ - | $ - |
| 2/22/2001 | BU | 9600 | 82.05 | 9600 | 0 | 86660 | 0 | 51275 | $ 787,680.00 | $ - |
| 4/4/2001 | BU | 38600 | 76.713 | 38600 | 0 | 86660 | 0 | 89875 | $ 2,961,121.80 | $ - |
| 4/18/2001 | SE | 3100 | 79.279 | 0 | -3100 | 83560 | 0 | 89875 | $ - | $ - |
| 4/19/2001 | SE | 2200 | 81.106 | 0 | -2200 | 81360 | 0 | 89875 | $ - | $ - |

| | |
|---|---|
| Total Class Period Purchases: | 334790 |
| Total Class Period Sales: | -480460.5 |
| Total Sales on Class Period Purchases: | -304305 |
| Total Class Period Shares Retained: | 30485 |
| 90-day Loss Price | $ 59.24 |
| **Total Purchases:** | **$ 24,814,470.64** |
| **Total Sales Proceeds** | **$ (19,167,051.97)** |
| **Total Retained Value:** | **$ 1,805,931.40** |
| **Total Loss:** | **$ 3,841,487.27** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/21/2001 | SE | 18900 | 84.702 | 0 | -18900 | 62460 | 0 | 89875 | $ - | $ - |
| 6/29/2001 | BU | 2000 | 86 | 2000 | 0 | 62460 | 0 | 91875 | $ 172,000.00 | $ - |
| 7/2/2001 | BU | 2290 | 86.553 | 2290 | 0 | 62460 | 0 | 94165 | $ 198,206.37 | $ - |
| 7/3/2001 | BU | 1920 | 86.803 | 1920 | 0 | 62460 | 0 | 96085 | $ 166,661.76 | $ - |
| 7/5/2001 | BU | 9000 | 85.491 | 9000 | 0 | 62460 | 0 | 105085 | $ 769,419.00 | $ - |
| 7/5/2001 | BU | 1360 | 86.439 | 1360 | 0 | 62460 | 0 | 106445 | $ 117,557.04 | $ - |
| 7/9/2001 | BU | 10000 | 85.357 | 10000 | 0 | 62460 | 0 | 116445 | $ 853,570.00 | $ - |
| 7/9/2001 | BU | 22800 | 85.46 | 22800 | 0 | 62460 | 0 | 139245 | $ 1,948,488.00 | $ - |
| 7/10/2001 | BU | 10000 | 84.574 | 10000 | 0 | 62460 | 0 | 149245 | $ 845,740.00 | $ - |
| 7/12/2001 | BU | 1030 | 84.392 | 1030 | 0 | 62460 | 0 | 150275 | $ 86,923.76 | $ - |
| 7/16/2001 | BU | 1590 | 85.318 | 1590 | 0 | 62460 | 0 | 151865 | $ 135,655.62 | $ - |
| 7/23/2001 | BU | 7000 | 83.813 | 7000 | 0 | 62460 | 0 | 158865 | $ 586,691.00 | $ - |
| 7/26/2001 | BU | 1390 | 82.563 | 1390 | 0 | 62460 | 0 | 160255 | $ 114,762.57 | $ - |
| 8/16/2001 | BU | 2200 | 81.18 | 2200 | 0 | 62460 | 0 | 162455 | $ 178,596.00 | $ - |
| 8/20/2001 | BU | 830 | 78.399 | 830 | 0 | 62460 | 0 | 163285 | $ 65,071.17 | $ - |
| 8/24/2001 | BU | 4000 | 77.414 | 4000 | 0 | 62460 | 0 | 167285 | $ 309,656.00 | $ - |
| 8/30/2001 | BU | 3800 | 78.596 | 3800 | 0 | 62460 | 0 | 171085 | $ 298,664.80 | $ - |
