# EXHIBIT

# A

## CERTIFICATION OF OHIO POLICE & FIRE PENSION FUND
## PURSUANT TO FEDERAL SECURITIES LAW

Ohio Police & Fire Pension Fund ("OP&F") declares as follows:

1. OP&F has reviewed a complaint against American International Group, Inc. ("AIG") in this case and has authorized its filing.

2. OP&F did not purchase the securities of AIG that are the subject of the action at the direction of its counsel or in order to participate in any private action arising under the federal securities laws.

3. OP&F is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. During the proposed class period, OP&F made the transactions set forth in the attached Schedule in the AIG securities that are the subject of this action.

5. OP&F has not sought to serve as a representative party on behalf of a class under the federal securities laws during the three years prior to the date of this Certification.

6. OP&F will not accept any payment for serving as a representation party on behalf of the class beyond its pro rata share of any recovery, except for reimbursement of its reasonable costs and expenses (including lost wages and travel expenses) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of December 2004.

Ohio Police & Fire Pension Fund

By: _____

Title: Executive Director

**Ohio Police and Fire**
**Schedule of AIG Common Stock Transactions**
**Losses Calculated on FIFO Basis**
**Class Period: October 28, 1999 - October 13, 2004**

| | Purchases | | | | Sales | | | | Shares Held @ 12/2/2004 | Calculation of Losses Under PSLRA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | | | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| Holdings @ 10/28/99 | | 310,500 | | | | | | | - | | | | |

**I. Share Sales Through 90-Day Lookback Period Matched Against Pre-Class Period Purchases (FIFO Basis)**

| | | | | 11/23/1999 | $ 70.3453 | 23,250 | $ 1,635,528.70 | | | $ 221,865.29 | | | $ 221,865.29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 11/24/1999 | $ 70.0741 | 9,900 | $ 693,733.22 | | | $ 91,786.22 | | | $ 91,786.22 |
| | | | | 01/18/2000 | $ 72.1143 | 76,875 | $ 5,543,783.95 | | | $ 869,574.29 | | | $ 869,574.29 |
| | | | | 01/25/2000 | $ 68.6367 | 50,100 | $ 3,438,699.20 | | | $ 392,482.56 | | | $ 392,482.56 |
| | | | | 04/13/2000 | $ 75.9221 | 22,650 | $ 1,719,636.35 | | | $ 342,454.58 | | | $ 342,454.58 |
| | | | | 04/14/2000 | $ 71.5206 | 120,188 | $ 8,595,883.88 | | | $ 1,288,156.10 | | | $ 1,288,156.10 |
| | | | | 04/17/2000 | $ 68.5417 | 7,538 | $ 516,633.17 | | | $ 58,332.61 | | | $ 58,332.61 |
| **Subtotal I.** | | | | | | **310,500** | **$ 22,143,898.47** | **0** | **$ 3,264,651.65** | **$ -** | **$ -** | **$ 3,264,651.65** |

Ohio Police and Fire
Schedule of AIG Common Stock Transactions
Losses Calculated on FIFO Basis
Class Period: October 28, 1999 - October 13, 2004

