# Exhibit 1

```
                                                                    1

     64Kbwaig              Oral Argument

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    IN RE:  AIG, Inc., Securities
     Litigation                              04 CV 8141 (JES)
4
     ------------------------------x
5                                            New York, N.Y.
                                             April 20, 2006
6                                            2:15 p.m.

7    Before:

8                    HON. JOHN E. SPRIZZO,

9                                            District Judge

10                        APPEARANCES

11   LABATON SUCHAROW & RUDOFF, LLP
          Attorneys for Lead Plaintiff AIG Securities Litigation
12   EDWARD LABATON
     THOMAS A. DUBBS
13   LOUIS GOTTLIEB
     ZACHARY M. RATZMAN
14
     LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
15        Attorneys for AIG Derivative Plaintiffs
     ROBERT M. ROTHMAN
16   TOR GRONBORG

17   HAHN, LOESER + PARKS, LLP
          Attorneys for Plaintiff State of Ohio Funds, AIG
18        Securities
     ALAN S. KOPIT
19
     BERMAN, DeVALERIO, PEASE, TABACCO, BURT & PUCILLO
20        Attorneys for Plaintiff Florida State Board
     MICHAEL PUCILLO
21   WENDY H. ZOBERMAN

22   WOLF, HALDENSTEIN, ADLER, FREEMAN & HERZ, LLP
          Attorneys  for Delaware Derivative Plaintiffs
23   JEFFREY G. SMITH

24   PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
          Attorneys for Defendants AIG and Maurice Greenberg
25   DANIEL JONATHAN KRAMER
     STACEY A. SHORTALL
```

64Kbwaig                Oral Argument

1    manipulating it.
2            MR. KRAMER:  That's certainly plaintiff's argument.
3            THE COURT:  I got the argument.  I don't agree with
4    it.
5            MR. KRAMER:  I understand.  I'm going to move on to
6    Counts 10 and 11.
7            THE COURT:  I don't read Dura in that context.
8            MR. KRAMER:  Well, all right.  Let me move on to 10
9    and 11.  I see that I'm making no progress with the Court today
10   on this complaint, but I'll press on.
11           THE COURT:  That argument anyway.  I do not think you
12   have the easiest case to make here.  This is one of the most
13   massive frauds I've ever seen.
14           MR. KRAMER:  Well, your Honor.
15           THE COURT:  It's not quite the level of flooding, but
16   close.
17           MR. KRAMER:  I hope that that's not a view that the
18   Court continues to hold.
19           THE COURT:  I'm not the finder of fact.  I worry about
20   the allegations in the complaint.
21           MR. KRAMER:  There are many allegations in this
22   complaint, but the fact is that AIG is a strong company.  The
23   stock price is at the levels --
24           THE COURT:  They may be a strong company.  Strong
25   companies commit fraud all the time.