# Exhibit A

**Exhibit A**

**American International Group, Inc. Daily Stock Price and Volume Movement During the Class Period**

**October 28, 1999 – April 1, 2005**



Source: Bloomberg, L.P.

Exhibit B

## Exhibit B

## American International Group, Inc.

## Common Stock Trading Volume, Share Turnover, and Dollar Volume

|  | Weekly Volume of Shares Traded [1] | Weekly Volume as % of Shares Ontstanding | Weekly Dollar Volume of Shares Traded [1] |
|---|---|---|---|
| Mean | 28,985,623 | 1.15% | $1,975,944,045 |
| Median | 26,077,550 | 1.01% | 1,792,883,250 |
| Minimum | 5,964,900 | 0.26% | 442,953,474 |
| Maximum | 179,217,200 | 6.91% | 9,131,116,340 |

### Share Turnover during Class Period

| | |
|---|---|
| Volume (10/28/1999 - 04/01/05) | 8,223,172,581 |
| Average Shares Outstanding durng Class Period | 2,506,782,778 |
| Time Period (yrs) | 5.43 |
| Turnover during Class Period [2] | 60.41% |

Notes:

[1] Statistics include those weeks that are fully contained in the Class Period.

[2] Turnover during Class Period is calculated as Volume (in Class Period) divided by Average Shares Outstanding during Class Period divided by Time Period (in years).

Source: Bloomberg, L.P.

Exhibit C

**Exhibit C**
**AIG - Analyst Coverage During the Class Period**

Firms Following AIG

AG Edwards
Bear Stearns
Deutsche Bank
First Boston
Fox Pitt
Goldman Sachs
JP Morgan
Langen McAlenney
Legg Mason
Lehman Brothers
Merrill Lynch
Morgan Stanley
Prudential Securities
Putnam Lovell
Raymond James
Salomon Smith Barney
UBS Warburg
Wasserstein Perella
William Blair
Williams Capital

Source:

Defendant American International Group, Inc.'s Responses and Objections to
Plaintiff's First Set of Interrogatories, pages 12-13 and Investext.

Exhibit D

Exhibit D

**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**

(Page 1 of 6)

Shares Outstanding as of September 30, 1999    1,548,242,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MGMT & RESEARCH CO | 50,926,899 | 3 29% | 4,241,045 |
| 2 | BARCLAYS BANK PLC | 47,727,811 | 3 08% | 595,410 |
| 3 | AXA FINANCIAL, INC | 31,838,687 | 2.06% | 2,894,091 |
| 4 | STATE STR BK & TRUST CO BOSTON | 26,715,827 | 1 73% | 1,037,227 |
| 5 | BANKERS TRUST N Y CORP | 26,236,335 | 1 69% | 379,089 |
| 6 | J P MORGAN INVT MGMT (US) | 25,379,923 | 1 64% | 596,032 |
| 7 | JANUS CAPITAL CORPORATION | 24,030,392 | 1 55% | 230,723 |
| 8 | VANGUARD GROUP | 21,909,326 | 1 42% | 603,711 |
| 9 | AMERICAN CENT COS | 21,523,193 | 1 39% | 260,648 |
| 10 | CITIGROUP INVESTMENTS INC | 19,595,680 | 1 27% | 1,518,749 |
| | 909 Other Institutional Holders | 562,953,079 | 36 36% | 64,543,754 |
| Total | | 858,837,152 | 55 47% | 76,900,479 |

Shares Outstanding as of December 31, 1999    1,549,128,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MGMT & RESEARCH CO | 56,087,323 | 3 62% | 5,160,424 |
| 2 | BARCLAYS BANK PLC | 47,698,972 | 3 08% | 28,839 |
| 3 | AXA FINANCIAL, INC | 30,825,379 | 1 99% | 1,013,308 |
| 4 | STATE STR BK & TRUST CO BOSTON | 28,315,943 | 1 83% | 1,600,116 |
| 5 | J P MORGAN INVT MGMT (US) | 25,916,601 | 1.67% | 536,678 |
| 6 | VANGUARD GROUP | 22,197,975 | 1 43% | 288,649 |
| 7 | TAUNUS CORPORATION | 21,737,691 | 1 40% | 4,498,644 |
| 8 | AMERICAN CENT COS | 21,551,193 | 1 39% | 28,000 |
| 9 | CITIGROUP INVESTMENTS INC | 19,712,831 | 1 27% | 117,151 |
| 10 | JANUS CAPITAL CORPORATION | 18,891,895 | 1 22% | 5,138,497 |
| | 952 Other Institutional Holders | 563,330,238 | 36 36% | 54,985,815 |
| Total | | 856,266,041 | 55 27% | 73,396,121 |

Shares Outstanding as of March 31, 2000    1,541,383,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MGMT & RESEARCH CO | 57,022,722 | 3 70% | 935,399 |
| 2 | BARCLAYS BANK PLC | 48,126,272 | 3 12% | 427,300 |
| 3 | AXA FINANCIAL, INC | 29,907,501 | 1 94% | 917,878 |
| 4 | STATE STR BK & TRUST CO BOSTON | 28,668,839 | 1 86% | 352,896 |
| 5 | BANKERS TRUST N Y CORP | 26,232,842 | 1.70% | 316,241 |
| 6 | J P MORGAN INVT MGMT (US) | 22,339,397 | 1.45% | 141,422 |
| 7 | JANUS CAPITAL CORPORATION | 21,918,494 | 1 42% | 367,301 |
| 8 | VANGUARD GROUP | 21,156,788 | 1 37% | 580,903 |
| 9 | AMERICAN CENT COS | 20,111,805 | 1 30% | 398,974 |
| 10 | CITIGROUP INVESTMENTS INC. | 18,915,454 | 1 23% | 4,631,959 |
| | 936 Other Institutional Holders | 543,379,585 | 35 25% | 78,676,454 |
| Total | | 837,779,699 | 54 35% | 87,746,727 |

Shares Outstanding as of June 30, 2000    1,542,556,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 55,745,089 | 3 61% | 1,916,450 |
| 2 | BARCLAYS BANK PLC | 50,044,363 | 3 24% | 2,877,136 |
| 3 | AXA FINANCIAL, INC | 28,133,410 | 1 82% | 2,661,137 |
| 4 | STATE STR CORPORATION | 27,776,591 | 1.80% | 1,338,372 |
| 5 | JP MORGAN & COMPANY INC | 27,727,210 | 1.80% | 2,241,552 |
| 6 | VANGUARD GROUP | 22,285,249 | 1 44% | 81,222 |
| 7 | AMERICAN CENT COS | 21,565,769 | 1 40% | 529,087 |
| 8 | CITIGROUP INC | 19,926,261 | 1 29% | 540,945 |
| 9 | PUTNAM INVESTMENT MANAGEMENT | 18,262,299 | 1 18% | 979,732 |
| 10 | TAUNUS CORPORATION | 17,420,798 | 1 13% | 5,603,985 |
| | 980 Other Institutional Holders | 577,653,374 | 37 45% | 114,655,799 |
| Total | | 866,540,414 | 56 18% | 133,425,417 |

Note

[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source  Thomson Financial 13-F Filings.

