## In The Matter Of:

*In re:* AMERICAN INTERNATIONAL GROUP, INC., SECURITIES LITIGATION

---

ALAN J. DAVIDSON
*April 14, 2008*

---

# MERRILL LEGAL SOLUTIONS

25 West 45th Street - Suite 900
New York, NY 10036
PH: 212-557-7400 / FAX: 212-692-9171

DAVIDSON, ALAN J. - Vol. 1

ALAN J. DAVIDSON

Page 1

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2        MASTER FILE NO. 04 Civ. 8141 (JES) (AJP)
 3
 4
    ------------------------------------------------x
 5
    In re:  AMERICAN INTERNATIONAL GROUP,
 6          INC., SECURITIES LITIGATION
 7   This Document Relates to:
     All Actions
 8
    ------------------------------------------------x
 9
10
11
12      Videotaped and Telephonic Deposition of
13
        Ohio Public Employees Retirement System
14                  by and through
15      ALAN J. DAVIDSON, 30(b)(6) Designee.
16    Held on: Monday, April 14, 2008, 9:08 a.m.
17         Held at:  Hahn, Loeser & Parks
18        65 East State Street, 14th Floor,
19              Columbus, Ohio 43215
20
    ------------------------------------------------x
21
22         before Kathryn E. Cathell, RPR,
23    Notary Public in and for the State of Ohio
24
25
    ------------------------------------------------x
```

```
 1    APPEARANCES:
 2
          LABATON SUCHAROW
 3        Attorneys for Plaintiff Ohio Police & Fire
            Pension Fund
 4           140 Broadway
             New York, New York 10005
 5           Email:  lgottlieb@labaton.com
             Email:  zratzman@labaton.com
 6           212.907.0700
          BY:  LOUIS GOTTLIEB, Esquire
 7             ZACHARY RATZMAN, Esquire
 8
          HAHN, LOESER & PARKS
 9        Attorneys for Plaintiffs
             3300 BP Tower
10           Cleveland, Ohio  44114-2301
             Email:  akopit@hahnlaw.com
11           216.241.2824
          BY:  ALAN S. KOPIT, Esquire
12
13        ARNOLD & PORTER LLP
          Attorneys for General Reinsurance Corporation
14           399 Park Avenue
             New York, New York 10022-4690
15           Email:  monique.gaylor@aporter.com
             212.715.1147
16        BY:  MONIQUE ANNE GAYLOR, Esquire
17
          WINSTON & STRAWN LLP
18        Attorneys for Howard I. Smith
             200 Park Avenue
19           New York, New York  10166-4193
             Email:  syakaboski@winston.com
20           212.294.4700
          BY:  STACY A. YAKABOSKI, Esquire
21
22
23
24
25
```

