IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION | Master File No. 04 Civ. 8141 (JES) |

## STATEMENT OF LEAD PLAINTIFF AND PRICEWATERHOUSECOOPERS LLP UNDER FED. R. CIV. P. 23(e)(3)

This statement is submitted pursuant to Federal Rule of Civil Procedure 23(e)(3) identifying agreements made in connection with the proposed settlement.

1. An Agreement of Compromise and Settlement between Lead Plaintiff, on behalf of the class, and PricewaterhouseCoopers ("PwC") dated September 29, 2008 ("Agreement"), submitted to the Court contemporaneously herewith.

2. A Supplemental Agreement between Lead Plaintiff and PwC dated September 29, 2008, as referred to in Paragraph X.5 of the Agreement.

3. An Escrow Agreement between Lead Plaintiff, PwC and Amalgamated Bank dated September 30, 2008, as referred to in Paragraph I.A.2 of the Agreement.

Dated: October 2, 2008

/s/ Thomas A. Dubbs
Thomas A. Dubbs
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Counsel for Lead Plaintiff and the Class*

Thomas G. Rafferty
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

*Counsel for Defendant PricewaterhouseCoopers LLP*