UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IN RE AMERICAN INTERNATIONAL                Master File No.
GROUP, INC. SECURITIES LITIGATION           04 Civ. 8141 (JES)
------------------------------------X
THIS ORDER RELATES TO:                      ORDER
     ALL ACTIONS
------------------------------------X

*10/6/08*

    The above-captioned action having come before the Court, and defendants General Reinsurance Corporation, Ronald Ferguson, and Richard Napier having submitted a Joint Motion for Judgment on the Pleadings dated May 29, 2008, and lead plaintiff Ohio State Funds having submitted a Response dated June 30, 2008, and the Court having considered all matters raised, it is

    **ORDERED** that the Oral Argument previously scheduled for October 7, 2008, shall be and hereby is adjourned <u>sine die</u>; and it is further

    **ORDERED** that the Court shall take defendants' Joint Motion for Judgment on the Pleadings on submission.

Dated:    New York, New York
          October    , 2008

 

                                        _____
                                          John E. Sprizzo
                                  United States District Judge