**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────────── x
                                        :
                                        :
                                        :   **ECF CASE**
IN RE AMERICAN INTERNATIONAL GROUP,     :
INC. SECURITIES LITIGATION              :   Master File No. 04 Civ. 8141 (DC) (AJP)
                                        :
This Document Relates To:  All Actions  :   Oral Argument Requested
                                        :
─────────────────────────────────────── x

**NOTICE OF LEAD PLAINTIFF'S MOTION**
**FOR APPROVAL OF PROPOSED SETTLEMENT WITH**
**DEFENDANT PRICEWATERHOUSECOOPERS LLP**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23 (a), (b)(3) and (e), the Court appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund, will move the Court on January 20, 2009, at 3:00 p.m., before the Honorable Denny Chin, at the U.S. Courthouse, 500 Pearl Street, New York, NY  10007 for orders: (a) granting final approval of the proposed Settlement; (c) granting certification of the Settlement Class; and (b) approving the Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff submits and is filing herewith: a memorandum of law; the January 13, 2009 Declaration of Thomas A. Dubbs with annexed exhibits; a Proposed Order and Final Judgment as to PricewaterhouseCoopers LLP; and a Proposed Order Approving the Plan of Allocation.

Dated: New York, New York
       January 13, 2009

|  |  |
|---|---|
|  | **RICHARD CORDRAY,** **ATTORNEY GENERAL OF OHIO** |
|  | By    /s/ Thomas A. Dubbs |
|  | Thomas A. Dubbs (TD 9658) |
| Alan S. Kopit *(pro hac vice)* | Louis Gottlieb (LG 9169) |
| **HAHN LOESER & PARKS LLP** | Nicole M. Zeiss (NZ 3894) |
| 3300 BP Tower | Zachary M. Ratzman (ZR 0802) |
| 200 Public Square | **LABATON SUCHAROW LLP** |
| Cleveland, Ohio  44114-2301 | 140 Broadway |
| (216) 621-0150 | New York, New York  10005 |
| (216) 274-2478 (fax) | (212) 907-0700 |
|  | (212) 818-0477 (fax) |
| *Special Counsel to the Attorney General* |  |
| *of Ohio and the Ohio State Funds and* | *Lead Counsel for Lead Plaintiff* |
| *Co-Lead Counsel for the Class* | *Ohio State Funds and the Class* |