| 8/30/2001 | BU | 2900 | 78.655 | 2900 | 0 | 62460 | 0 | 173985 | $ 228,099.50 | $ - |
| 9/5/2001 | BU | 5400 | 74.234 | 5400 | 0 | 62460 | 0 | 179385 | $ 400,863.60 | $ - |
| 9/17/2001 | SE | 1310 | 67.882 | 0 | -1310 | 61150 | 0 | 179385 | $ - | $ - |
| 9/19/2001 | SE | 1200 | 70.675 | 0 | -1200 | 59950 | 0 | 179385 | $ - | $ - |
| 9/21/2001 | SE | 12600 | 67.042 | 0 | -12600 | 47350 | 0 | 179385 | $ - | $ - |
| 10/4/2001 | BU | 100 | 80.14 | 100 | 0 | 47350 | 0 | 179485 | $ 8,014.00 | $ - |
| 10/22/2001 | BU | 240 | 81.795 | 240 | 0 | 47350 | 0 | 179725 | $ 19,630.80 | $ - |
| 10/22/2001 | BU | 380 | 82.78 | 380 | 0 | 47350 | 0 | 180105 | $ 31,456.40 | $ - |
| 10/24/2001 | SE | 11650 | 83.333 | 0 | -11650 | 35700 | 0 | 180105 | $ - | $ - |
| 11/1/2001 | SE | 16460 | 77.661 | 0 | -16460 | 19240 | 0 | 180105 | $ - | $ - |
| 11/7/2001 | BU | 1100 | 81.258 | 1100 | 0 | 19240 | 0 | 181205 | $ 89,383.80 | $ - |
| 11/7/2001 | SE | 2800 | 81.169 | 0 | -2800 | 16440 | 0 | 181205 | $ - | $ - |
| 11/8/2001 | SE | 10940 | 81.043 | 0 | -10940 | 5500 | 0 | 181205 | $ - | $ - |
| 11/12/2001 | BU | 870 | 78.84 | 870 | 0 | 5500 | 0 | 182075 | $ 68,590.80 | $ - |
| 11/26/2001 | BU | 7600 | 81.008 | 7600 | 0 | 5500 | 0 | 189675 | $ 615,660.80 | $ - |
| 11/27/2001 | BU | 600 | 82 | 600 | 0 | 5500 | 0 | 190275 | $ 49,200.00 | $ - |
| 1/3/2002 | SE | 3900 | 76.966 | 0 | -3900 | 1600 | 0 | 190275 | $ - | $ - |
| 1/24/2002 | BU | 1410 | 77.431 | 1410 | 0 | 1600 | 0 | 191685 | $ 109,177.71 | $ - |
| 1/30/2002 | BU | 5500 | 68.171 | 5500 | 0 | 1600 | 0 | 197185 | $ 374,940.50 | $ - |
| 1/30/2002 | SE | 3140 | 71.218 | 0 | -3140 | 0 | -1540 | 195645 | $ - | $ (109,675.72) |
| 2/4/2002 | BU | 880 | 71.74 | 880 | 0 | 0 | 0 | 196525 | $ 63,131.20 | $ - |
| 2/21/2002 | SE | 9000 | 71.046 | 0 | -9000 | 0 | -9000 | 187525 | $ - | $ (639,414.00) |
| 3/18/2002 | SE | 2800 | 74.446 | 0 | -2800 | 0 | -2800 | 184725 | $ - | $ (208,448.80) |
| 4/8/2002 | SE | 5000 | 74.382 | 0 | -5000 | 0 | -5000 | 179725 | $ - | $ (371,910.00) |
| 4/22/2002 | BU | 2800 | 70.055 | 2800 | 0 | 0 | 0 | 182525 | $ 196,154.00 | $ - |
| 4/22/2002 | BU | 830 | 68.21 | 830 | 0 | 0 | 0 | 183355 | $ 56,614.30 | $ - |
| 4/24/2002 | SE | 5000 | 68.72 | 0 | -5000 | 0 | -5000 | 178355 | $ - | $ (343,600.00) |