## II. Shares Purchased and Sold Within Class Period (FIFO Basis)

| | Purchases | | | | Sales | | | | Calculation of Losses Under PSLRA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 12/2/2004 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Total Offset or (Loss) on Holdings @ $60.80 |
| 02/09/2000 | $ 64.7483 | 24,450 | $ 1,583,096.75 | 04/17/2000 | $ 68.5417 | 88,913 | $ 6,094,215.13 | | | | |
| 02/10/2000 | $ 64.9066 | 21,150 | $ 1,372,774.59 | 05/11/2000 | $ 76.2436 | 66,450 | $ 5,066,386.58 | | | | |
| 02/15/2000 | $ 64.5240 | 81,750 | $ 5,274,837.00 | 06/06/2000 | $ 76.2235 | 30,038 | $ 2,289,562.11 | | | | |
| 03/16/2000 | $ 62.5549 | 31,650 | $ 1,979,861.53 | 08/02/2000 | $ 85.6346 | 1,250 | $ 107,043.30 | | | | |
| 03/20/2000 | $ 65.7299 | 26,400 | $ 1,735,268.48 | 08/15/2000 | $ 87.8600 | 0.50 | $ 43.93 | | | | |
| 06/21/2000 | $ 77.3277 | 28,650 | $ 2,215,437.65 | 11/09/2000 | $ 98.7397 | 1,600 | $ 157,983.53 | | | | |
| 06/21/2000 | $ 77.3277 | 104,912 | $ 8,112,561.50 | 09/21/2001 | $ 71.6250 | 0.40 | $ 28.65 | | | | |
| 12/01/2000 | $ 97.1125 | 3,900 | $ 378,738.75 | 03/13/2002 | $ 73.5677 | 3,200 | $ 235,416.62 | | | | |
| 12/04/2000 | $ 98.8625 | 1,000 | $ 98,862.50 | 04/19/2002 | $ 71.3096 | 112,400 | $ 8,015,193.64 | | | | |
| 12/08/2000 | $ 102.7375 | 600 | $ 61,642.50 | 04/22/2002 | $ 70.5479 | 400 | $ 28,219.14 | | | | |
| 01/02/2001 | $ 98.0500 | 1,600 | $ 156,880.00 | 05/13/2002 | $ 68.2160 | 1,700 | $ 115,967.27 | | | | |
| 01/03/2001 | $ 97.1750 | 700 | $ 68,022.50 | 05/14/2002 | $ 68.4479 | 2,100 | $ 143,740.67 | | | | |
| 01/05/2001 | $ 89.1750 | 300 | $ 26,752.50 | 06/03/2002 | $ 65.9680 | 2,900 | $ 191,307.23 | | | | |
| 01/11/2001 | $ 86.3625 | 300 | $ 25,908.75 | 10/30/2002 | $ 64.8780 | 200 | $ 12,975.60 | | | | |
| 01/16/2001 | $ 85.1025 | 212,490 | $ 18,083,430.23 | 12/13/2002 | $ 59.8782 | 10,900 | $ 652,672.33 | | | | |
| 01/17/2001 | $ 85.9325 | 11,800 | $ 1,014,003.50 | 02/05/2003 | $ 50.9803 | 100,990 | $ 5,148,496.91 | | | | |
| 01/30/2001 | $ 87.0000 | 300 | $ 26,100.00 | 02/14/2003 | $ 48.5128 | 300 | $ 14,553.85 | | | | |
| 02/01/2001 | $ 85.9500 | 2,400 | $ 206,280.00 | 02/21/2003 | $ 50.4468 | 3,600 | $ 181,608.40 | | | | |