Exhibit D

**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**

(Page 2 of 6)

Shares Outstanding as of September 30, 2000·    2,315,555,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 82,961,628 | 3 58% | 656,004 |
| 2 | BARCLAYS BANK PLC | 74,850,810 | 3 23% | 215,732 |
| 3 | STATE STR CORPORATION | 42,217,950 | 1 82% | 553,063 |
| 4 | JP MORGAN & COMPANY INC | 38,827,081 | 1 68% | 2,763,733 |
| 5 | AXA FINANCIAL, INC. | 37,744,756 | 1 63% | 4,455,358 |
| 6 | VANGUARD GROUP | 33,682,677 | 1 45% | 254,803 |
| 7 | AMERICAN CENT INVESTMENT MANAG | 33,246,456 | 1 44% | 897,802 |
| 8 | CITIGROUP INC | 31,942,349 | 1.38% | 1,233,698 |
| 9 | PUTNAM INVESTMENT MANAGEMENT | 27,231,354 | 1 18% | 162,095 |
| 10 | MELLON BANK NA | 25,545,779 | 1 10% | 27,611 |
| | 1018 Other Institutional Holders | 863,717,747 | 37 30% | 84,710,537 |
| Total | | 1,291,968,587 | 55 80% | 95,930,436 |

Shares Outstanding as of December 31, 2000    2,332,713,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MGMT & RESEARCH CO | 76,754,167 | 3 29% | 6,728,186 |
| 2 | BARCLAYS BANK PLC | 76,570,070 | 3 28% | 1,442,864 |
| 3 | JP MORGAN CHASE & CO | 51,420,285 | 2 20% | 12,593,204 |
| 4 | STATE STR CORPORATION | 46,387,389 | 1 99% | 4,027,520 |
| 5 | AXA FINANCIAL, INC. | 38,722,023 | 1 66% | 688,587 |
| 6 | VANGUARD GROUP | 37,541,868 | 1 61% | 3,720,560 |
| 7 | CITIGROUP INC | 33,401,120 | 1 43% | 1,423,326 |
| 8 | AMERICAN CENT INVT MGMT, INC | 28,552,931 | 1 22% | 4,693,525 |
| 9 | DAVIS SELECTED ADVISERS, L P | 28,117,491 | 1 21% | 18,603,688 |
| 10 | MELLON BANK NA | 27,582,636 | 1 18% | 1,952,059 |
| | 1071 Other Institutional Holders | 869,411,351 | 37.27% | 93,019,024 |
| Total | | 1,314,461,331 | 56 35% | 148,892,543 |

Shares Outstanding as of March 31, 2001    2,331,018,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 76,507,736 | 3 28% | 62,334 |
| 2 | BARCLAYS BANK PLC | 74,835,995 | 3 21% | 1,918,172 |
| 3 | STATE STR CORPORATION | 51,308,635 | 2.20% | 111,650 |
| 4 | JP MORGAN & COMPANY INC | 49,225,598 | 2 11% | 2,838,209 |
| 5 | AXA FINANCIAL, INC | 44,544,691 | 1.91% | 5,822,668 |
| 6 | VANGUARD GROUP | 37,665,447 | 1.62% | 123,579 |
| 7 | AMERICAN CENT INVESTMENT MANAG | 33,185,588 | 1 42% | 215,532 |
| 8 | CITIGROUP INC | 26,739,231 | 1 15% | 1,813,700 |
| 9 | PUTNAM INVESTMENT MANAGEMENT | 26,557,020 | 1 14% | 1,025,616 |
| 10 | MELLON BANK NA | 26,020,345 | 1 12% | 2,023 478 |
| | 1037 Other Institutional Holders | 815,438,247 | 34 98% | 104,572,232 |
| Total | | 1,262,028,533 | 54 14% | 120,527,170 |

Shares Outstanding as of June 30, 2001.    2,331,306,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | BARCLAYS BANK PLC | 79,239,622 | 3.40% | 2,010,486 |
| 2 | FIDELITY MGMT & RESEARCH CO | 77,239,737 | 3 31% | 2,403,742 |
| 3 | AXA FINANCIAL, INC. | 53,439,433 | 2 29% | 8,894,742 |
| 4 | JP MORGAN CHASE & CO | 51,358,614 | 2 20% | 49,979 |
| 5 | STATE STR CORPORATION | 50,723,722 | 2 18% | 1,498,124 |
| 6 | VANGUARD GROUP | 35,559,420 | 1 53% | 2,106,027 |
| 7 | CITIGROUP INC | 34,942,657 | 1 50% | 1,415,229 |
| 8 | MELLON BANK NA | 29,768,270 | 1 28% | 3,211,250 |
| 9 | TAUNUS CORPORATION | 26,714,589 | 1 15% | 694,244 |
| 10 | AMERICAN CENT INVT MGMT, INC | 25,923,258 | 1 11% | 815,973 |
| | 1030 Other Institutional Holders | 831,599,576 | 35 67% | 97,006,255 |
| Total | | 1,296,508,898 | 55 61% | 120,106,051 |

Note

[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source:  Thomson Financial 13-F Filings.

Exhibit D
**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**
(Page 3 of 6)

Shares Outstanding as of September 30, 2001    2,612,479,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | BARCLAYS BANK PLC | 86,178,504 | 3.30% | 2,997,098 |
| 2 | FIDELITY MGMT & RESEARCH CO | 79,781,910 | 3.05% | 1,458,138 |
| 3 | AXA FINANCIAL, INC | 61,051,621 | 2.34% | 6,040,387 |
| 4 | STATE STR CORPORATION | 56,665,313 | 2.17% | 380,156 |
| 5 | JP MORGAN CHASE & CO | 54,476,483 | 2.09% | 3,795,163 |
| 6 | CAPITAL RESEARCH & MGMT CO | 42,933,562 | 1.64% | 7,235,474 |
| 7 | VANGUARD GROUP | 39,786,786 | 1.52% | 64,890 |
| 8 | CITIGROUP INC | 38,672,709 | 1.48% | 1,951,161 |
| 9 | MELLON BANK NA | 37,636,390 | 1.44% | 3,567,169 |
| 10 | TAUNUS CORPORATION | 29,351,359 | 1.12% | 2,455,966 |
| | 1095 Other Institutional Holders | 948,213,590 | 36.30% | 129,451,391 |
| Total | | 1,474,748,227 | 56.45% | 159,397,893 |

Shares Outstanding as of December 31, 2001    2,615,432,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | BARCLAYS BANK PLC | 89,791,500 | 3.43% | 3,612,996 |
| 2 | FIDELITY MGMT & RESEARCH CO | 79,694,908 | 3.05% | 87,002 |
| 3 | AXA FINANCIAL, INC | 63,895,172 | 2.44% | 2,843,551 |
| 4 | STATE STR CORPORATION | 57,472,347 | 2.20% | 807,034 |
| 5 | JP MORGAN CHASE & CO | 52,807,109 | 2.02% | 1,669,374 |
| 6 | CAPITAL RESEARCH & MGMT CO | 45,742,465 | 1.75% | 2,808,903 |
| 7 | VANGUARD GROUP | 42,364,971 | 1.62% | 2,578,185 |
| 8 | CITIGROUP INC | 38,456,298 | 1.47% | 216,411 |
| 9 | MELLON BANK NA | 37,585,223 | 1.44% | 51,167 |
| 10 | COLLEGE RETIRE EQUITIES | 24,332,598 | 0.93% | 304,600 |
| | 1054 Other Institutional Holders | 909,311,952 | 34.77% | 96,811,863 |
| Total | | 1,441,454,543 | 55.11% | 111,791,086 |