```
 1                ALAN J. DAVIDSON
 2   deposition that you gave in the Marsh-Mac suit?
 3        A.    The deposition involved custody and
 4   production of records and also a discussion -- an
 5   investigation into the general manner in which
 6   OPERS managed its assets during that period of
 7   time.
 8        Q.    Apart from the individual portfolio
 9   managers, would you say that you are the person
10   at OPERS presently most knowledgeable about the
11   guidelines that OPERS employed during the class
12   period in respect of its investments?
13             MR. GOTTLIEB:  Objection to the form
14   of the question.
15             You can answer.
16        A.    During the -- the period of this
17   class, OPERS' investment management practices
18   could be divided into three time periods.
19             Because of the nature of my job with
20   OPERS, I believe I am probably the most
21   knowledgeable person as to those three separate
22   periods simply because I've spent more time in
23   the past year or so reviewing documentation about
24   them.
25        Q.    Okay.  What were those three time
```

1              ALAN J. DAVIDSON
2  periods?
3       A.    The first period would be prior to
4  1999 and continuing through roughly 2000.
5             The second period would be starting
6  in 2001 and going to roughly midyear 2002.
7             And the third period would be from
8  roughly midyear 2002 to the current time; or as
9  relevant here, through October of 2005.
10      Q.    Okay.  Can we just break those down
11 a little bit so maybe you could help me
12 understand the -- the differences through
13 those -- in those three periods of time?
14            So focusing on the first one, prior
15 to 1999 and continuing roughly through 2000,
16 let's look at that one first, if we can.
17            And what -- how would you describe
18 or summarize the OPERS' investment guidelines
19 during that period of time?
20      A.    In responding to your question, I'm
21 going to be responding with respect to the United
22 States equity portfolio.
23      Q.    Fair enough.
24      A.    We have previously talked about the
25 fixed income portfolio.  The guidelines and

1           ALAN J. DAVIDSON
2   management of it remained essentially unchanged
3   during the period.
4           So looking at the United --
5       Q.  May I just --
6           I don't mean to interrupt and I
7   shouldn't have done that.
8           Go ahead.  I apologize.
9           MR. GOTTLIEB:  Do you want the
10  question read back or can you go ahead?
11      A.  I was -- was going to respond with
12  respect to the United States equity portfolio.
13          During that -- the early part of
14  this period, the United States equity portfolio
15  was entirely managed by OPERS' internal staff.
16  Roughly 70 percent of it was actively managed.
17  That is, portfolio managers made decisions to buy
18  or sell stocks in a very active fashion.  Thirty
19  percent of the portfolio was passively managed.
20          I realize that sounds like an
21  oxymoron.
22          What I mean by that was it was an
23  index fund that was indexed to the Standard &
24  Poor's 1500 stock index.
25          Your question I think went to the

1           ALAN J. DAVIDSON
2      Q.    I see.
3            So is it fair to say, then, that
4   some people recall a change having been made
5   toward the end of calendar 2000 and others recall
6   the change having been implemented at the start
7   of calendar 2001?
8      A.    Yes.
9      Q.    And are there any documents at OPERS
10  that one could review that would clarify that
11  question?
12     A.    Not that I found.
13     Q.    Do I understand, though, from your
14  answer that you've tried?
15     A.    I have.
16     Q.    And is it fair to also say that
17  you've tried to clarify the question through
18  conversation with people at OPERS?
19     A.    Yes.
20           MR. GOTTLIEB:  Objection.  Asked and
21  answered.
22     A.    Yes, I have.
23     Q.    Okay.  I believe the second period
24  of time that you identified, you -- you spoke of
25  as approximately 2001.  And here we'll just use

1           ALAN J. DAVIDSON
2   January of 2001, recognizing your prior answer,
3   through, you said mid-2002.
4       A.   That's correct.
5       Q.   Okay. Can you tell me how you would
6   describe that period of time in respect of the
7   domestic equities portfolio?
8       A.   In respect of the domestic equities
9   portfolio, the board of trustees directed that
10  they be entirely indexed and that a comprehensive
11  study of OPERS investment practices be initiated.
12      Q.   Actually, can we just return for a
13  minute to the period of time prior to 1999,
14  continuing roughly through 2000, so the first
15  period of time.
16           In respect of the actively managed
17  portfolio, I believe you said that the three
18  funds were benchmarked to a relevant index.
19           Do I understand that correctly?
20      A.   Yes.
21      Q.   And in respect of benchmarking, as I
22  understand it, you said that the results would be
23  compared to the returns on the -- on the index to
24  which the fund was benchmarked. Is that right?
25      A.   Yes.

Case 1:04-cv-08141-DAB   Document 437   Filed 09/23/08   Page 9 of 15

ALAN J. DAVIDSON

Page 61

1  ALAN J. DAVIDSON
2  Q.   And for the period of time in this
3  first period, so prior to 1999 through 2000,
4  let's focus on 1999 through the end of 2000, how
5  did those funds compare to the index to which
6  they were benchmarked?
7       How did the returns on those funds
8  compare to the index to which they were
9  benchmarked?
10      MR. GOTTLIEB:  Objection to the form
11 of the question.
12 A.   I don't know.
13 Q.   Do you know whether the funds met
14 the performance of the index?
15      MR. GOTTLIEB:  Objection to the form
16 of the question.
17 A.   I don't of personal knowledge know
18 that.
19 Q.   Do you know who would know?
20 A.   I'm sure that Bob -- Rob Ball would
21 because he was there at the time.
22 Q.   Now, you said that --
23      So focusing now on the second period
24 of time, which we're going to call the beginning
25 of 2001 through the middle of 2002, do I

MERRILL LEGAL SOLUTIONS
(800) 325-3376    www.MerrillCorp.com

1             ALAN J. DAVIDSON
2  understand you correctly to say that during this
3  period of time, all of the internally managed
4  funds were indexed?
5       A.    All of the internally managed
6  U.S. equity assets were.
7       Q.    Yes. Yes. I'm sorry. All of the
8  internally managed U.S. equity funds.
9       A.    Were -- were transitioned to an
10 index form of --
11      Q.    Okay. And I believe you said --
12          MR. GOTTLIEB: You have to speak up.
13 Sometimes your voice really sinks towards the end
14 of your answer.
15      Q.    In respect of the domestic equities
16 portfolio, how much, approximately, of the -- of
17 the assets were managed internally during this
18 period of time, beginning of 2001 through the
19 middle of 2002?
20      A.    Well, at the start of 2001, they
21 were all managed internally, moving toward an
22 index form of management.
23          Starting in November of 2001 and
24 continuing through February of 2002, OPERS
25 retained six external U.S. equity managers.

1           ALAN J. DAVIDSON
2      Q.      Can you tell me the names of the six
3  external U.S. equity managers that were retained?
4      A.      Yes.
5      Q.      What were they?
6              You've -- you've got it -- got the
7  whole thing down, but it takes so much longer
8  this way.
9      A.      One manage- -- one manager -- I use
10 the term in quotes, if I might -- was Barclays
11 Global Investors, which was hired to run an index
12 fund.
13             The five active managers were
14 AllianceBernstein and Wellington, which were
15 benchmarked to the S&P 500.
16             The other three managers were
17 Capital Guardian Trust Company, Fidelity, and
18 INVESCO, which were benchmarked to the Russell
19 2000.
20     Q.      I'm sorry.  Capital Guardian Trust
21 Company, Fidelity, and what was the third one,
22 sir?
23     A.      INVESCO, I-N-V-E-S-C-O, all caps.
24     Q.      And those were all benchmarked to
25 the Russell 2000?

1           ALAN J. DAVIDSON
2           MR. GOTTLIEB:  Objection to the form
3   of the question.
4       A.      I would -- would be speculating if I
5   answered it.
6       Q.      Okay.  Do you know who would know?
7       A.      Ennis Knupp I'm sure.
8       Q.      Now, during this period of time, so
9   2001 through the middle of 2002, what was the
10  general breakdown between the internally managed
11  funds and the externally managed funds
12  percentagewise within the domestic equity
13  portfolio?
14      A.      Well, at the end of 2000, it was
15  100 percent internally managed and roughly
16  70 percent actively managed, 30 percent passively
17  managed.
18              The portfolio then went to 100
19  percent internally passive management.
20              And at the -- by the end of 2002 --
21  by midyear -- say late 2002, the portfolio was
22  70 percent passively managed, 30 percent actively
23  managed.  And of the 70 percent that was
24  passively managed, 65 percent was re- -- the
25  responsible of OPERS -- the responsibility of

1           ALAN J. DAVIDSON
2  OPERS staff, 5 percent was the responsibility of
3  Barclays Global Investors.
4           The 30 percent that was actively
5  managed was 20 percent managed internally and
6  10 percent managed externally by the five active
7  managers who I had mentioned earlier.
8           Between those dates, there
9  were transitions being made, but there the
10 benchmark -- or the milestone dates, let's say.
11     Q.    Okay.  Do you know for the Barclays
12 Global fund -- Excuse me.
13          The assets that were managed by
14 Barclays Global, that, as I understand it, was an
15 index fund.
16     A.    Yes.  That's correct.
17     Q.    And do you know what the relevant
18 index was for the Barclays Global?
19     A.    It was the same as OPERS' internally
20 managed index fund, which I assume was the
21 Russell 3000.
22          MR. GOTTLIEB:  Please don't testify
23 regarding assumptions.  Testify regarding what
24 you know.
25     Q.    Okay.  Do you have any understanding