| 5/1/2002 | BU | 14900 | 69.501 | 14900 | 0 | 0 | 0 | 193255 | $ 1,035,564.90 | $ - |
| 5/15/2002 | SE | 2880 | 66.27 | 0 | -2880 | 0 | -2880 | 190375 | $ - | $ (190,857.60) |
| 5/16/2002 | SE | 370 | 67.65 | 0 | -370 | 0 | -370 | 190005 | $ - | $ (25,030.50) |
| 5/16/2002 | SE | 400 | 67.375 | 0 | -400 | 0 | -400 | 189605 | $ - | $ (26,950.00) |
| 5/21/2002 | SE | 100 | 66.93 | 0 | -100 | 0 | -100 | 189505 | $ - | $ (6,693.00) |
| 5/31/2002 | BU | 3300 | 67 | 3300 | 0 | 0 | 0 | 192805 | $ 221,100.00 | $ - |
| 6/6/2002 | SE | 20 | 64.605 | 0 | -20 | 0 | -20 | 192785 | $ - | $ (1,292.10) |
| 6/6/2002 | SE | 870 | 63.883 | 0 | -870 | 0 | -870 | 191915 | $ - | $ (55,578.21) |
| 6/6/2002 | SE | 2160 | 64.787 | 0 | -2160 | 0 | -2160 | 189755 | $ - | $ (139,939.92) |
| 6/6/2002 | SE | 920 | 64.787 | 0 | -920 | 0 | -920 | 188835 | $ - | $ (59,604.04) |
| 6/6/2002 | SE | 870 | 0 | 0 | -870 | 0 | -870 | 187965 | $ - | $ - |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/18/2002 | SE | 6000 | 68.174 | 0 | -6000 | 0 | -6000 | 181965 | $ - | $ (409,044.00) |
| 6/24/2002 | SE | 600 | 66.55 | 0 | -600 | 0 | -600 | 181365 | $ - | $ (39,930.00) |
| 6/25/2002 | SE | 2000 | 68.6 | 0 | -2000 | 0 | -2000 | 179365 | $ - | $ (137,200.00) |
| 6/28/2002 | SE | 10000 | 68.272 | 0 | -10000 | 0 | -10000 | 169365 | $ - | $ (682,720.00) |
| 7/2/2002 | SE | 3500 | 66.514 | 0 | -3500 | 0 | -3500 | 165865 | $ - | $ (232,799.00) |
| 7/17/2002 | BU | 1700 | 59.983 | 1700 | 0 | 0 | 0 | 167565 | $ 101,971.10 | $ - |
| 7/25/2002 | SE | 16100 | 53.534 | 0 | -16100 | 0 | -16100 | 151465 | $ - | $ (861,897.40) |
| 7/25/2002 | SE | 2100 | 52.98 | 0 | -2100 | 0 | -2100 | 149365 | $ - | $ (111,258.00) |
| 7/30/2002 | BU | 6100 | 62.034 | 6100 | 0 | 0 | 0 | 155465 | $ 378,407.40 | $ - |
| 7/31/2002 | BU | 90 | 62.04 | 90 | 0 | 0 | 0 | 155555 | $ 5,583.60 | $ - |
| 7/31/2002 | BU | 2800 | 62.257 | 2800 | 0 | 0 | 0 | 158355 | $ 174,319.60 | $ - |
| 7/31/2002 | BU | 350 | 62.575 | 350 | 0 | 0 | 0 | 158705 | $ 21,901.25 | $ - |
| 8/1/2002 | BU | 310 | 63.768 | 310 | 0 | 0 | 0 | 159015 | $ 19,768.08 | $ - |
| 8/6/2002 | BU | 1150 | 60.664 | 1150 | 0 | 0 | 0 | 160165 | $ 69,763.60 | $ - |
| 8/6/2002 | BU | 80 | 59.87 | 80 | 0 | 0 | 0 | 160245 | $ 4,789.60 | $ - |