| 02/02/2001 | $ 86.3900 | 1,100 | $ 95,029.00 | 03/20/2003 | $ 50.9985 | 200 | $ 10,199.69 | | | | |
| | $ 78.1000 | 192,575 | $ 15,040,138.74 | 04/24/2003 | $ 55.3420 | 41,000 | $ 2,269,022.35 | | | | |
| 8/29/2001 | | | | | | | | Acquired by Merger; Price = AIG closing price on date | | | |
| 09/05/2001 | $ 74.4500 | 1,700 | $ 126,565.00 | 04/24/2003 | $ 55.3420 | 104,911 | $ 5,805,985.47 | | | | |
| 09/18/2001 | $ 70.0500 | 2,500 | $ 175,125.00 | 04/24/2003 | $ 55.3420 | 51,400 | $ 2,844,579.24 | | | | |
| 09/26/2001 | $ 74.3697 | 78,700 | $ 5,852,895.39 | 04/30/2003 | $ 57.1893 | 1,500 | $ 85,783.98 | | | | |
| 01/17/2002 | $ 79.1100 | 1,300 | $ 102,843.00 | 06/25/2003 | $ 56.5483 | 26,700 | $ 1,509,838.30 | | | | |
| 01/30/2002 | $ 69.9476 | 2,400 | $ 167,874.24 | 07/17/2003 | $ 59.6722 | 10,000 | $ 596,722.06 | | | | |
| 04/22/2002 | $ 70.1057 | 10,700 | $ 750,130.99 | 08/12/2003 | $ 62.2487 | 7,000 | $ 435,740.79 | | | | |
| 07/15/2002 | $ 62.4952 | 2,100 | $ 131,239.92 | 08/28/2003 | $ 58.9675 | 22,200 | $ 1,309,079.32 | | | | |
| 08/22/2002 | $ 66.6400 | 1,000 | $ 66,640.00 | 11/07/2003 | $ 58.5457 | 88,500 | $ 5,181,290.69 | | | | |
| 10/31/2002 | $ 63.4540 | 4,200 | $ 266,506.80 | 12/04/2003 | $ 58.6896 | 7,100 | $ 416,695.82 | | | | |
| 11/05/2002 | $ 64.7763 | 700 | $ 45,343.41 | 12/12/2003 | $ 62.0940 | 4,300 | $ 267,004.16 | | | | |
| 11/11/2002 | $ 64.6300 | 1,700 | $ 109,871.00 | 12/22/2003 | $ 64.4628 | 2,600 | $ 167,603.23 | | | | |
| 04/08/2003 | $ 53.6600 | 11,100 | $ 595,626.00 | 01/13/2004 | $ 70.0307 | 6,700 | $ 469,205.83 | | | | |
| 04/10/2003 | $ 53.1500 | 5,700 | $ 302,955.00 | 01/14/2004 | $ 69.6212 | 30,100 | $ 2,095,599.30 | | | | |
| 04/11/2003 | $ 53.0400 | 7,000 | $ 371,280.00 | 02/18/2004 | $ 74.9478 | 6,500 | $ 487,160.64 | | | | |
| 04/24/2003 | $ 55.3954 | 50,700 | $ 2,808,546.78 | 03/02/2004 | $ 73.9348 | 14,600 | $ 1,079,448.29 | | | | |
| 04/24/2003 | $ 55.3954 | 54,925 | $ 3,042,592.15 | 03/03/2004 | $ 73.5771 | 100 | $ 7,357.71 | | | | |
| | | | | 06/02/2004 | $ 73.6782 | 100 | $ 7,367.82 | | | | |
| | | | | 07/13/2004 | $ 70.3784 | 200 | $ 14,075.67 | | | | |