Shares Outstanding as of March 31, 2002    2,612,902,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | BARCLAYS BANK PLC | 107,930,298 | 4.13% | 28,235,390 |
| 2 | FIDELITY MGMT & RESEARCH CO | 88,828,259 | 3.40% | 976,440 |
| 3 | AXA FINANCIAL, INC | 68,965,938 | 2.64% | 5,070,766 |
| 4 | STATE STR CORPORATION | 58,826,039 | 2.25% | 1,353,692 |
| 5 | JP MORGAN CHASE & CO | 53,006,856 | 2.03% | 7,264,391 |
| 6 | CAPITAL RESEARCH & MGMT CO | 48,714,051 | 1.86% | 4,093,058 |
| 7 | VANGUARD GROUP | 43,680,768 | 1.67% | 1,315,797 |
| 8 | CITIGROUP INC | 40,936,583 | 1.57% | 2,480,285 |
| 9 | MELLON BANK NA | 38,294,803 | 1.47% | 5,853,356 |
| 10 | TAUNUS CORPORATION | 37,394,664 | 1.43% | 190,559 |
| | 1117 Other Institutional Holders | 940,333,444 | 35.99% | 126,855,725 |
| Total | | 1,526,911,703 | 58.44% | 183,689,459 |

Shares Outstanding as of June 30, 2002:    2,610,692,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MGMT & RESEARCH CO | 124,087,513 | 4.75% | 16,157,215 |
| 2 | BARCLAYS BANK PLC | 94,335,180 | 3.61% | 5,506,921 |
| 3 | AXA FINANCIAL, INC | 64,659,190 | 2.48% | 4,306,748 |
| 4 | STATE STR CORPORATION | 61,354,934 | 2.35% | 2,528,895 |
| 5 | CAPITAL RESEARCH & MGMT CO | 58,348,604 | 2.23% | 5,341,748 |
| 6 | JP MORGAN CHASE & CO | 46,820,673 | 1.79% | 1,893,378 |
| 7 | VANGUARD GROUP | 44,259,585 | 1.70% | 578,817 |
| 8 | DEUTSCHE BK AKTIENGESELLSCHAFT | 41,160,514 | 1.58% | 2,865,711 |
| 9 | MELLON BANK NA | 34,958,108 | 1.34% | 2,436,556 |
| 10 | CITIGROUP INC | 34,568,106 | 1.32% | 6,368,477 |
| | 1066 Other Institutional Holders | 894,616,926 | 34.27% | 115,173,901 |
| Total | | 1,499,169,333 | 57.42% | 163,158,367 |

Note
[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source   Thomson Financial 13-F Filings

**Exhibit D**
**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**
(Page 4 of 6)

Shares Outstanding as of September 30, 2002.   2,608,595,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|--------------|-------------|-------------------------------|-------------------------------|
| 1 | FIDELITY MGMT & RESEARCH CO | 130,701,417 | 5.01% | 6,613,904 |
| 2 | BARCLAYS BANK PLC | 97,471,508 | 3.74% | 3,191,597 |
| 3 | AXA FINANCIAL, INC | 73,502,881 | 2.82% | 8,843,691 |
| 4 | STATE STR CORPORATION | 65,145,759 | 2.50% | 3,790,825 |
| 5 | CAPITAL RESEARCH & MGMT CO | 58,735,604 | 2.25% | 387,000 |
| 6 | JP MORGAN CHASE & CO | 44,667,161 | 1.71% | 2,153,512 |
| 7 | VANGUARD GROUP | 44,127,953 | 1.69% | 131,632 |
| 8 | CITIGROUP INC | 34,511,829 | 1.32% | 56,277 |
| 9 | DEUTSCHE BK AKTIENGESELLSCHAFT | 32,194,654 | 1.23% | 8,965,860 |
| 10 | MELLON BANK NA | 31,011,621 | 1.19% | 3,946,487 |
| | 1067 Other Institutional Holders | 912,442,206 | 34.98% | 105,609,141 |
| Total | | 1,524,512,593 | 58.44% | 143,689,926 |

Shares Outstanding as of December 31, 2002   2,609,601,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|--------------|-------------|-------------------------------|-------------------------------|
| 1 | FIDELITY MGMT & RESEARCH CO | 132,263,544 | 5.07% | 1,562,127 |
| 2 | BARCLAYS BANK PLC | 89,745,869 | 3.44% | 7,725,639 |
| 3 | AXA FINANCIAL, INC | 73,351,627 | 2.81% | 151,254 |
| 4 | STATE STR CORPORATION | 66,917,464 | 2.56% | 1,771,705 |
| 5 | CAPITAL RESEARCH & MGMT CO | 59,224,104 | 2.27% | 488,500 |
| 6 | VANGUARD GROUP, INC | 44,601,715 | 1.71% | 473,762 |
| 7 | DEUTSCHE BK AKTIENGESELLSCHAFT | 39,036,819 | 1.50% | 6,842,165 |
| 8 | CITIGROUP INC | 33,512,314 | 1.28% | 999,515 |
| 9 | MELLON BANK NA | 30,299,250 | 1.16% | 712,371 |
| 10 | WELLINGTON MANAGEMENT CO, LLP | 29,959,744 | 1.15% | 3,306,253 |
| | 1094 Other Institutional Holders | 870,886,552 | 33.37% | 122,704,823 |
| Total | | 1,469,799,002 | 56.32% | 146,738.114 |

Shares Outstanding as of March 31, 2003   2,608,397,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|--------------|-------------|-------------------------------|-------------------------------|
| 1 | FIDELITY MGMT & RESEARCH CO | 141,491,026 | 5.42% | 9,227,482 |
| 2 | BARCLAYS BANK PLC | 100,956,792 | 3.87% | 11,210,923 |
| 3 | AXA FINANCIAL, INC | 74,358,237 | 2.85% | 1,006,610 |
| 4 | STATE STR CORPORATION | 71,371,054 | 2.74% | 4,453,590 |
| 5 | CAPITAL RESEARCH & MGMT CO | 67,866,404 | 2.60% | 8,642,300 |
| 6 | JP MORGAN CHASE & CO | 45,707,083 | 1.75% | 1,105,368 |
| 7 | VANGUARD GROUP | 33,160,308 | 1.27% | 352,006 |
| 8 | CITIGROUP INC | 32,213,676 | 1.23% | 11,844,330 |
| 9 | DEUTSCHE BK AKTIENGESELLSCHAFT | 32,033,958 | 1.23% | 5,733,006 |
| 10 | MELLON BANK NA | 31,972,255 | 1.23% | 1,673,005 |
| | 1094 Other Institutional Holders | 923,042,787 | 35.39% | 154,866,142 |
| Total | | 1,554,173,580 | 59.58% | 210,114,762 |

Shares Outstanding as of June 30, 2003   2,608,877,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|--------------|-------------|-------------------------------|-------------------------------|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 138,354,998 | 5.30% | 3,136,028 |
| 2 | BARCLAYS BANK PLC | 94,007,868 | 3.60% | 6,948,924 |
| 3 | STATE STR CORPORATION | 74,219,131 | 2.84% | 2,848,077 |
| 4 | AXA FINANCIAL, INC | 70,891,562 | 2.72% | 3,466,675 |
| 5 | CAPITAL RESEARCH & MGMT CO | 69,433,554 | 2.66% | 1,567,150 |
| 6 | VANGUARD GROUP, INC | 49,133,495 | 1.88% | 3,426,412 |
| 7 | NORTHERN TRUST CORP | 36,444,638 | 1.40% | 4,230,962 |
| 8 | CITIGROUP INC | 36,096,767 | 1.38% | 2,936,459 |
| 9 | PUTNAM INVESTMENT MGMT, L L C | 34,191,630 | 1.31% | 5,216,639 |
| 10 | DAVIS SELECTED ADVISERS, L P | 32,391,516 | 1.24% | 357,558 |
| | 1121 Other Institutional Holders | 924,973,068 | 35.45% | 86,696,796 |
| Total | | 1,560,138,227 | 59.80% | 120,831,680 |