```
1                ALAN J. DAVIDSON
2    investments made by the outside managers were in
3    compliance with the governing investment
4    guidelines?
5              MR. GOTTLIEB:  Objection to the
6    form, and asked and answered.
7         A.    Yes.
8         Q.    And who was that during this period
9    of time that we're focused on now?
10        A.    During that period of time, external
11   managers were overseen by managers within each
12   asset class.
13             So for example, we talked earlier of
14   external bond managers.  Their performance would
15   have been overseen by the internal bond -- bond
16   staff.
17             Same way, U.S. equity managers would
18   have been overseen by the U.S. equities team.
19        Q.    Okay.  Now, I think you then had a
20   third period of time, which was the middle of
21   2002 through the current time; but for our
22   purposes, let's just call it the end of 2005.
23        A.    Uh-huh.
24        Q.    Can you describe to me the
25   investment circumstance in the -- again, the
```

1            ALAN J. DAVIDSON
2    domestic equities portfolio during that period of
3    time?
4            MR. GOTTLIEB: Objection to the form
5    of the question.
6       A.   Beginning roughly in the second or
7    third quarter of 2002, internal staff and
8    Ennis Knupp made -- made a recommendation to the
9    investment committee that a portion of the
10   internally -- the internal index fund be actively
11   managed as an enhanced index fund. That was
12   formally approved by the board -- by the
13   investment committee at its September 2002
14   meeting. I believe there may have been some
15   transactions before that in anticipation of that
16   approval.
17           So again, just to recap, after the
18   investment committee approved that, the portfolio
19   would have been 70 percent devoted to indexed
20   funds, 30 percent devoted to active management.
21   Of that 30 percent, 10 percent was managed
22   externally in an active manner and 20 percent was
23   managed -- was managed internally as an enhanced
24   index fund.
25           That allocation continued through