| 8/12/2002 | SE | 400 | 66 | 0 | -400 | 0 | -400 | 159845 | $ - | $ (26,400.00) |
| 8/13/2002 | SE | 7000 | 63.464 | 0 | -7000 | 0 | -7000 | 152845 | $ - | $ (444,248.00) |
| 8/16/2002 | SE | 5000 | 64.999 | 0 | -5000 | 0 | -5000 | 147845 | $ - | $ (324,995.00) |
| 8/21/2002 | SE | 16100 | 66.42 | 0 | -16100 | 0 | -16100 | 131745 | $ - | $ (1,069,362.00) |
| 8/21/2002 | BU | 410 | 67.11 | 410 | 0 | 0 | 0 | 132155 | $ 27,515.10 | $ - |
| 8/21/2002 | BU | 300 | 66.874 | 300 | 0 | 0 | 0 | 132455 | $ 20,062.20 | $ - |
| 9/9/2002 | BU | 1140 | 61.295 | 1140 | 0 | 0 | 0 | 133595 | $ 69,876.30 | $ - |
| 9/9/2002 | BU | 310 | 59.746 | 310 | 0 | 0 | 0 | 133905 | $ 18,521.26 | $ - |
| 9/9/2002 | BU | 70 | 60.37 | 70 | 0 | 0 | 0 | 133975 | $ 4,225.90 | $ - |
| 9/9/2002 | BU | 30 | 61.355 | 30 | 0 | 0 | 0 | 134005 | $ 1,840.65 | $ - |
| 9/25/2002 | SE | 1300 | 55.56 | 0 | -1300 | 0 | -1300 | 132705 | $ - | $ (72,228.00) |
| 10/11/2002 | SE | 7000 | 59.933 | 0 | -7000 | 0 | -7000 | 125705 | $ - | $ (419,531.00) |
| 10/23/2002 | BU | 1600 | 63.05 | 1600 | 0 | 0 | 0 | 127305 | $ 100,880.00 | $ - |
| 10/23/2002 | BU | 3200 | 63.219 | 3200 | 0 | 0 | 0 | 130505 | $ 202,300.80 | $ - |
| 10/29/2002 | BU | 3200 | 62.904 | 3200 | 0 | 0 | 0 | 133705 | $ 201,292.80 | $ - |
| 11/19/2002 | SE | 4500 | 0 | 0 | -4500 | 0 | -4500 | 129205 | $ - | $ - |
| 11/20/2002 | BU | 1100 | 67.41 | 1100 | 0 | 0 | 0 | 130305 | $ 74,151.00 | $ - |
| 11/20/2002 | BU | 760 | 66.79 | 760 | 0 | 0 | 0 | 131065 | $ 50,760.40 | $ - |
| 2/3/2003 | SE | 350 | 55.306 | 0 | -350 | 0 | -350 | 130715 | $ - | $ (19,357.10) |
| 2/4/2003 | SE | 1800 | 50.419 | 0 | -1800 | 0 | -1800 | 128915 | $ - | $ (90,754.20) |
| 2/4/2003 | SE | 1800 | 50.419 | 0 | -1800 | 0 | -1800 | 127115 | $ - | $ (90,754.20) |
| 2/5/2003 | SE | 7500 | 51.017 | 0 | -7500 | 0 | -7500 | 119615 | $ - | $ (382,627.50) |
| 2/6/2003 | SE | 3450 | 49.323 | 0 | -3450 | 0 | -3450 | 116165 | $ - | $ (170,164.35) |
| 2/13/2003 | SE | 300 | 48.695 | 0 | -300 | 0 | -300 | 115865 | $ - | $ (14,608.50) |
| 2/13/2003 | SE | 7500 | 48.074 | 0 | -7500 | 0 | -7500 | 108365 | $ - | $ (360,555.00) |
| 3/13/2003 | SE | 8000 | 47.75 | 0 | -8000 | 0 | -8000 | 100365 | $ - | $ (382,000.00) |