**Ohio Police and Fire**
**Schedule of AIG Common Stock Transactions**
**Losses Calculated on FIFO Basis**
**Class Period: October 28, 1999 - October 13, 2004**

| Purchases | | | | Sales | | | | | Calculation of Losses Under PSLRA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 12/2/2004 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| | | | | 07/21/2004 | $ 67.9420 | 21,400 | $ 1,453,958.99 | | | | | |
| | | | | 08/18/2004 | $ 69.6268 | 4,300 | $ 299,395.11 | | | | | |
| | | | | 09/22/2004 | $ 69.8645 | 6,100 | $ 426,173.23 | | | | | |
| | | | | 09/28/2004 | $ 68.3600 | 100,000 | $ 6,836,000.00 | | | | | |
| **Subtotal II.** | | 984,452 | $ 72,471,661.35 | | | 984,452 | $ 62,530,702.58 | - | $ (9,940,958.76) | $ - | $ - | $ (9,940,958.76) |

**Ohio Police and Fire**
**Schedule of AIG Common Stock Transactions**
**Losses Calculated on FIFO Basis**
Class Period: October 28, 1999 - October 13, 2004

| Purchases | | | | Sales | | | | Shares Held @ 12/2/2004 | Calculation of Losses Under PSLRA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |

III. Shares Purchased During Class Period and Sold During 90-Day Lookback Period (FIFO Basis)

| Subtotal III. | - | $ | - | | | | 0 | $ | - | $ | - | $ | - | $ | - |

Ohio Police and Fire
Schedule of AIG Common Stock Transactions
Losses Calculated on FIFO Basis
Class Period: October 28, 1999 - October 13, 2004