Note
[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source  Thomson Financial 13-F Filings

**Exhibit D**

**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**

(Page 5 of 6)

Shares Outstanding as of March 31, 2004 [3]: 2,607,946,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|-------------|-------------|------------------------------|------------------------------|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 136,806,345 | 5 25% | 1,548,653 |
| 2 | BARCLAYS BANK PLC | 91,892,244 | 3 52% | 2,115,624 |
| 3 | STATE STR CORPORATION | 74,509,398 | 2 86% | 290,267 |
| 4 | CAPITAL RESEARCH & MGMT CO | 71,250,554 | 2 73% | 1,817,000 |
| 5 | AXA FINANCIAL, INC | 66,688,964 | 2 56% | 4,202,598 |
| 6 | VANGUARD GROUP, INC | 50,384,328 | 1 93% | 1,250,833 |
| 7 | NORTHERN TRUST CORP | 36,425,904 | 1 40% | 18,734 |
| 8 | CITIGROUP INC | 34,765,080 | 1.33% | 179,220 |
| 9 | DAVIS SELECTED ADVISERS, L P. | 32,895,020 | 1.26% | 503,504 |
| 10 | PUTNAM INVESTMENT MGMT, L L C | 32,314,275 | 1.24% | 1,877,355 |
| | 1106 Other Institutional Holders | 921,238,316 | 35 32% | 99,163,249 |
| Total | | 1,549,170,428 | 59 40% | 112,967,037 |

Shares Outstanding as of December 31, 2003    2,608,447,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|-------------|-------------|------------------------------|------------------------------|
| 1 | BARCLAYS BANK PLC | 96,710,175 | 3.71% | 3,942,821 |
| 2 | CAPITAL RESEARCH & MGMT CO | 86,674,154 | 3.32% | 3,473,050 |
| 3 | STATE STR CORPORATION | 84,225,212 | 3.23% | 1,583,539 |
| 4 | AXA FINANCIAL, INC | 57,937,498 | 2 22% | 2,574,710 |
| 5 | VANGUARD GROUP. INC | 55,107,549 | 2.11% | 880,400 |
| 6 | NORTHERN TRUST CORP | 39,186,879 | 1 50% | 27,696 |
| 7 | CITIGROUP INC | 36,381,165 | 1 39% | 504,460 |
| 8 | DAVIS SELECTED ADVISERS, L P. | 36,092,365 | 1 38% | 634,939 |
| 9 | MELLON BANK NA | 30,814,797 | 1 18% | 878,074 |
| 10 | WELLINGTON MANAGEMENT CO, LLP | 28,248,181 | 1 08% | 103,676 |
| | 1157 Other Institutional Holders | 904,228,124 | 34 67% | 96,183,251 |
| Total | | 1,455,606,099 | 55.80% | 110,786,616 |

Shares Outstanding as of March 31, 2004    2,608,225,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|-------------|-------------|------------------------------|------------------------------|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 143,298,058 | 5 49% | 2,358,652 |
| 2 | BARCLAYS BANK PLC | 93,897,622 | 3 60% | 1,753,506 |
| 3 | STATE STR CORPORATION | 79,931,154 | 3 06% | 4,280,400 |
| 4 | CAPITAL RESEARCH & MGMT CO | 71,650,248 | 2 75% | 2,998,532 |
| 5 | AXA FINANCIAL, INC | 67,390,558 | 2.58% | 1,841,757 |
| 6 | VANGUARD GROUP, INC. | 53,424,562 | 2 05% | 1,481,753 |
| 7 | NORTHERN TRUST CORP | 37,832,937 | 1.45% | 589,185 |
| 8 | CITIGROUP INC | 37,379,852 | 1.43% | 1,479,276 |
| 9 | DAVIS SELECTED ADVISERS, L P | 35,301,738 | 1 35% | 508,513 |
| 10 | PUTNAM INVESTMENT MGMT, L L C | 30,390,114 | 1 17% | 970,546 |
| | 1165 Other Institutional Holders | 927,124,226 | 35 55% | 87,421,199 |
| Total | | 1,577,621,069 | 60 49% | 105,683,319 |

Shares Outstanding as of June 30, 2004    2,605,397,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|------|-------------|-------------|------------------------------|------------------------------|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 146,251,457 | 5.61% | 2,953,399 |
| 2 | BARCLAYS BANK PLC | 92,767,354 | 3 56% | 1,130,268 |
| 3 | CAPITAL RESEARCH & MGMT CO | 83,201,104 | 3 19% | 3,269,950 |
| 4 | STATE STR CORPORATION | 82,641,673 | 3.17% | 10,991,425 |
| 5 | AXA FINANCIAL, INC | 60,512,208 | 2 32% | 6,878,350 |
| 6 | VANGUARD GROUP. INC | 54,227,149 | 2 08% | 802,587 |
| 7 | NORTHERN TRUST CORP | 39,214,575 | 1 51% | 207,805 |
| 8 | CITIGROUP INC | 36,885,625 | 1 42% | 494,227 |
| 9 | DAVIS SELECTED ADVISERS, L P | 35,457,426 | 1 36% | 155,688 |
| 10 | MELLON BANK NA | 29,936,723 | 1 15% | 453,391 |
| | 1174 Other Institutional Holders | 911,910,286 | 35 00% | 97,570,568 |
| Total | | 1,573,005,580 | 60 37% | 124,907,658 |

Note

[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source  Thomson Financial 13-F Filings

**Exhibit D**

**AIG - Quarterly Holdings of the 10 Largest Institutional Holders from the Third Quarter of 1999 until the Second Quarter of 2005**

(Page 6 of 6)

Shares Outstanding as of March 31, 2004 [1]    2,604,571,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 145,802,514 | 5 60% | 448,943 |
| 2 | BARCLAYS BANK PLC | 96,710,175 | 3 71% | 3,942,821 |
| 3 | CAPITAL RESEARCH & MGMT CO | 86,674,154 | 3 33% | 3,473,050 |
| 4 | STATE STR CORPORATION | 84,225,212 | 3 23% | 1,583,539 |
| 5 | AXA FINANCIAL, INC | 57,937,498 | 2 22% | 2,574,710 |
| 6 | VANGUARD GROUP, INC | 55,107,549 | 2 12% | 880,400 |
| 7 | NORTHERN TRUST CORP | 39,186,879 | 1 50% | 27,696 |
| 8 | CITIGROUP INC | 36,381,165 | 1.40% | 504,460 |
| 9 | DAVIS SELECTED ADVISERS, L.P. | 36,092,365 | 1.39% | 634,939 |
| 10 | MELLON BANK NA | 30,814,797 | 1 18% | 878,074 |
|  | 1157 Other Institutional Holders | 904,228,124 | 34 72% | 96,183,251 |
| Total |  | 1,573,160,432 | 60 40% | 111,131,883 |

Shares Outstanding as of December 31, 2004    2,596,423,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | BARCLAYS BANK PLC | 107,801,367 | 4.15% | 11,091,192 |
| 2 | STATE STR CORPORATION | 79,602,703 | 3 07% | 4,622,509 |
| 3 | CAPITAL RESEARCH & MGMT CO | 66,222,254 | 2 55% | 20,451,900 |
| 4 | VANGUARD GROUP, INC. | 55,439,342 | 2.14% | 331,793 |
| 5 | AXA FINANCIAL, INC. | 52,549,238 | 2 02% | 5,388,260 |
| 6 | NORTHERN TRUST CORP | 36,790,659 | 1 42% | 2,396,220 |
| 7 | DAVIS SELECTED ADVISERS, L P | 36,625,428 | 1 41% | 533,063 |
| 8 | CITIGROUP INC | 36,284,564 | 1.40% | 96,601 |
| 9 | WELLINGTON MANAGEMENT CO, LLP | 29,727,570 | 1.14% | 1,479,389 |
| 10 | MELLON BANK NA | 29,294,275 | 1.13% | 1,520,522 |
|  | 1143 Other Institutional Holders | 932,483,002 | 35.91% | 176,153,131 |
| Total |  | 1,462,820,402 | 56 34% | 224,064,580 |