| 3/19/2003 | SE | 2700 | 51.87 | 0 | -2700 | 0 | -2700 | 97665 | $ - | $ (140,049.00) |
| 4/22/2003 | BU | 9525 | 56.359 | 9525 | 0 | 0 | 0 | 107190 | $ 536,819.48 | $ - |
| 5/8/2003 | SE | 5700 | 55.438 | 0 | -5700 | 0 | -5700 | 101490 | $ - | $ (315,996.60) |
| 5/16/2003 | BU | 4700 | 57.172 | 4700 | 0 | 0 | 0 | 106190 | $ 268,708.40 | $ - |
| 5/22/2003 | BU | 2150 | 55.648 | 2150 | 0 | 0 | 0 | 108340 | $ 119,643.20 | $ - |
| 5/22/2003 | BU | 410 | 55.426 | 410 | 0 | 0 | 0 | 108750 | $ 22,724.66 | $ - |
| 5/22/2003 | BU | 1680 | 55.426 | 1680 | 0 | 0 | 0 | 110430 | $ 93,115.68 | $ - |
| 6/3/2003 | BU | 890 | 58.55 | 890 | 0 | 0 | 0 | 111320 | $ 52,109.50 | $ - |
| 6/3/2003 | BU | 510 | 57.934 | 510 | 0 | 0 | 0 | 111830 | $ 29,546.34 | $ - |
| 6/5/2003 | BU | 30 | 58.455 | 30 | 0 | 0 | 0 | 111860 | $ 1,753.65 | $ - |
| 6/5/2003 | BU | 1550 | 58.84 | 1550 | 0 | 0 | 0 | 113410 | $ 91,202.00 | $ - |
| 6/25/2003 | SE | 4500 | 56.008 | 0 | -4500 | 0 | -4500 | 108910 | $ - | $ (252,036.00) |
| 6/26/2003 | SE | 22700 | 55.906 | 0 | -22700 | 0 | -22700 | 86210 | $ - | $ (1,269,066.20) |
| 7/15/2003 | SE | 6650 | 58.984 | 0 | -6650 | 0 | -6650 | 79560 | $ - | $ (392,243.60) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/2003 | SE | 800 | 63.913 | 0 | -800 | 0 | -800 | 78760 | $ - | $ (51,130.40) |
| 7/29/2003 | SE | 260 | 63.913 | 0 | -260 | 0 | -260 | 78500 | $ - | $ (16,617.38) |
| 8/7/2003 | SE | 7575 | 61.94 | 0 | -7575 | 0 | -7575 | 70925 | $ - | $ (469,195.50) |
| 9/24/2003 | BU | 12900 | 57.815 | 12900 | 0 | 0 | 0 | 83825 | $ 745,813.50 | $ - |
| 10/21/2003 | BU | 3100 | 60.902 | 3100 | 0 | 0 | 0 | 86925 | $ 188,796.20 | $ - |
| 11/7/2003 | SE | 4000 | 58.598 | 0 | -4000 | 0 | -4000 | 82925 | $ - | $ (234,392.00) |
| 11/14/2003 | BU | 650 | 58.781 | 650 | 0 | 0 | 0 | 83575 | $ 38,207.65 | $ - |
| 11/14/2003 | BU | 790 | 58.781 | 790 | 0 | 0 | 0 | 84365 | $ 46,436.99 | $ - |
| 11/24/2003 | BU | 9100 | 57.428 | 9100 | 0 | 0 | 0 | 93465 | $ 522,594.80 | $ - |
| 12/9/2003 | BU | 20800 | 59.57 | 20800 | 0 | 0 | 0 | 114265 | $ 1,239,056.00 | $ - |
| 2/2/2004 | BU | 400 | 70.718 | 400 | 0 | 0 | 0 | 114665 | $ 28,287.20 | $ - |
| 2/9/2004 | SE | 10300 | 71.929 | 0 | -10300 | 0 | -10300 | 104365 | $ - | $ (740,868.70) |
| 2/9/2004 | SE | 100 | 72.07 | 0 | -100 | 0 | -100 | 104265 | $ - | $ (7,207.00) |