IV. Shares Purchased During Class Period and Still Held At End of 90-Day Lookback Period (FIFO Basis)

| | Purchases | | | | Sales | | | Shares Held @ 12/2/2004 | Calculation of Losses Under PSLRA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| 04/24/2003 | $ 55.3954 | 61,275 | $ 3,394,353.14 | | | | | 61,275 | | | $ 331,333.98 | $ 331,333.98 |
| 05/06/2003 | $ 57.6000 | 200 | $ 11,520.00 | | | | | 200 | | | $ 640.55 | $ 640.55 |
| 05/07/2003 | $ 57.1800 | 2,900 | $ 165,822.00 | | | | | 2,900 | | | $ 10,505.91 | $ 10,505.91 |
| 05/13/2003 | $ 56.3700 | 600 | $ 33,822.00 | | | | | 600 | | | $ 2,659.64 | $ 2,659.64 |
| 05/29/2003 | $ 56.6200 | 700 | $ 39,634.00 | | | | | 700 | | | $ 2,927.91 | $ 2,927.91 |
| 06/04/2003 | $ 57.6200 | 300 | $ 17,286.00 | | | | | 300 | | | $ 954.82 | $ 954.82 |
| 06/10/2003 | $ 57.6200 | 300 | $ 17,286.00 | | | | | 300 | | | $ 954.82 | $ 954.82 |
| 06/18/2003 | $ 59.9200 | 300 | $ 17,976.00 | | | | | 300 | | | $ 264.82 | $ 264.82 |
| 06/23/2003 | $ 57.8106 | 200 | $ 11,562.12 | | | | | 200 | | | $ 598.43 | $ 598.43 |
| 07/02/2003 | $ 55.7700 | 600 | $ 33,462.00 | | | | | 600 | | | $ 3,019.64 | $ 3,019.64 |
| 07/09/2003 | $ 57.9000 | 200 | $ 11,580.00 | | | | | 200 | | | $ 580.55 | $ 580.55 |
| 07/16/2003 | $ 59.9200 | 200 | $ 11,984.00 | | | | | 200 | | | $ 176.55 | $ 176.55 |
| 07/23/2003 | $ 60.4200 | 300 | $ 18,126.00 | | | | | 300 | | | $ 114.82 | $ 114.82 |
| 07/30/2003 | $ 63.5700 | 100 | $ 6,357.00 | | | | | 100 | | | $ (276.73) | $ (276.73) |
| 08/06/2003 | $ 61.5700 | 300 | $ 18,471.00 | | | | | 300 | | | $ (230.18) | $ (230.18) |
| 08/20/2003 | $ 62.9200 | 400 | $ 25,168.00 | | | | | 400 | | | $ (846.91) | $ (846.91) |
| 08/21/2003 | $ 60.6770 | 3,600 | $ 218,437.20 | | | | | 3,600 | | | $ 452.62 | $ 452.62 |
| 08/26/2003 | $ 59.5500 | 300 | $ 17,865.00 | | | | | 300 | | | $ 375.82 | $ 375.82 |
| 09/10/2003 | $ 60.7349 | 32,000 | $ 1,943,516.80 | | | | | 32,000 | | | $ 2,170.47 | $ 2,170.47 |
| 09/18/2003 | $ 59.5200 | 300 | $ 17,856.00 | | | | | 300 | | | $ 384.82 | $ 384.82 |
| 09/24/2003 | $ 59.5700 | 300 | $ 17,871.00 | | | | | 300 | | | $ 369.82 | $ 369.82 |
| 10/02/2003 | $ 59.9200 | 300 | $ 17,976.00 | | | | | 300 | | | $ 264.82 | $ 264.82 |
| 10/07/2003 | $ 60.6200 | 100 | $ 6,062.00 | | | | | 100 | | | $ 18.27 | $ 18.27 |
| 10/15/2003 | $ 62.8700 | 300 | $ 18,861.00 | | | | | 300 | | | $ (620.18) | $ (620.18) |
| 10/22/2003 | $ 60.8200 | 200 | $ 12,164.00 | | | | | 200 | | | $ (3.45) | $ (3.45) |
| 10/27/2003 | $ 60.7200 | 100 | $ 6,072.00 | | | | | 100 | | | $ 8.27 | $ 8.27 |
| 10/28/2003 | $ 60.2500 | 100 | $ 6,025.00 | | | | | 100 | | | $ 55.27 | $ 55.27 |
| 10/30/2003 | $ 61.2700 | 100 | $ 6,127.00 | | | | | 100 | | | $ (46.73) | $ (46.73) |
| 10/31/2003 | $ 60.8700 | 100 | $ 6,087.00 | | | | | 100 | | | $ (6.73) | $ (6.73) |
| 11/04/2003 | $ 61.9700 | 100 | $ 6,197.00 | | | | | 100 | | | $ (116.73) | $ (116.73) |
| 11/06/2003 | $ 59.9200 | 100 | $ 5,992.00 | | | | | 100 | | | $ 88.27 | $ 88.27 |
| 11/07/2003 | $ 60.0200 | 100 | $ 6,002.00 | | | | | 100 | | | $ 78.27 | $ 78.27 |
| 11/11/2003 | $ 59.2200 | 100 | $ 5,922.00 | | | | | 100 | | | $ 158.27 | $ 158.27 |
| 11/12/2003 | $ 59.5200 | 100 | $ 5,952.00 | | | | | 100 | | | $ 128.27 | $ 128.27 |
| 11/17/2003 | $ 58.0200 | 100 | $ 5,802.00 | | | | | 100 | | | $ 278.27 | $ 278.27 |
| 11/20/2003 | $ 57.6700 | 100 | $ 5,767.00 | | | | | 100 | | | $ 313.27 | $ 313.27 |
| 11/21/2003 | $ 57.0200 | 100 | $ 5,702.00 | | | | | 100 | | | $ 378.27 | $ 378.27 |
| 11/26/2003 | $ 57.3200 | 100 | $ 5,732.00 | | | | | 100 | | | $ 348.27 | $ 348.27 |