Shares Outstanding as of March 31, 2005    2,594,907,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 149,114,686 | 5 75% | 5,768,923 |
| 2 | BARCLAYS BANK PLC | 108,451,017 | 4 18% | 649,650 |
| 3 | CAPITAL RESEARCH & MGMT CO | 83,199,785 | 3 21% | 3,597,082 |
| 4 | STATE STR CORPORATION | 74,148,004 | 2 86% | 7,925,750 |
| 5 | AXA FINANCIAL, INC | 62,729,130 | 2.42% | 10,179,892 |
| 6 | VANGUARD GROUP, INC | 57,056,649 | 2 20% | 1,617,307 |
| 7 | NORTHERN TRUST CORP | 39,766,299 | 1.53% | 3,140,871 |
| 8 | CITIGROUP INC | 39,659,751 | 1 53% | 9,932,181 |
| 9 | DAVIS SELECTED ADVISERS, L P. | 37,390,833 | 1 44% | 600,174 |
| 10 | MELLON BANK NA | 36,821,373 | 1 42% | 536,809 |
|  | 1112 Other Institutional Holders | 907,194,724 | 34 96% | 195,689,647 |
| Total |  | 1,595,532,251 | 61 49% | 239,638,286 |

Shares Outstanding as of June 30, 2005.    2,595,080,000

| Rank | Manager Name | Shares Held | Percent of Shares Outstanding | Change in Securities Held [1] |
|---|---|---|---|---|
| 1 | FIDELITY MANAGEMENT & RESEARCH | 156,011,082 | 6 01% | 6,896,396 |
| 2 | BARCLAYS BANK PLC | 108,110,846 | 4 17% | 340,171 |
| 3 | CAPITAL RESEARCH & MGMT CO | 82,453,579 | 3 18% | 8,305,575 |
| 4 | STATE STR CORPORATION | 76,727,611 | 2.96% | 6,472,174 |
| 5 | AXA FINANCIAL, INC | 62,245,654 | 2 40% | 483,476 |
| 6 | VANGUARD GROUP, INC | 56,569,276 | 2 18% | 487,373 |
| 7 | DAVIS SELECTED ADVISERS, L P | 48,287,117 | 1.86% | 8,520,818 |
| 8 | WELLINGTON MANAGEMENT CO, LLP | 38,064,343 | 1.47% | 1,595,408 |
| 9 | NORTHERN TRUST CORP | 34,927,272 | 1 35% | 2,463,561 |
| 10 | CITIGROUP INC | 32,934,036 | 1 27% | 3,887,337 |
|  | 1121 Other Institutional Holders | 883,452,506 | 34 04% | 170,532,324 |
| Total |  | 1,579,783,322 | 60 88% | 209,984,613 |

Note

[1] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder

Source  Thomson Financial 13-F Filings.

Exhibit E

**Exhibit E**

**Market Value of the Public Float of AIG Common Stock, 1999-2005**

| Date [1] | Shares Held by Insiders | Shares Outstanding | Public Float (Shares) | Stock Price on Report Date | | Market Value of Public Float | |
|---|---|---|---|---|---|---|---|
| 1/31/1999 | 89,430,125 | 2,282,132,000 | 2,192,701,875 | $ | 54.90 | $ | 120,379,332,938 |
| 1/31/2000 | 104,558.640 | 2,323,692,000 | 2,219,133,360 | | 69.58 | | 154,414,622,329 |
| 1/31/2001 | 91,121,106 | 2,332,713,000 | 2,241,591,894 | | 85.02 | | 190,580,142,828 |
| 1/31/2002 | 87,749,960 | 2,615,432,000 | 2,527,682,040 | | 74.15 | | 187,427,623,266 |
| 1/31/2003 | 84,625,112 | 2,609,601,000 | 2,524,975,888 | | 54.12 | | 136,651,695,059 |
| 1/31/2004 | 54,093,471 | 2,608,447,000 | 2,554,353,529 | | 69.45 | | 177,399,852,589 |
| 3/31/2005 | 55,415,449 | 2,596,423,000 | 2,541,007,551 | | 55.41 | | 140,797,228,401 |
| **Average** | **80,999,123** | **2,481,205,714** | **2,400,206,591** | **$** | **66.09** | **$** | **158,235,785,344** |

Notes:

[1] Date as reported from AIG Form Def 14A's.

Source:

Bloomberg LLP and AIG Form Def 14A's.

Exhibit F

**Exhibit F**
**Test for Put-Call Parity Relationship Based on American International Group, Inc. Common Stock and Equity Options**

| | Panel A. "Failure is an Option" Method [1] [2] | | | | | |
|---|---|---|---|---|---|---|
| Year | Average Put-Call Parity Violation [3] | Median Put-Call Parity Violation [3] | Average Absolute Value Put-Call Parity Violation [3] | Average Put-Call Parity Violation (Near the Money) [4] | Median Put-Call Parity Violation (Near the Money) [4] | Average Absolute Value Put-Call Parity Violation (Near the Money) [4] |
| 10/28/1999 - 12/31/1999 | -0.6315% | -0.8102% | 0.6587% | -0.5056% | -0.2547% | 0.5323% |
| 1/1/2000 - 12/31/2000 | -0.9494% | -1.1041% | 0.9687% | -0.6483% | -1.0614% | 0.6557% |
| 1/1/2001 - 12/31/2001 | -0.6347% | -0.6497% | 0.6414% | -0.5030% | -0.6498% | 0.5088% |
| 1/1/2002 - 12/31/2002 | -0.1987% | -0.2091% | 0.2075% | -0.1420% | -0.2183% | 0.1498% |
| 1/1/2003 - 12/31/2003 | -0.1194% | -0.1156% | 0.1342% | -0.0948% | -0.1128% | 0.1093% |
| 1/1/2004 - 12/31/2004 | -0.1561% | -0.1476% | 0.1646% | -0.1496% | -0.1452% | 0.1580% |
| 1/1/2005 - 4/1/2005 | -0.2962% | -0.3076% | 0.3018% | -0.2792% | -0.3138% | 0.2848% |
| Class Period | -0.5185% | -0.2869% | 0.5314% | -0.4777% | -0.2656% | 0.4926% |
| Number of Observations | 5,259 | 5,259 | 5,259 | 4,187 | 5,259 | 4,187 |

| | Panel B. "Limited Arbitrage and Short Sales Restrictions" Approach [5] [6] | | | | | |
|---|---|---|---|---|---|---|
| Year | Average Put-Call Parity Violation ("R") [3] | Median Put-Call Parity Violation [3] | Average Absolute Value Put-Call Parity Violation [3] | Average Put-Call Parity Violation (Near the Money) [4] | Median Put-Call Parity Violation (Near the Money) [4] | Average Absolute Value Put-Call Parity Violation (Near the Money) [4] |
| 10/28/1999 - 12/31/1999 | -0.635 | 0.814 | 0.662 | -0.509 | 0.255 | 0.255 |
| 1/1/2000 - 12/31/2000 | -0.956 | 1.110 | 0.975 | -0.652 | 1.067 | 1.067 |
| 1/1/2001 - 12/31/2001 | -0.638 | 0.652 | 0.644 | -0.505 | 0.652 | 0.652 |
| 1/1/2002 - 12/31/2002 | -0.199 | 0.209 | 0.208 | -0.142 | 0.219 | 0.219 |
| 1/1/2003 - 12/31/2003 | -0.120 | 0.116 | 0.134 | -0.095 | 0.113 | 0.113 |
| 1/1/2004 - 12/31/2004 | -0.156 | 0.148 | 0.165 | -0.150 | 0.145 | 0.145 |
| 1/1/2005 - 4/1/2005 | -0.297 | 0.308 | 0.302 | -0.280 | 0.314 | 0.314 |
| Class Period | -0.521 | 0.287 | 0.534 | -0.480 | 0.266 | 0.268 |
| Number of Observations | 5,259 | 5,259 | 5,259 | 4,187 | 4,187 | 4,187 |