| 2/11/2004 | SE | 750 | 74.3 | 0 | -750 | 0 | -750 | 103515 | $ - | $ (55,725.00) |
| 2/19/2004 | SE | 3900 | 73.623 | 0 | -3900 | 0 | -3900 | 99615 | $ - | $ (287,129.70) |
| 2/27/2004 | SE | 6900 | 74 | 0 | -6900 | 0 | -6900 | 92715 | $ - | $ (510,600.00) |
| 3/9/2004 | SE | 5800 | 72.919 | 0 | -5800 | 0 | -5800 | 86915 | $ - | $ (422,930.20) |
| 3/10/2004 | SE | 12190 | 72.384 | 0 | -12190 | 0 | -12190 | 74725 | $ - | $ (882,360.96) |
| 3/11/2004 | SE | 11760 | 71.476 | 0 | -11760 | 0 | -11760 | 62965 | $ - | $ (840,557.76) |
| 3/12/2004 | SE | 10550 | 71.335 | 0 | -10550 | 0 | -10550 | 52415 | $ - | $ (752,584.25) |
| 3/15/2004 | SE | 12360 | 70.197 | 0 | -12360 | 0 | -12360 | 40055 | $ - | $ (867,634.92) |
| 3/16/2004 | SE | 12370 | 70.613 | 0 | -12370 | 0 | -12370 | 27685 | $ - | $ (873,482.81) |
| 3/25/2004 | BU | 270 | 69.72 | 270 | 0 | 0 | 0 | 27955 | $ 18,824.40 | $ - |
| 3/25/2004 | BU | 280 | 69.747 | 280 | 0 | 0 | 0 | 28235 | $ 19,529.16 | $ - |
| 4/6/2004 | BU | 10000 | 75.887 | 10000 | 0 | 0 | 0 | 38235 | $ 758,870.00 | $ - |
| 5/11/2004 | BU | 410 | 70.71 | 410 | 0 | 0 | 0 | 38645 | $ 28,991.10 | $ - |
| 6/24/2004 | SE | 4400 | 71.392 | 0 | -4400 | 0 | -4400 | 34245 | $ - | $ (314,124.80) |
| 6/29/2004 | BU | 550 | 71.804 | 550 | 0 | 0 | 0 | 34795 | $ 39,492.20 | $ - |
| 8/12/2004 | BU | 5800 | 67.067 | 5800 | 0 | 0 | 0 | 40595 | $ 388,988.60 | $ - |
| 8/17/2004 | SE | 340 | 68.265 | 0 | -340 | 0 | -340 | 40255 | $ - | $ (23,210.10) |
| 8/17/2004 | SE | 950 | 68.25 | 0 | -950 | 0 | -950 | 39305 | $ - | $ (64,837.50) |
| 8/17/2004 | SE | 100 | 68.29 | 0 | -100 | 0 | -100 | 39205 | $ - | $ (6,829.00) |
| 8/17/2004 | SE | 510 | 68.265 | 0 | -510 | 0 | -510 | 38695 | $ - | $ (34,815.15) |
| 8/17/2004 | SE | 10 | 68.445 | 0 | -10 | 0 | -10 | 38685 | $ - | $ (684.45) |
| 9/23/2004 | SE | 2550 | 69.58 | 0 | -2550 | 0 | -2550 | 36135 | $ - | $ (177,429.00) |
| 9/27/2004 | SE | 1900 | 68.8 | 0 | -1900 | 0 | -1900 | 34235 | $ - | $ (130,720.00) |
| 10/1/2004 | SE | 7450 | 68.613 | 0 | -7450 | 0 | -7450 | 26785 | $ - | $ (511,166.85) |
| 10/7/2004 | BU | 3200 | 67.045 | 3200 | 0 | 0 | 0 | 29985 | $ 214,544.00 | $ - |
| 10/13/2004 | BU | 500 | 67.698 | 500 | 0 | 0 | 0 | 30485 | $ 33,849.00 | $ - |