Ohio Police and Fire
Schedule of AIG Common Stock Transactions
Losses Calculated on FIFO Basis
Class Period: October 28, 1999 - October 13, 2004

| Purchases | | | | Sales | | | | Shares Held @ 12/2/2004 | Calculation of Losses Under PSLRA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| 11/28/2003 | $ 58.3700 | 100 | $ 5,837.00 | | | | | 100 | | | $ 243.27 | $ 243.27 |
| 12/01/2003 | $ 58.3200 | 100 | $ 5,832.00 | | | | | 100 | | | $ 248.27 | $ 248.27 |
| 12/03/2003 | $ 58.2600 | 100 | $ 5,826.00 | | | | | 100 | | | $ 254.27 | $ 254.27 |
| 12/05/2003 | $ 58.7200 | 100 | $ 5,872.00 | | | | | 100 | | | $ 208.27 | $ 208.27 |
| 12/10/2003 | $ 59.5200 | 100 | $ 5,952.00 | | | | | 100 | | | $ 128.27 | $ 128.27 |
| 12/15/2003 | $ 62.8700 | 100 | $ 6,287.00 | | | | | 100 | | | $ (206.73) | $ (206.73) |
| 12/16/2003 | $ 62.9700 | 100 | $ 6,297.00 | | | | | 100 | | | $ (216.73) | $ (216.73) |
| 12/19/2003 | $ 64.8200 | 100 | $ 6,482.00 | | | | | 100 | | | $ (401.73) | $ (401.73) |
| 12/26/2003 | $ 64.9200 | 300 | $ 19,476.00 | | | | | 300 | | | $ (1,235.18) | $ (1,235.18) |
| 12/31/2003 | $ 66.0200 | 100 | $ 6,602.00 | | | | | 100 | | | $ (521.73) | $ (521.73) |
| 01/05/2004 | $ 67.3200 | 100 | $ 6,732.00 | | | | | 100 | | | $ (651.73) | $ (651.73) |
| 01/06/2004 | $ 67.8200 | 100 | $ 6,782.00 | | | | | 100 | | | $ (701.73) | $ (701.73) |
| 01/07/2004 | $ 67.4200 | 100 | $ 6,742.00 | | | | | 100 | | | $ (661.73) | $ (661.73) |
| 01/13/2004 | $ 70.5200 | 100 | $ 7,052.00 | | | | | 100 | | | $ (971.73) | $ (971.73) |
| 01/21/2004 | $ 69.0200 | 100 | $ 6,902.00 | | | | | 100 | | | $ (821.73) | $ (821.73) |
| 01/22/2004 | $ 69.9700 | 100 | $ 6,997.00 | | | | | 100 | | | $ (916.73) | $ (916.73) |
| 01/26/2004 | $ 68.8200 | 100 | $ 6,882.00 | | | | | 100 | | | $ (801.73) | $ (801.73) |
| 01/29/2004 | $ 68.5200 | 100 | $ 6,852.00 | | | | | 100 | | | $ (771.73) | $ (771.73) |
| 02/02/2004 | $ 69.6200 | 100 | $ 6,962.00 | | | | | 100 | | | $ (881.73) | $ (881.73) |
| 02/04/2004 | $ 70.0700 | 100 | $ 7,007.00 | | | | | 100 | | | $ (926.73) | $ (926.73) |
| 02/06/2004 | $ 71.2600 | 100 | $ 7,126.00 | | | | | 100 | | | $ (1,045.73) | $ (1,045.73) |
| 02/11/2004 | $ 73.0700 | 100 | $ 7,307.00 | | | | | 100 | | | $ (1,226.73) | $ (1,226.73) |
| 02/13/2004 | $ 75.0000 | 100 | $ 7,500.00 | | | | | 100 | | | $ (1,419.73) | $ (1,419.73) |
| 02/18/2004 | $ 75.1500 | 100 | $ 7,515.00 | | | | | 100 | | | $ (1,434.73) | $ (1,434.73) |
| 02/20/2004 | $ 73.7700 | 100 | $ 7,377.00 | | | | | 100 | | | $ (1,296.73) | $ (1,296.73) |
| 02/24/2004 | $ 73.9200 | 100 | $ 7,392.00 | | | | | 100 | | | $ (1,311.73) | $ (1,311.73) |
| 02/27/2004 | $ 74.3200 | 100 | $ 7,432.00 | | | | | 100 | | | $ (1,351.73) | $ (1,351.73) |
| 03/01/2004 | $ 74.3700 | 200 | $ 14,874.00 | | | | | 200 | | | $ (2,713.45) | $ (2,713.45) |
| 03/05/2004 | $ 74.4700 | 100 | $ 7,447.00 | | | | | 100 | | | $ (1,366.73) | $ (1,366.73) |
| 03/10/2004 | $ 72.7700 | 100 | $ 7,277.00 | | | | | 100 | | | $ (1,196.73) | $ (1,196.73) |
| 03/12/2004 | $ 70.9700 | 100 | $ 7,097.00 | | | | | 100 | | | $ (1,016.73) | $ (1,016.73) |
| 03/17/2004 | $ 71.2200 | 100 | $ 7,122.00 | | | | | 100 | | | $ (1,041.73) | $ (1,041.73) |
| 03/22/2004 | $ 71.9700 | 100 | $ 7,197.00 | | | | | 100 | | | $ (1,116.73) | $ (1,116.73) |
| 03/26/2004 | $ 70.0700 | 100 | $ 7,007.00 | | | | | 100 | | | $ (926.73) | $ (926.73) |
| 03/30/2004 | $ 71.2700 | 100 | $ 7,127.00 | | | | | 100 | | | $ (1,046.73) | $ (1,046.73) |
| 03/31/2004 | $ 71.3438 | 4,300 | $ 306,778.34 | | | | | 4,300 | | | $ (45,326.61) | $ (45,326.61) |
| 04/05/2004 | $ 74.9200 | 200 | $ 14,984.00 | | | | | 200 | | | $ (2,823.45) | $ (2,823.45) |
| 04/08/2004 | $ 76.9200 | 100 | $ 7,692.00 | | | | | 100 | | | $ (1,611.73) | $ (1,611.73) |
| 04/13/2004 | $ 77.3700 | 100 | $ 7,737.00 | | | | | 100 | | | $ (1,656.73) | $ (1,656.73) |
| 04/14/2004 | $ 75.6700 | 100 | $ 7,567.00 | | | | | 100 | | | $ (1,486.73) | $ (1,486.73) |