Notes:

[1] Put-Call Parity Violation = {Stock Price -[Present Value of the Strike Price + Present Value of the Dividend + Call Price - Put Price]}/Stock price

[2] Richard B. Evans, Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices,"*Review of Financial Studies* (forthcoming) [hereinafter Evans, et al., *Failure is an Option* ].

[3] Calls and Puts are matched based on strike price and expiration date. Options with less than 6 calendar days to maturity or greater than 180 calendar days to matury and options with a price less than $0.375 were deleted. Call Price and Put Price are equal to the average of the best bid and best ask quotes.

[4] Sample is restricted to those pairs for which -0.1< ln(Stock Price/Excercise Price) < 0.1.

[5] Put-Call Parity Violation ("R") = 100 * ln{Stock Price/[Present Value of the Strike Price + Present Value of the Dividend + Call Price - Put Price]}

[6] Eli Ofek, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets, 74*Journal of Financial Economics* , 2004, pages 305-342.

Source: Optionmetrics Ivy DB database, Bloomberg, L.P

Exhibit G

**Exhibit G**
**American International Group, Inc**
**Summary of Trace Data**

**Panel A.  AIG 0.5% Notes due May 15, 2007**

| | |
|---|---:|
| Number of Trades (3/3/2003 - 4/1/2005) [1] | 498 |
| Number of Days when Bond is Traded (3/3/2003 - 4/1/2005) | 187 |
| Average Number of Trades Per Year (3/3//2003 - 4/1/2005) | 239 |
| Average Par Value per Trade (3/3//2003 - 4/1/2005) [3] | $ 606,647 |
| Percentage of Days with Pricing Covered from 3/3/2003 to 4/1/2005 [2] | 35.64% |

**Panel B.  AIG Zero-Coupon Debentures due November 19, 2031**

| | |
|---|---:|
| Number of Trades (7/1/2002 - 4/1/2005) [1] | 4,146 |
| Number of Days when Bond is Traded (7/1/2002 - 4/1/2005) | 626 |
| Average Number of Trades Per Year (7/1/2002 - 4/1/2005) | 1,506 |
| Average Par Value per Trade (7/1/2002 - 4/1/2005) [3] | $ 3,023,793 |
| Percentage of Days with Pricing Covered from 7/1/2002 to 4/1/2005 [2] | 90.22% |

**Panel C.  AIG 2.85% Medium-Term Notes, Series F due December 1, 2005**

| | |
|---|---:|
| Number of Trades (12/23/2002 - 4/1/2005) [1] | 3,666 |
| Number of Days when Bond is Traded (12/23/2002 - 4/1/2005) | 500 |
| Average Number of Trades Per Year (12/23/2002 - 4/1/2005) | 1,612 |
| Average Par Value per Trade (12/23/2002 - 4/1/2005) [3] | $ 251,271 |
| Percentage of Days with Pricing Covered from 12/23/2002 to 4/1/2005 [2] | 87.25% |

**Pauel D.  AIG 2.875% Notes due May 15, 2008**

| | |
|---|---:|
| Number of Trades (4/23/2004 - 4/1/2005) [1] | 845 |
| Number of Days when Bond is Traded (4/23/2004 - 4/1/2005) | 190 |
| Average Number of Trades Per Year (4/23/2004 - 4/1/2005) | 899 |
| Average Par Value per Trade (4/23/2004 - 4/1/2005) [3] | $ 560,779 |
| Percentage of Days with Pricing Covered from 4/23/2004 to 4/1/2005 [2] | 80.23% |

**Panel E.  AIG 4.75% Notes due May 15, 2013**

| | |
|---|---:|
| Number of Trades (4/29/2004 - 4/1/2005) [1] | 1,103 |
| Number of Days when Bond is Traded (4/29/2004 - 4/1/2005) | 197 |
| Average Number of Trades Per Year (4/29/2004 - 4/1/2005) | 1,195 |
| Average Par Value per Trade (4/29/2004 - 4/1/2005) [3] | $ 1,258,687 |
| Percentage of Days with Pricing Covered from 4/29/2004 to 4/1/2005 [2] | 84.67% |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Equal to the Number of Days where Bond is Traded divided by the Number of Trading Days in the Period.

[3] Actual Average Par Value of Trades may be higher because the amount by which the par value of a transaction is above $5 million is not disclosed.

Exhibit H

**Exhibit H**

**Average Number of Trades for Bonds Reported in TRACE during the Class Period [1]**

| Panel A.  Average Number of Trades per Trading Day on TRACE [2] | | | |
|---|---|---|---|
| | | Percentiles: | |
| Number of Bonds: | 4,153 | MIN | 0.00 |
| | | 10% | 0.10 |
| Minimum: | 0.00 | 20% | 0.16 |
| Maximum: | 121.84 | 30% | 0.24 |
| Median: | 0.47 | 40% | 0.34 |
| Average: | 1.22 | 50% | 0.47 |
| | | 60% | 0.67 |
| | | 70% | 0.98 |
| | | 80% | 1.47 |
| | | 90% | 2.48 |
| | | MAX | 121.84 |

| Panel B.  Average Number of Trades per Trading Day for AIG Bonds | | | |
|---|---|---|---|
| AIG 0.5% 5/15/2007 | | AIG 0% 11/9/2031 | |
| Average: | 0.95 | Average: | 5.98 |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Only those bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and matured on or after the end of the Class Period (April 1, 2005) are included in this analysis.

Source: TRACE.

Exhibit I

**Exhibit I**

**Average Number of Trades for 4,153 Bonds [1] Reported in TRACE during the Class Period [2]**



Notes:

[1] Only those bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and matured on or after the end of the Class Period (April 1, 2005) are included in this analysis.

[2] The Class Period is from October 28, 1999 to April 1, 2005.

Source: TRACE.

Exhibit J

**Exhibit J**

**Average Number of Trades for Convertible Bonds Reported in TRACE during the Class Period [1]**

| Panel A.  Average Number of Trades per Trading Day on TRACE [2] | | | |
|---|---|---|---|
| | | Percentiles: | |
| Number of Convertible Bonds: | 725 | MIN | 0.02 |
| | | 10% | 0.32 |
| Minimum: | 0.02 | 20% | 0.53 |
| Maximum: | 38.07 | 30% | 0.76 |
| Median: | 1.41 | 40% | 1.00 |
| Average: | 2.87 | 50% | 1.41 |
| | | 60% | 2.00 |
| | | 70% | 2.88 |
| | | 80% | 4.36 |
| | | 90% | 7.28 |
| | | MAX | 38.07 |

| Panel B.  Average Number of Trades per Trading Day for AIG Bonds | | | |
|---|---|---|---|
| AIG 0.5% 5/15/2007 | | AIG 0% 11/9/2031 | |
| Average: | 0.95 | Average: | 5.98 |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Only convertible bonds whose trades were reported in TRACE during the Class Period are included in this analysis.