Ohio Police and Fire
Schedule of AIG Common Stock Transactions
Losses Calculated on FIFO Basis
Class Period: October 28, 1999 - October 13, 2004

| | Purchases | | | Sales | | | | Calculation of Losses Under PSLRA | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 12/2/2004 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| 04/20/2004 | $ 75.4200 | 100 | $ 7,542.00 | | | | | 100 | | | $ (1,461.73) | $ (1,461.73) |
| 04/23/2004 | $ 73.7300 | 100 | $ 7,373.00 | | | | | 100 | | | $ (1,292.73) | $ (1,292.73) |
| 04/27/2004 | $ 73.5200 | 100 | $ 7,352.00 | | | | | 100 | | | $ (1,271.73) | $ (1,271.73) |
| 04/30/2004 | $ 72.2700 | 100 | $ 7,227.00 | | | | | 100 | | | $ (1,146.73) | $ (1,146.73) |
| 05/05/2004 | $ 71.6200 | 100 | $ 7,162.00 | | | | | 100 | | | $ (1,081.73) | $ (1,081.73) |
| 05/07/2004 | $ 70.7700 | 100 | $ 7,077.00 | | | | | 100 | | | $ (996.73) | $ (996.73) |
| 05/12/2004 | $ 70.1200 | 100 | $ 7,012.00 | | | | | 100 | | | $ (931.73) | $ (931.73) |
| 05/14/2004 | $ 70.8300 | 100 | $ 7,083.00 | | | | | 100 | | | $ (1,002.73) | $ (1,002.73) |
| 05/19/2004 | $ 69.9200 | 100 | $ 6,992.00 | | | | | 100 | | | $ (911.73) | $ (911.73) |
| 05/25/2004 | $ 69.7400 | 100 | $ 6,974.00 | | | | | 100 | | | $ (893.73) | $ (893.73) |
| 05/28/2004 | $ 73.1200 | 100 | $ 7,312.00 | | | | | 100 | | | $ (1,231.73) | $ (1,231.73) |
| 06/01/2004 | $ 73.0400 | 100 | $ 7,304.00 | | | | | 100 | | | $ (1,223.73) | $ (1,223.73) |
| 06/04/2004 | $ 74.0700 | 100 | $ 7,407.00 | | | | | 100 | | | $ (1,326.73) | $ (1,326.73) |
| 06/08/2004 | $ 74.6700 | 100 | $ 7,467.00 | | | | | 100 | | | $ (1,386.73) | $ (1,386.73) |
| 06/16/2004 | $ 72.0700 | 200 | $ 14,414.00 | | | | | 200 | | | $ (2,253.45) | $ (2,253.45) |
| 06/18/2004 | $ 72.0200 | 100 | $ 7,202.00 | | | | | 100 | | | $ (1,121.73) | $ (1,121.73) |
| 06/22/2004 | $ 71.5900 | 100 | $ 7,159.00 | | | | | 100 | | | $ (1,078.73) | $ (1,078.73) |
| 06/28/2004 | $ 72.4042 | 3,400 | $ 246,174.28 | | | | | 3,400 | | | $ (39,445.01) | $ (39,445.01) |
| 06/28/2004 | $ 71.9200 | 100 | $ 7,192.00 | | | | | 100 | | | $ (1,111.73) | $ (1,111.73) |
| 06/30/2004 | $ 71.3200 | 100 | $ 7,132.00 | | | | | 100 | | | $ (1,051.73) | $ (1,051.73) |
| 07/06/2004 | $ 71.6200 | 100 | $ 7,162.00 | | | | | 100 | | | $ (1,081.73) | $ (1,081.73) |
| 07/07/2004 | $ 70.8200 | 100 | $ 7,082.00 | | | | | 100 | | | $ (1,001.73) | $ (1,001.73) |
| 07/12/2004 | $ 69.7700 | 100 | $ 6,977.00 | | | | | 100 | | | $ (896.73) | $ (896.73) |
| 07/14/2004 | $ 69.9200 | 100 | $ 6,992.00 | | | | | 100 | | | $ (911.73) | $ (911.73) |
| 07/20/2004 | $ 68.8300 | 100 | $ 6,883.00 | | | | | 100 | | | $ (802.73) | $ (802.73) |
| 07/22/2004 | $ 67.2700 | 100 | $ 6,727.00 | | | | | 100 | | | $ (646.73) | $ (646.73) |
| 07/28/2004 | $ 70.5961 | 14,400 | $ 1,016,583.84 | | | | | 14,400 | | | $ (141,024.57) | $ (141,024.57) |
| 08/03/2004 | $ 70.6000 | 200 | $ 14,120.00 | | | | | 200 | | | $ (1,959.45) | $ (1,959.45) |
| 08/05/2004 | $ 70.6700 | 100 | $ 7,067.00 | | | | | 100 | | | $ (986.73) | $ (986.73) |
| 08/10/2004 | $ 68.6200 | 100 | $ 6,862.00 | | | | | 100 | | | $ (781.73) | $ (781.73) |
| 08/13/2004 | $ 66.6261 | 29,900 | $ 1,992,120.39 | | | | | 29,900 | | | $ (174,118.84) | $ (174,118.84) |
| 08/16/2004 | $ 66.4200 | 100 | $ 6,642.00 | | | | | 100 | | | $ (561.73) | $ (561.73) |
| 08/18/2004 | $ 69.7058 | 14,500 | $ 1,010,734.10 | | | | | 14,500 | | | $ (129,094.55) | $ (129,094.55) |
| 08/20/2004 | $ 70.4003 | 45,500 | $ 3,203,213.65 | | | | | 45,500 | | | $ (436,689.56) | $ (436,689.56) |
| 08/20/2004 | $ 69.6700 | 100 | $ 6,967.00 | | | | | 100 | | | $ (886.73) | $ (886.73) |
| 08/23/2004 | $ 70.5200 | 100 | $ 7,052.00 | | | | | 100 | | | $ (971.73) | $ (971.73) |
| 08/25/2004 | $ 70.4400 | 100 | $ 7,044.00 | | | | | 100 | | | $ (963.73) | $ (963.73) |
| 08/30/2004 | $ 70.9500 | 200 | $ 14,190.00 | | | | | 200 | | | $ (2,029.45) | $ (2,029.45) |
| 09/01/2004 | $ 71.0400 | 200 | $ 14,208.00 | | | | | 200 | | | $ (2,047.45) | $ (2,047.45) |
| 09/08/2004 | $ 72.2700 | 100 | $ 7,227.00 | | | | | 100 | | | $ (1,146.73) | $ (1,146.73) |