Source: TRACE.

Exhibit K

**Exhibit K**

**Average Number of Trades for 725 Convertible Bonds [1] Reported in TRACE during the Class Period [2]**



**Notes:**

[1] Only convertible bonds whose trades were reported in TRACE during the Class Period are included in this analysis.

[2] The Class Period is from October 28, 1999 to April 1, 2005.

Source: TRACE.

Exhibit L

**Exhibit L**

**Average Daily Dollar Value of Trading for Bonds Reported in TRACE during the Class Period [1]**

| Panel A.  Average Dollar Value of Trades per Trading Day on TRACE [2] | | | | |
|---|---|---|---|---|
| | | Percentiles: | | |
| Number of Bonds: | 4,153 | MIN | $ | 43 |
| | | 10% | | 3,525 |
| Minimum: | $      43 | 20% | | 11,494 |
| Maximum: | 78,757,707 | 30% | | 33,394 |
| Median: | 154,676 | 40% | | 83,042 |
| Average: | 700,782 | 50% | | 154,676 |
| | | 60% | | 250,000 |
| | | 70% | | 391,361 |
| | | 80% | | 646,921 |
| | | 90% | | 1,516,608 |
| | | MAX | | 78,757,707 |

| Panel B.  Average Dollar Value of Trades per Trading Day for AIG Bonds | | | |
|---|---|---|---|
| AIG 0.5% 5/15/2007 | | AIG 0% 11/9/2031 | |
| Average: | $   576,546 | Average: | $   18,072,978 |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Only those bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and matured on or after the end of the Class Period (April 1, 2005) are included in this analysis.

Source: TRACE.

Exhibit M



**Exhibit M**

**Average Daily Dollar Value of Trading for 4,153 Bonds [1]**

**Reported in TRACE during the Class Period [2]**

Notes:

[1] Only those bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and matured on or after the end of the Class Period (April 1, 2005) are included in this analysis.

[2] The Class Period is from October 28, 1999 to April 1, 2005.

Source: TRACE.

Exhibit N

## Exhibit N

### Average Daily Dollar Value of Trading for Convertible Bonds Reported in TRACE during the Class Period [1]

| Panel A.  Average Dollar Value of Trades per Trading Day on TRACE [2] | | | | |
|---|---|---|---|---|
| | | Percentiles: | | |
| Number of Convertible Bonds: | 725 | MIN | $ | 467 |
| | | 10% | | 188,611 |
| Minimum: | $      467 | 20% | | 767,737 |
| Maximum: | 41,293,048 | 30% | | 1,355,761 |
| Median: | 2,693,190 | 40% | | 2,003,842 |
| Average: | 4,383,459 | 50% | | 2,693,190 |
| | | 60% | | 3,535,269 |
| | | 70% | | 4,947,284 |
| | | 80% | | 7,035,283 |
| | | 90% | | 10,270,096 |
| | | MAX | | 41,293,048 |

| Panel B.  Average Dollar Value of Trades per Trading Day for AIG Bonds | | | |
|---|---|---|---|
| AIG 0.5% 5/15/2007 | | AIG 0% 11/9/2031 | |
| Average: | $    576,546 | Average: | $    18,072,978 |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Only convertible bonds whose trades were reported in TRACE during the Class Period are included in this analysis.

Source: TRACE.

# Exhibit O

**Exhibit O**
**Average Daily Dollar Value of Trading for 725 Convertible Bonds [1]**
**Reported in TRACE during the Class Period [2]**



**Average Daily Dollar Value of Trading (in thousands)**

Median Daily Dollar Value of Trading Per
Trading Day for 725 Bonds ($2,693,190)

Notes:

[1] Only convertible bonds whose trades were reported in TRACE during the Class Period are included in this analysis.

[2] The Class Period is from October 28, 1999 to April 1, 2005.

Source: TRACE.

Exhibit P

## Exhibit P

## Transaction Statistics on American International Group, Inc. Bonds During the Class Period

Class Period:  October 28, 1999 - April 1, 2005

| Broker Dealer | Total Number of Trades | | Average Market Value of Trade | Average Number of Trades Per Year | | Average Value of Daily Trading Volume |
|---|---|---|---|---|---|---|
| **Panel A.  AIG 0.5% Cash Exchangeable Equity-Linked Senior Notes due May 15, 2007** | | | | | | |
| Morgan Stanley | 1,711 | $ | 1,326,893 | 350 | $ | 1,841,182 |
| Bear Stearns | 641 | | 745,633 | 131 | | 387,609 |
| Citicorp | 3,315 | | 40,879 | 677 | | 109,901 |
| Goldman Sachs | 22 | | 668,688 | 4 | | 11,930 |
| Lehman Brothers | 4 | | 8,313,987 [1] | 1 | | 26,970 |
| Deustche Bank | 166 | | 13,439,088 | 34 | | 1,809,209 |
| Total | 5,859 | $ | 24,535,169 | 1,197 | $ | 4,186,801 |
| **Panel B.  AIG Zero Coupon Convertible Senior Debentures due November 19, 2031** | | | | | | |
| Morgan Stanley | 6,050 | $ | 5,479,419 | 1,781 | $ | 38,722,246 |
| Deustche Bank | 4,067 | | 32,123,795 | 1,197 | | 152,606,018 |
| Total | 10,117 | $ | 37,603,215 | 2,978 | $ | 191,328,264 |

Note:

[1] Principal Amount

Source:

Morgan Stanley (GLRSNY1-676628-v1-AIG  Morgan Stanley Production Chart - Formatted for Print.xls), Bear Stearns Transaction Summary (Bates numbers: BSC 0001 - BSC 0085), Citicorp (Bates numbers: CGMI 0001 - CGM 0086), Goldman Sachs Transaction Summary, Lehman Brothers Transaction Spreadsheet (Bates numbers: LBI 2 - LBl 3), Deustche Bank Transaction Summary Excel Spreadsheets.

Exhibit Q

**Exhibit Q**

**Comparison of Pricing Sources to TRACE During the Class Period**

Class Period:  October 28, 1999 - April 1, 2005

| Source | Number of Comparisions | % of Days with Pricing Covered in Class Period | Maximum % Difference | Average % Difference | Median % Difference |
|---|---|---|---|---|---|
| **Panel A.  AIG 0.5% Cash Exchangeable Equity-Linked Senior Notes due May 15, 2007** | | | | | |
| Bloomberg | 127 | 40.78% | 7.18% | -0.62% | -0.59% |
| Morgan Stanley | 112 | 24.99% | 3.33% | 0.17% | 0.00% |
| Bear Stearns | 39 | 9.65% | 1.84% | -0.10% | 0.00% |
| Citicorp | 74 | 11.33% | 3.86% | -0.18% | 0.00% |
| Deustche Bank | 26 | 2.27% | 1.74% | 0.00% | 0.00% |
| Average | | | 3.59% | -0.15% | -0.12% |
| **Panel B.  AIG Zero Coupon Convertible Senior Debentures due November 19, 2031** | | | | | |
| Bloomberg | 616 | 62.99% | 10.83% | 0.01% | 0.02% |
| Morgan Stanley | 539 | 49.25% | 7.01% | 0.01% | 0.00% |
| Deustche Bank | 306 | 27.70% | 10.98% | -0.05% | 0.00% |
| Average | | | 9.61% | -0.01% | 0.01% |

Note:

% Difference is equal to the third-party price minus the TRACE price divided by the TRACE price. Prices from TRACE and broker-dealers are weighted by the positions bought or sold in each transaction.