Ohio Police and Fire
Schedule of AIG Common Stock Transactions
Losses Calculated on FIFO Basis
Class Period: October 28, 1999 - October 13, 2004

| | Purchases | | | | Sales | | | | | Calculation of Losses Under PSLRA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Unit Price | Shares | Total | Trade Date | Unit Price | Shares | Total | Shares Held @ 12/2/2004 | Offset or (Loss) on Sales During Class Period | Offset or (Loss) on Sales After Class Period | Offset or (Loss) on Holdings @ $60.80 | Total Offset or (Loss) |
| 09/17/2004 | $ 72.0972 | 2,450 | $ 176,638.14 | | | | | 2,450 | | | $ (27,671.46) | $ (27,671.46) |
| Subtotal IV. | | 230,225 | $14,710,375.00 | | | 0 | $0.00 | 230,225 | $0.00 | $0.00 | $ (712,067.11) | $ (712,067.11) |
| Subtotal for II. - IV. | | 1,214,677 | $ 87,182,036.34 | | | 984,452 | $ 62,530,702.58 | 230,225 | $ (9,940,958.76) | - | $ (712,067.11) | $ (10,653,025.87) |
| Total I. - IV. | | 1,214,677 | $ 87,182,036.34 | | | 1,294,952 | $ 84,674,601.05 | 230,225 | $ (6,676,307.11) | - | $ (712,067.11) | $ (7,388,374.22) |

Offset or (Loss) is calculated as follows:

For Pre-Class Period purchases which are sold during Class Period, Offset equals (sales price - PSLRA "Lookback Period" average price) x number of shares sold
For Class Period purchases which are sold during the Class Period, Offset (Loss) equals (sales price - purchase price) x number of shares sold
For Class Period purchases which are sold after the Class Period, Offset (Loss) equals (sales price - purchase price) x number of shares sold
For Class Period purchases which are held at the end of the "Lookback Period", Offset (Loss) equals (PRLSA "Lookback Period" average closing price - purchase price) x number of shares held