Source:

Bloomberg, Morgan Stanley (GLRSNY1-676628-v1-AIG  Morgan Stanley Production Chart - Formatted for Print.xls), Bear Stearns Transaction Summary (Bates numbers: BSC 0001 - BSC 0085), Citicorp (Bates numbers: CGMl 0001 - CGM 0086), Goldman Sachs Transaction Summary, Lehman Brothers Transaction Spreadsheet (Bates numbers: LBI 2 - LBI 3), Deustche Bank Transaction Summary Excel Spreadsheets.

Exhibit R

## Exhibit R

## American International Group, Inc. Bid-Ask Spreads on Bonds Priced by Bloomberg

### Panel A. AIG 0.5% Cash Exchangeable Equity-Linked Senior Notes due May 15, 2007

| Period | Minimum | Maximum | Average | Median | Total Observations |
|---|---|---|---|---|---|
| 11/14/01 - 12/31/01 | 0.97% | 0.98% | 0.97% | 0.97% | 12 |
| 1/1/02 - 12/31/02 | 1.01% | 1.20% | 1.09% | 1.10% | 128 |
| 1/1/03 - 12/31/03 | 0.27% | 1.08% | 0.60% | 0.54% | 149 |
| 1/1/04 - 12/31/04 | 0.52% | 1.06% | 0.82% | 1.04% | 220 |
| 1/1/05 - 12/31/05 | 0.26% | 1.07% | 0.75% | 0.53% | 237 |
| 1/1/06 - 12/31/06 | 0.51% | 0.53% | 0.52% | 0.53% | 176 |
| 1/1/07 - 5/14/07 | 0.50% | 0.51% | 0.51% | 0.51% | 94 |
| Class Period: | | | | | |
| 5/11/00 - 4/1/05 | 0.26% | 1.20% | 0.83% | 1.04% | 558 |

### Panel B. AIG Zero Coupon Convertible Senior Debentures due November 19, 2031

| Period | Minimum | Maximum | Average | Median | Total Observations |
|---|---|---|---|---|---|
| 11/9/01 - 12/31/01 | 0.19% | 0.80% | 0.65% | 0.78% | 37 |
| 1/1/02 - 12/31/02 | 0.38% | 1.60% | 0.69% | 0.78% | 260 |
| 1/1/03 - 12/31/03 | 0.38% | 0.78% | 0.68% | 0.76% | 260 |
| 1/1/04 - 12/31/04 | 0.37% | 0.76% | 0.71% | 0.75% | 243 |
| 1/1/05 - 12/31/05 | 0.37% | 0.76% | 0.73% | 0.75% | 242 |
| 1/1/06 - 11/16/06 | 0.18% | 0.74% | 0.19% | 0.18% | 93 |
| Class Period: | | | | | |
| 11/9/01 - 4/1/05 | 0.19% | 1.60% | 0.69% | 0.75% | 861 |

Source:
    Bloomberg.

Exhibit S

## Exhibit S

## Bid-Ask Spreads on Bonds [1] Traded during the Class Period

| Panel A.  Bid-Ask Spreads on Convertible Bonds Traded on TRACE [2] during the Class Period | | | | |
|---|---|---|---|---|
| | | | Percentiles: | |
| Number of Bonds: | 29 | | MIN | 0.00% |
| | | | 25% | 0.57% |
| Minimum: | 22.14% | | 50% | 0.86% |
| Maximum: | 0.00% | | 75% | 1.26% |
| Median: | 0.86% | | MAX | 22.14% |
| Average: | 1.72% | | | |

| Panel B.  Bid-Ask Spreads on AIG Bonds Analyzed | |
|---|---|
| | Average Bid-Ask Spreads |
| AIG 0.5% 5/15/2007 | 0.83% |
| AIG 0% 11/19/2031 | 0.69% |

Notes:

[1] The Class Period is from October 28, 1999 to April 1, 2005.

[2] Only those convertible bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and mature on or after the end of the Class Period (April 1, 2005) are included in this analysis. Bonds with less than 10 bid-ask spreads for the entire class period are excluded from this analysis.

Source: Bloomberg and TRACE.

# Exhibit T



**Exhibit T**

**Histogram of Bid-Ask Spreads on 29 Convertible Bonds [1]**

**Reported in TRACE during the Class Period [2]**

Notes:

[1] Only those convertible bonds whose trades were reported in TRACE and were issued on or before the start of the Class Period (October 28, 1999) and matured on or after the end of the Class Period (April 1, 2005) are included in this analysis. Bonds with less than 10 bid-ask spreads for the entire class period are excluded from this analysis.

[2] The Class Period is from October 28, 1999 to April 1, 2005.

Source: TRACE.

Exhibit U

## Exhibit U

## Number of Customer Accounts Purchasing or Selling AIG Bonds During Class Period

Class Period: October 28, 1999 - April 1, 2005

**Panel A. AIG 0.5% Notes**

| Source | Number of Accounts | Number of Initial Purchasers | Number of Accounts/Number of Initial Purchasers |
|---|---|---|---|
| Morgan Stanley | 248 | | |
| Deustche Bank | 25 | | |
| | 273 | 19 | 14.37 |

**Panel B. AIG Zero-Coupon Debentures**

| Source | Number of Accounts | Number of Initial Purchasers | Number of Accounts/Number of Initial Purchasers |
|---|---|---|---|
| Morgan Stanley | 604 | | |
| Deustche Bank | 252 | | |
| | 856 | 79 | 10.84 |

**Panel C. 2.85% Medium-Term Notes, Series F, 2.875% Notes, and 4.25% Notes**

| | Number of Intial Purchasers | Estimate of the Number of Accounts [1] | |
|---|---|---|---|
| | | Low Estimate | High Estimate |
| 2.85% Medium-Term Notes, Series F | 44 | 477 | 632 |
| 2.875% Notes | 64 | 693 | 920 |
| 4.25% Notes | 69 | 748 | 991 |

Source:

Morgan Stanley (GLRSNY1-676628-v1-AIG Morgan Stanley Production Chart - Formatted for Print.xls), Deustche Bank Transaction Summary Excel Spreadsheets, and Defendant American International Group, Inc.'s Responses and Objections to Plaintiff's First Set of Interrogatories.

Note:

[1] Estimate calculated by multiplying the Number of Accounts/Number of Intial Purchasers for the 0.5% Notes and the Convertible Debentures by the number of initial purchasers of the three other notes.

Exhibit V

**Exhibit V**
**American International Group, Inc. Stock Price and Volume Movement from October 14, 2004 to October 15, 2004**



Note:   The stock price drop due to news regarding the estimate of hurricane and typhoon losses is unrelated to the drop due to Spitzer's investigation.
Source: TAQ NYSE Data

Exhibit W

**Exhibit W**
**American International Group, Inc. Stock Price and Volume Movement for March 17, 2005**



Source: TAQ NYSE Data

# Exhibit X

**Exhibit X**
**American International Group, Inc. Stock Price and Volume Movement from March 30, 2005 to March 31, 2005**



Trading Volume ▬  Stock Price ▬

Source: TAQ NYSE Data

# Exhibit Y

**Exhibit Y**

**American International Group, Inc. Stock Price and Volume Movement from April 1, 2005 to April 4, 2005**



Note:   AIG states in its letter to shareholders on April 3, 2005 that AIG is attempting to protect documents.
Source: TAQ NYSE Data