# EXHIBIT D

| LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | CITY | STATE | |
|---|---|---|---|---|
| Englesby | Diane | Stockton | CA | |
| Lubrano | Louis | Fairview | NJ | |
| Moreau | Robert F. and Margorie | New Boston | NH | |
| Head | Kenneth | Sacramento | CA | |
| Epstein | Suzanne | Wilmette | IL | |
| Farwell | Yumi | Williamstown | MA | |
| Graham | Ruth and Roy | Morgantown | WV | |
| Avazian | Florence | Creston | IA | |
| Arkanberg | Lorenz | Pewaukee | WI | |
| Maier | Robert | Olmstead Falls | OH | |
| Goldman | Sylvia | S Pasadena | FL | |
| Parker | Zoe | Annandale | VA | |
| Smith | Beth | Roanoke | VA | |
| Pickett | Todd | Ontario | Cananda | |
| Levin | Morton and Jane | Meredith | NH | |
| Woo | Emily | Rockville | MD | |
| New Alliance Bank | | New Haven | CT | |
| Theis | Rudiger | Wulfrath | Germany | |
| Namoff | David | Miami Beach | FL | |
| Kayyem | Mr. & Mrs. Jon | Pasadena | CA | (6 accts) |
| Schwartz | David | Poughkeepsie | NY | |
| Traweek | Robert | Harvest | AL | |
| Peterson | Paul | Rockford | IL | |
| Hester | Edna | Vienna | IL | |
| Armbrust | Sharon | San Carlos | CA | |
| Edwards | Jack and Chonki | Tucson | AZ | |
| Liebentritt | Frank | Erie | PA | |
| O'Connor | Earl | Indianapolis | IN | |
| Depeyster | Suzanne | Arlington | VT | |
| Morgan | Patricia | Port Angeles | WA | (2 accts) |
| Cheslock | Mary Ann | Akron | OH | |
| Moore, Jr. | William | Sugar Hill | GA | |
| Trumbull | Kenneth and Joyce Ann | Tempe | AZ | |
| Antonik | Anthony | Orchard Park | NY | |
| Cozby | Lucille | Monahans | TX | |
| Westphal | Lloyd | Rio Rancho | NM | |
| Johnson | Michael and Betty | Decatur | IL | |
| Botts | Torben | London | United Kingdom | |
| Adimare | Louis | Scottsdale | AZ | |
| Corner | Margaret | St. Albert | Canada | |
| Kouba | Norman | Wilmington | DE | (2 accts) |
| Schwabenland | Harold and Violet | Seal Beach | CA | |
| Koenigsberg | Emanuel and Maxine | Las Vegas | NV | |
| Conway | Patrick and Elizabeth | Tarpon Springs | FL | |
| Schoff | Joanna and James | Rye | NY | |
| Kambara | Mae | LaPalma | CA | |
| Fano | Nicholas | Towaco | NJ | |
| Cabre | Ann | Ferndale | WA | |
| Bray | Patricia | Hingham | MA | |
| Bray | Stephen | Hingham | MA | |
| Randall | Laura | St. Augustine | FL | |
| Millard | Carolyn | Largo | FL | |
| Whaley | Connie May | Gladbrook | IA | |
| Savory | Diane | Gosher | CT | |
| Wocalka | Augusta | Tucson | AZ | (2 accts) |
| Adair | Harry | Centennial | CO | |
| Kerr | Jason and Annemari | Vernon Hills | IL | |
| Campbell | LaVerne and Gloria | Williamsville | NY | |
| Samet | Roger | New York | NY | |
| Sanders | Mildred | Seattle | WA | |
| Walz | Judith | Murray Hill | NJ | |

November 21, 2008

In re AIG Securities Litigation – PwC Exclusions
c/o Complete Claim Solutions, LLC
P. O. Box 9417
Minneapolis, MN. 55440-9417

RE:  PwC Settlement Class in In re AIG Securities Litigation, Master
File No. 04-8141 (JES)

Gentlemen:

Per your instruction letter regarding the above referenced matter, I would request to be excluded from such settlement.

I acquired AIG shares when AIG acquired American General Corporation effective August 29, 2001.  Please see attached Transaction Advice for Share exchange, exchange rate etc.  I do not know the market price per share at that time.  I have also enclosed a copy of my AIG common stock certificate no. 548945 in the amount of 472 shares for any additional information you may need.

I hope this information is sufficient to quality me for the exclusion.

Sincerely,

Diane L. Englesby
6875 Annapolis Quay Circle
Stockton, CA. 95219
(Daytime Phone #(209) 929-1905)

# AMERICAN INTERNATIONAL GROUP, INC.

9787296

*first dividend 9/19/01 196.02*

## TRANSACTION ADVICE

| | |
|---|---|
| Shares Exchanged: | 816.7640 |
| Exchange Rate: | 0.579 |
| Shares Issued: | 472.0000 |
| Fractional Shares Calculated: | 0.9063 |
| Cash-in-Lieu Rate: | 77.2300 |
| Cash-in-Lieu Proceeds: | 69.99 |
| Accrued Dividend Proceeds: | 0.00 |

| | |
|---|---|
| Gross Proceeds: | 69.99 |
| Less Total Taxes Withheld: | 0.00 |
| | 69.99 |

PROCEEDS PAID TO YOU:

| | |
|---|---|
| COMPANY NUMBER: | 2742 |
| ACCOUNT NUMBER: | 05083-62560 |

| | |
|---|---|
| CHECK NUMBER: | 0021553 |
| CHECK DATE: | 10/22/2001 |

| 2742 | 026874107 | AMERICAN INTERNATIONAL GROUP, INC. COMMON | | |
|---|---|---|---|---|
| 10/22/01 | 69.99 | 0.00 | | REPRESENTS PROCEEDS FROM A TENDER OR EXCHANGE TRANSACTION |

REDACTED

05083-62560

DIANE L ENGLESBY
8875 ANNAPOLIS QUAY
STOCKTON CA 95219

EQUISERVE TRUST COMPANY, N.A.
P.O. BOX 2500
JERSEY CITY, NJ 07303-2500

13-3340957

**TO WHOM PAID**

## Proceeds From Broker and Barter Exchange Transactions

THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS INCOME IS TAXABLE AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED.

NO ADDITIONAL NOTICE WILL BE MAILED TO YOU IN CONNECTION WITH THIS TRANSACTION.
KEEP THIS FORM 1099-B FOR YOUR TAX RECORDS.

OMB No. 1545-0715 FORM - 1099-B

2001



Louis LuBRANO
285 MADison STReeT
FAiRview, N.J. 07022
NoveMBeR 24, 2008
201-945-2750

To WHoM iT MAY CoNceRN:
    I AM wRiTiNg THis LeTTeR To
ReQuesT exCLusioN FRoM THe
PWC SeTTLeMeNT CLASS iN Re
AIG SecuRiTies LiTigATioN,
MASTeR FiLe No. 04-8141 (JES)"

3-30-05 PuRcHAseD 100 SHARes AT $57.00 PeR SHARe
4-5-05 PuRcHAseD 50 SHARes AT $53.00 PeR SHARe
8-15-05 SoLD 150 SHARes AT $62.0028 PeR SHARe

WoRk # 201-945-5500 DAYTiMe
    THANK You,
    Louis Lubrano



**THE Vanguard GROUP.**

March 30, 2005

## Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

## Confirmation

LOUIS LUBRANO
285 MADISON STREET
FAIRVIEW NJ 07022-1015



| | |
|---|---|
| (800) 992-8327 | Brokerage Services |
| Account number: | 47V-495306 |
| Trade date | 3/30/2005 |
| Process date | 3/30/2005 |
| Settlement date | 4/ 4/2005 |
| Market/Capacity | 8 / 8 |

**YOU BOUGHT:**
AMERICAN
INTERNATIONAL GROUP
INC

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 026874-10-7 |
| Symbol: | AIG |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Regulatory fee | Net amount |
|---|---|---|---|---|---|---|---|
| K4TXD1 | 100.00000 | $ 57.00000000 | $ 5,700.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 5,718.75 |

UNSOLICITED ORDER   A PERSHING CO MAKES   A MKT IN THIS SEC &
ACTED AS PRINCIPAL

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), member SIPC, is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC, member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - 1

000327                                              217 VBS V1   1   X





April 5 , 2005

## Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

## Confirmation

**LOUIS LUBRANO**
**285 MADISON STREET**
**FAIRVIEW NJ 07022-1015**



| | |
|---|---|
| (800) 992-8327 | Brokerage Services |
| Account number: | 47V-495306 |
| Trade date | 4/ 5/2005 |
| Process date | 4/ 5/2005 |
| Settlement date | 4/ 8/2005 |
| Market/Capacity | 8 / 8 |

**YOU BOUGHT:**
**AMERICAN**
**INTERNATIONAL GROUP**
**INC**

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 026874-10-7 |
| Symbol: | AIG |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Regulatory fee | Net amount |
|---|---|---|---|---|---|---|---|
| K5L669 | 50.00000 | $ 53.00000000 | $ 2,650.00 | $ 18.75 | $ 0.00 | $ 0.00 | $ 2,668.75 |
| UNSOLICITED ORDER | A PERSHING CO MAKES | A MKT IN THIS SEC & | | | | | |
| ACTED AS PRINCIPAL | | | | | | | |

**We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.**

Vanguard Brokerage Service (VBS), member SIPC, is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC, member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

000302                                    208 VBS V1   1   x





THE **Vanguard** GROUP.

August 15, 2005

## Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

## Confirmation

LOUIS LUBRANO
285 MADISON STREET
FAIRVIEW NJ 07022-1015



| | |
|---|---|
| (800) 992-8327 | Brokerage Services |
| Account number: | 47V-495306 |
| Trade date | 8 / 15 / 2005 |
| Process date | 8 / 15 / 2005 |
| Settlement date | 8 / 18 / 2005 |
| Market/Capacity | 8 / 1 |

**YOU SOLD:**
AMERICAN
INTERNATIONAL GROUP
INC

| | |
|---|---|
| Account type: | Cash |
| CUSIP number: | 026874-10-7 |
| Symbol: | AIG |

**PLEASE NOTIFY VBS IMMEDIATELY IF THIS CONFIRMATION IS NOT CORRECT. This trade was unsolicited.**

| Trade number | Quantity | Price | Principal | Commission | Service charge | Securities transaction fee | Net amount |
|---|---|---|---|---|---|---|---|
| L8CTK0 | 150.00000 | $ 62.00280000 | $ 9,300.42 | $ 18.75 | $ 0.00 | $ 0.39 | $ 9,281.28 |
| UNSOLICITED ORDER | | | | | | | |

We confirm the above trade(s) subject to the terms and conditions detailed on the reverse side, where you can also see explanations of coded symbols. This confirmation is a notice not an invoice. Remittance or securities are due on or before settlement date.

Vanguard Brokerage Service (VBS), member SIPC, is the introducing firm for VBS accounts. Your VBS assets are held by VBS's clearing firm, Pershing LLC a subsidiary of the Bank of New York Company,Inc., member SIPC. Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or settle in accordance with your employer sponsored retirement plan.

1 - . 1

000422    300 VBS V1 1 x




**VANGUARD BROKERAGE  ACCOUNT # 47V-495306**          **TAX YEAR 2005**

AMERICAN INTERNATIONAL
GROUP INC.

| DATE | SHARES PURCHASED | PRICE PER SHARE | PRINCIPAL |
|------|------------------|-----------------|-----------|
| 3-30-05 — | 100 SHARES — | $57.00 — | $5,700.00 |
| 4-5-05 — | 50 SHARES — | 53.00 = | 2,650.00 |
| | 150 SHARES | TOTAL — | $8,350.00 |

| DATE | SHARES SOLD | PRICE PER SHARE | PRINCIPAL |
|------|-------------|-----------------|-----------|
| 8-15-05 — | 150 SHARES — | $62.0028 | —$9300.42 |

PRINCIPAL $9,300.42  FROM SALE OF    150      SHARES
PRINCIPAL $8,350.00  FOR PURCHASE OF  150      SHARES
            $ 950.42  GAIN

November 25, 2008

In re AIG Securities Litigation-PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P O Box 9417
Minneapolis, MN  55440-9417

Dear Sir or Madam:

    Robert F. and Margorie Moreau of 52 Riverdale Road, New Boston, NH  03070 request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141(JES).  We are requesting this exclusion because during the class period we suffered no recognized loss as described below:

    Stocks owned/purchased/sold during class period 10/28/99 to 4/1/05:

1.  206 shares AIG bought 9/13/03 @ $46.50/share for total of $ 9,579.  Sold 206 shares of AIG on 3/14/05 for $63.66/share, total received $13, 106.52.

2.  203 shares AIG bought on 10/1/04 @$49.05/share for total of $ 9,957.15. Sold 203 shares of AIG on 3/16/05 for $ 61.13/share, total received $ 12, 401.98.

    Robert purchased the above stocks through the AIG employee stock purchase plan as he is an employee of AIG.  If you have any questions, you may call us at (603) 487-5046.

Sincerely,

Robert F. Moreau

Margorie Moreau

Kenneth L. Head
3907 Plainsfield Way
Sacramento, CA 95821
916-487-3635

November 24, 2008

AIG Securities Litigation – PwC EXCLUSIONS
C/O Complete Claims Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Gentlemen:

   I, Kenneth L. Head, request exclusion from the PwC Settlemen Class in re AIG Securities Litigation, Master File No. 04-8141 (JES).

   My IRA account purchased 100 shares of AIG on April 2, 2002 at a price of $72.03 per share and sold 100 shares of AIG on August 27, 2008 at a price of $19.87 per share.

   Please advise if you need additional information.

Sincerely,

Kenneth L. Head

Law Office Of

# SHELDON L. EPSTEIN

Monday
24 NOV 2008

PO Box 400
Wilmette, IL 60091-0400; U.S.A.
☎ +1 630 564 9292 📠1 847 853 9293
www.k9ape.com/law/law.html
shel@k9ape.com

*In re AIG Securities Litigation – PwC EXCLUSIONS*
c/o Complete Claim Solutions LLC
PO Box 9417
Minneapolis, MN 55440-9417

Voice  -
FAX    -
Email  -

To Whom It May Concern:

This office represents AIG Shares Owner & Requestor:

Suzanne Latt Epstein
PO Box 400
Wilmette, IL 60091-0400
+1 630 564 9292

who requests exclusion from the PwC Settlement Class in *In re AIG Securities Litigation*, Master File No. 04-8141 (JES) for the following AIG Common Shares:

| Certificate Nos. | # Shares |
|---|---|
| NM/X 544561 inclusive through NM/X 544584 | 2,400 |
| NM/X 544585 | 171 |
| TOTAL | 2,571 |

All shares are dated 08 OCT 2001 and were acquired as a result of inheritance via an assignment dated 18 OCT 1999. The share price for estate tax purposes is $54.8549 per share for a total of $141,031.95.

*Suzanne L. Epstein*

AIG Shares Owner & Requestor

Sincerely,

*Sheldon L. Epstein*

Sheldon L. Epstein, Esq.

November 26, '08

I, Yumi Farwell, request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (SES).

Yumin Farwell

413-458-3630

AIG Shares purchased 2-24-03     60 shares at $48.75
Feb. 24, 2003

Yumin Farwell

Yumi N. Farwell
213 Bressett Rd.
Williamstown, MA 01267

November 25, 2008


In re AIG Securities Litigation – PwC EXCLUSIONS, c/o Complete Claim Solutions,
LLC
P.O. Box 9417
Minneapolis, MN 55440-9417


To Whom It May Concern:


This letter is to request exclusion from the PwC Settlement Class in In Re AIG Securities
Litigation, Master File No. 04-8141 (JES) for Ruth A Graham and Roy E Graham
(deceased).   We purchased 31 shares of stock on Dec. 29, 2000 at $98.56/share,
certificate number 440166 and 56 shares of stock on Dec. 29, 2000 at $98.56/share,
certificate number 440167.   If you have any questions, please call (304) 288-3911.
Thank you in advance for your cooperation.


Sincerely,

*Ruth A. Graham*


Ruth A. Graham

*Ruth A. Graham, Executrix*


Roy E. Graham

1103 Clayton Rd.
Creston, IA 50801
December 1, 2008

AIG Securities Litigation-PwC Exclusions
c/o Complete Claims Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Dear Gentlemen:

I would like to be excluded from the PwC Settlement Class in In re AIG
Securities Litigation.  Master File No. 04-8141 (JES).   I made no purchases or
sales of AIG stock between October 28, 1999 – April 1, 2005.  I did receive stock
from a stock split on July 28, 2000.

Claimant ID Number: 04003371
Florence M. Avazian
1103 Clayton Rd.
Creston, IA  50801
Telephone: 641-782-4895

Sincerely,

Florence M. Avazian

Florence M. Avazian

11/28/08



Lorenz J. Arkenberg
W280N3551 Taylors Woods
Pewaukee, WI 53072-3351

Gentlemen,

I request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 048141. This is a copy of all shares bought (or sold) of AIG. (JES)

Telephone N. 262 691 3863

Sincerely,

Lorenz Arkenberg

copy sent to Antony L. Ryan



Robert W. Baird & Co. Incorporated  Post Office Box 672, Milwaukee, WI 53201-0672  414-765-3500  Member New York Stock Exchange, Inc. and other principal exchanges.

## TRANSACTION CONFIRMATION

| ACCOUNT NUMBER | TYPE | ENTRY DATE |
|---|---|---|
| 1190-4520 | 1 | 4/29/2002 |

| TRADE DATE | SETTLEMENT DATE | EXCH | S/I |
|---|---|---|---|
| 4/29/2002 | 5/02/2002 | E06 | 4C |

YOUR FINANCIAL ADVISOR

LORENZ J ARKENBERG
W280N3551 TAYLORS WOOD RD
PEWAUKEE WI  53072-3351

GERHARDT FISHER
262/338-7780                    BZ02

YOUR INVESTMENT OBJECTIVE IS
APPRECIATION - EMPHASIS ON SAFETY

| YOU | QUANTITY | SECURITY DESCRIPTION | CUSIP / SYMBOL / ID | PRICE* |
|---|---|---|---|---|
| BOT | 436 | AMERICAN INTL GROUP INC | 026874107<br>AIG<br>001134546 | 68.76 |

| GROSS AMOUNT | ACCRUED INTEREST | COMMISSION | SEC FEE/SVC CHG | | |
|---|---|---|---|---|---|
| 29,979.36 | | 386.20 | | | 30,365.56 |

| COUPON RATE | MATURITY DATE | BONDS DATED | FIRST COUPON | COUPON DATES |
|---|---|---|---|---|
| | | | | |

| BASIS / PRICE | ACCRUED INTEREST DATES | CALL / PUT |
|---|---|---|
| | | |

| INTERESTED PARTY | ADDITIONAL DISCLOSURE INFORMATION |
|---|---|
| | PREFERRED RATE APPLIED |

| TRANSACTION NUMBER | RATINGS |
|---|---|
| 027967 | |

| SEQUENCE NUMBER |
|---|
| 03052A |

REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION



11/28/08

Gentlemen,

I, Lorenz J. Arkenberg, request exclusion from the PwC settlement class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)

Phone Number: 262 691 3863

American Intl. Group 436 shares $68 $\frac{26}{}$ a share Net $30,365 $\frac{56}{}$
This is all I bought or sold.

Sincerely,

Lorenz J. Arkenberg



**Baird** / A NORTHWESTERN MUTUAL COMPANY

Robert W. Baird & Co. Incorporated  Post Office Box 672, Milwaukee, WI 53201-0672  414-765-3500  Member New York Stock Exchange, Inc. and other principal exchanges.

## TRANSACTION CONFIRMATION

| ACCOUNT NUMBER | TYPE | ENTRY DATE | | |
|---|---|---|---|---|
| 1190-4520 | 1 | 4/29/2002 | | |
| TRADE DATE | | | EXCH | S/I |
| 4/29/2002 | 5/02/2002 | | E06 | 4C |

YOUR FINANCIAL ADVISOR

GERHARDT FISHER
262/338-7780                              BZ02

LORENZ J ARKENBERG
W280N3551 TAYLORS WOOD RD
PEWAUKEE WI  53072-3351

YOUR INVESTMENT OBJECTIVE IS
APPRECIATION - EMPHASIS ON SAFETY

| YOU | QUANTITY | SECURITY DESCRIPTION | CUSIP / SYMBOL / ID | PRICE* |
|---|---|---|---|---|
| BOT | 436 | AMERICAN INTL GROUP INC | 026874107<br>AIG<br>001134546 | 68.76 |

| GROSS AMOUNT | ACCRUED INTEREST | COMMISSION | SEC FEE/SVC CHG | | |
|---|---|---|---|---|---|
| 29,979.36 | | 386.20 | | | 30,365.56 |

| COUPON RATE | MATURITY DATE | BONDS DATED | FIRST COUPON | COUPON DATES |
|---|---|---|---|---|
| | | | | |

| BASIS / PRICE | ACCRUED INTEREST DATES | CALL / PUT |
|---|---|---|
| | | |

| INTERESTED PARTY | ADDITIONAL DISCLOSURE INFORMATION |
|---|---|
| | PREFERRED RATE APPLIED |

| TRANSACTION NUMBER | RATINGS |
|---|---|
| 027967 | |
| SEQUENCE NUMBER | |
| 03052A | |



**REFER TO REVERSE SIDE FOR AN EXPLANATION OF THE TERMS AFFECTING THIS TRANSACTION
RETAIN THIS CONFIRMATION FOR YOUR RECORDS AND TAX PURPOSES**

**ROBERT V. MAIER**
**63 RENAISSANCE PKWY.**
**OLMSTED FALLS, OH  44138**

December 1, 2008

In re AIG Securities Litigation – PwC Exclusions
c/o Complete Claims Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

Gentlemen:

    Robert V. Maier IRA requests exclusion from the PwC Settlement Class in In re
AIG Securities Litigation, Master File No. 04-8141 (JES).

    My phone number is 440-427-8542.

    I received 208 shares AIG common stock upon the merger with HSB Group
11/28/2000. The value of the shares at that time was approximately $96.94/share or a
total value of $20,163.52. I purchased an additional 142 shares on 1/16/2004 at a cost of
$70.10/share or a total of $9,966.51. I did not sell any of the above shares during the
Class Period.

                                    Yours truly,

                                    Robert V. Maier

                                    Robert V. Maier

Sylvia Goldman TTEE
Sylvia Goldman TRUST
FBO Sylvia Goldman
1255 Pasadena Ave S  Apt 907-09
S Pasadena FL 33707

November 24, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC
P.O. BOX 9417
Minneapolis, MN 55440-9417

Gentlemen:

I hereby request exclusion from the PwC Settlement Class in in re AIG Securities Litigation, Master
File No. 04-8141 (JES).

Daytime phone number: (727)-812-3856

The following information regarding AIG Securities was taken from my copy of my income tax report for
the year 2004:
100 Shares bought 04/28/2003 for $5,529
100 Shares sold 06/02/2004 for $7,384

Yours truly,

*Sylvia Goldman TTEE*

Sylvia Goldman, TTEE

 Scanned Claim Page 3 of 3

Zoe H. Parker, Trustee,
Zoe H. Parker Trust, Dated February 29, 1996
4432 Stark Place
Annandale, VA 22003
703-323-1772

In re AIG Securities Litigation---PwC EXCLUSIONS
Complete Claim Solutions, LLC
P. O. Box 9417
Minneapolis, MN 55440-9417

November 28, 2008

Dear Madam:

The above named person, Zoe H. Parker, Trustee, requests exclusion from the PwC
Settlement Class in re AIG Securities Litigation, Master File No. 04-8141 (JES). The
amount of money I would get back would not be worth the trouble of keeping this on my
file or having to report it on my income tax.

I purchased 100 shares of AIG common stock on 8/27/2003 at $60.5 per share for a cost
of $6015.00. I sold the 100 shares on the advice of my stock broker before the big bust.
The 100 shares were sold on 10/18/2004 at 59.12 per share for $5912.00 or a loss of $103
plus stockbroker fees. (See attached list.)

I fail to understand how AIG executives and company could be rewarded by a
government handout, when what they did was criminal in nature and they should be
prosecuted, fined and fired. Hopefully, the same persons are not running the
organization.

I wish you all luck in getting back something for the stock owners who lost money and
the tax payers.

Zoe H. Parker, Trustee



| Must be Postmarked No Later Than: January 28, 2009 | **UNITED STATES DISTRICT COURT**<br>**FOR THE SOUTHERN DISTRICT OF NEW YORK**<br>*In re AIG Securities Litigation - PwC Settlement*<br>**No. 04-cv-8141**<br>**PROOF OF CLAIM FORM** | **002462**<br><br>POC   AIG-PWC |

**PART I: CLAIMANT IDENTIFICATION** - Complete either Section A or B - Please type or Print.

A. Complete this Section ONLY if the Beneficial Owner is an individual, joint, or IRA account, proceed to C; otherwise proceed to B.

| Last Name (Beneficial Owner) | First Name (Beneficial Owner) |
|---|---|
| PARKER , trustee | ZOE |

Last Name (Joint Beneficial Owner, if applicable)     First Name (Joint Beneficial Owner)

Name of IRA Custodian, if applicable

If this account is an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA account, please include "IRA" in the "Last Name" box above (e.g. Jones IRA).

B. Complete this Section ONLY if the Beneficial Owner is an Entity; i.e., corporation, trust, estate, etc. and proceed to C.

Entity Name

ZOE H PARKER, Trust, ZOE. H. PARKER TRUST, U/A Dated.02-02-96

Name of Representative, if applicable (Executor, administrator, trustee, c/o, etc.)

ZOE H, PARKER, TRUSTEE

C. Account/Mailing Information:

Specify one of the following:

| Individual(s) | Corporation | UGMA Custodian | IRA | Partnership | Estate | ✗ Trust |
|---|---|---|---|---|---|---|

Other:

Number and Street or P.O. Box

4432 STARK PLACE

| City | State | Zip Code |
|---|---|---|
| ANNANDALE | VA | 22003 |

Foreign Province and Postal Code     Foreign Country

Telephone Number (Daytime)     Telephone Number (Evening)

703-323-1772

Facsimile Number     E-Mail Address

Enter Taxpayer Identification Number below for the Beneficial Owner(s).
Social Security No. (for individuals)     or   Taxpayer Identification No.

**REDACTED**

**PART II: SCHEDULE OF TRANSACTIONS IN AIG COMMON STOCK**

A. **Number of shares of AIG common stock held** at the beginning of trading on **Oct. 28, 1999**
(If none, write "zero" or "0", if other than zero, must be documented):

0

Number of Shares

B. **Purchases or other acquisitions** (including through exchange of HSB stock or AGC stock) of AIG common stock on or after **Oct. 28, 1999** through and including **April 1, 2005** (in chronological order):

| Trade Dates of Purchase (list chronologically) Month/Day/Year | Number of Shares Purchased | Purchase Price Per Share | Total Amount Paid (excluding commissions, taxes & fees) |
|---|---|---|---|
| 8/27/2003 | 100 | 60.15 | 6,015.00 |

C. Total number of shares of common stock purchased from April 2, 2005 to June 29, 2005,
long or short (If none, write "zero" or "0", if other than zero, must be documented):

100

Number of Shares

D. **Sales** on or after **Oct. 28, 1999** through and including **June 29, 2005** of AIG common stock (in chronological order):

| Trade Dates of Purchase (list chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Amount Received (excluding commissions, taxes & fees) |
|---|---|---|---|
| 10/18/2004 | 100 | 59.12 | 5,912.00 |

E. **Number of shares of AIG common stock held** at close of trading on **June 29, 2005**
(If none, write "zero" or "0", if other than zero, must be documented):

0

Number of Shares

Beth F. Smith
5313 Medmont Circle S.W.
Roanoke, VA 24018-1120
December 3, 2008

To Whom It May Concern:

I, Class Member, Beth F. Smith, request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

"Class Period" October 28, 1999 Through April 1, 2005, Inclusive

| Date | Acquisition | Number of Shares |
|------|-------------|------------------|
| July 28, 2000 | Stock Split | 799 |

I appreciate your immediate attention concerning this matter.

signed    Beth F. Smith
daytime phone (540) 989-8884

12-04-2008

In Re AIG Securities Litigation – PWC Exclusions
C/O Complete Claim Solutions LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

**RE: FILE NO. 04-8141 (JES)**

To whom it may concern,

Please be advised I wish to be excluded from the PWC Settlement Class in In Re AIG
Securities Litigation, Master File No. 04-8141 (JES)

My name is Todd Pickett and my mailing address is.

1853 Pine Grove Avenue
Pickering Ontario, Canada.
L1V1KY

Telephone Number – 647-426-4723

Number of Shares held – 50
Price paid - $55.50 Per Share – USD
Purchase Date – September 27th, 2002

Attached is proof of my purchase of AIG shares during the period of Oct 28, 1999, and
April 1, 2005.

I trust the data provided herein is sufficient to support my exclusion request.

Sincerely,

Todd Pickett

# RBC Investments

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER - U.S.A.

50 BOUGHT    AMERICAN INTERNATIONAL GROUP    @    55.50
             INC
             DBD 4D5
             EXCHANGE RATE    1.58350

SEPT 27 2002

U$ FUNDS
SETTLEMENT DATE
OCT 02 2002

CONVERTED AT    1.5835

FOR SETTLEMENT IN THIS OFFICE
404-260E BEAVER CRK RD ON L4B3M3
    GROSS AMOUNT        2,775.00
    COMMISSION            43.00

ODD PICKETT
87 DARLINGSIDE AVE
SCARBOROUGH ON  M1E 3P2

SUB TOTAL        2,818.00



684-457901R-CSH

ROBBIE HANIMYAN
R.R.NO. 4D5
TEL.  800-769-2560

069 684 A

US026874I073
CUSIP
SECURITY NO.  A409953
ORDER NO.     272608
REFERENCE     R2608

ROYAL BANK ACTION DIRECT INC

™Trademark of Royal Bank of Canada. RBC Investments is a trademark of Royal Bank of Canada. Used under license. ®Copyright 2002. All rights reserved.

Member CIPF

**Scanned Claim Page 3 of 3**

Dr. Morton A. Levin
Mrs.Jane A. Levin
27 Southwatch Road
Meredith, NH  03253
(603)279-3980

12/3/08

In re AIG Securities Litigation – PwC EXCLUSIONS,
c/o Complete Claims Solutions, LLC
P.O Box 9417
Minneapolis, MN 55440-9417

To Whom It May Concern:

Name of person requesting exclusion: Dr. Morton A. Levin and Mrs. Jane A. Levin.
Address: 27 Southwatch Road, Meredith, NH  03253
Dr. and Mrs. Levin request exclusion from the PwC settlement class in re AIG Securities
Litigation, master file # 04-8141 (JES).
Daytime telephone # (603)279-3980.

| Purchase Dates | Shares | Purchase Price | Amount Paid |
|---|---|---|---|
| 1/15/2004 | 144 | 69.30 | 9,987.20 |
| 1/27/2005 | 181 | 66.20 | 11,990.20 |

| Sales Dates | Shares | Purchase Price | Amount Paid |
|---|---|---|---|
| 4/26/2004 | 144 | 74.30 | 10,690.94 |
| 3/7/2005 | 181 | 65.55 | 11,856.15 |

We request exclusion from this settlement.

Signature: Morton A. Levin                    Date   12-01-08

Signature: Jane A. Levin                       Date   12-04-08

**ME 11 MI**

Emily Jane Woo
15005 Red Clover Dr
Rockville, MD  20853
(301) 827-6088

December 9, 2008

In re AIG Securities Ligitation – PwC Exclusions
c/o Complete Claim Solutions, LLC
PO Box 9417
Minneapolis MN  55440-9417

Dear sir or madam,

I request exclusion from the PwC Ssettlement Class in In re AIG Securities Litigation, Master
File No 04-8141 (JES).

        Purchase date:  May 8, 2003 (settlement date May 13, 2003)
        Number of shares of common stock:  350
        Purchase price:  $55.85 per share

        Sincerely yours,

        *Emily Jane Woo*

195 Church Street
New Haven, CT  06510
203 789 2767
800 892 2096
www.newalliancebank.com

 **NewAlliance Bank**

DEC 11 2008

December 8, 2008

Exclusion from:

"In re AIG Securities Litigation – PwC Exclusions, c/o Complete Claim Solutions, LLC.

P.O. Box 9417
Minneapolis, MN
55440-9417

NewAlliance Bank "requests EXCLUSION from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (JES)"

Day time phone number:  203-784-5054
Price:  98.19%
Cusip:  40428QAC6
Security Name:  HSB Capital I
Par Value:  $5,000,000.
Purchase Date:  03/14/2001

NewAlliance Bank
Investment Department
195 Church Street
New Haven, CT.  06510

David J. Stanland
Chief Investment Officer
dstanland@newalliancebank.com

Rüdiger Theis

Rüdiger Theis   Ringstr. 76   42489 Wülfrath
In re AIG Securities Litigation
PwC EXCLUSIONS                                    DEC 12 08
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

USA

9. Dezember 2008

**Request for Exlusion**

Dear Madam or Sir,

I, Rüdiger Theis, Ringstr. 76, 42489 Wülfrath, Germany, request exclusion from the PwC
Settlement Class in In re AIG Securities Litigation, Master Fil No. 04-8141 (JES).

Daytime Telephone Number: +49 202 2680-271

|          | Date       | Price Per Share | Number of Shares |
|----------|------------|-----------------|------------------|
| Purchase | 11/04/04   | 60.20           | 1,160            |
| Sale     | 01/10/05   | 67.74           | 1,060            |
| Sale     | 01/10/05   | 67.73           | 100              |

Yours sincerely

Rüdiger Theis

Rüdiger Theis              Tel                  Fax                  E-Mail
Ringstr. 76   42489 Wülfrath   02 02/26 80-271     02 02/26 80-265      R.Theis@wut.de

DAVID NAMOFF TRUST
4779 Collins Ave #2401
MIAMI BEACH, FL. 33140

December 9, 2008

In Re: AIG Securities Litigation - PwC Exclusions
c/o Complete Claim Solutions LLC
P.O. Box 9417 Minneapolis, Mn.
55440-9417

DEC 15 08

Dear Sirs:

I am requesting exclusion from the Settlement
for: DAVID NAMOFF TRUST                from " the
4779 Collins Ave #2401
MIAMI BEACH, FL. 33140
PwC Settlement Class in In re AIG Securities Litigation,
Master File No. 04-8141 (JES)"

Phone # 305-975-8619

Shares Purchased:
1-28-2002   200 Shares   7607 = 15,214.00
2-06-2003   800 Shares   5012 = 40,094.00
                        • 55,308.00 Total Cost

Sincerely

Robert Namoff - Trustee

Fidelity: View Lots                                                                                      Page 1 of 1

Accounts & Trade > Portfolio > Positions >

## View Lots

Account: TRUST: UNDER AGREEMENT (•••••157)                          Help/Glossary

### Position

As of: 12/03/2008, 1:01 AM

| Symbol | Description | Quantity | Closing Mkt Value | Total Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | Type | |
|--------|-------------|----------|-------------------|------------------|---------------------|------------------------|------|--|
| AIG | AMER INTL GROUP INC | 1,000.0000 | $1,870.00 | $55,308.00 | -$53,438.00 | -96.62% | Cash | Trade News Research |

### Position History

Show: Open Lots ⚙ The information below is a summary of your open tax lots as of the prior business day's close.

| Date Acquired | Quantity | Cost Basis per Share | Closing Mkt Value | Cost Basis | Unrealized Gain/Loss | Unrealized Gain/Loss % | Holding Period |
|---------------|----------|----------------------|-------------------|------------|---------------------|------------------------|----------------|
| 01/28/2002 | 200.0000 | $76.07 | $374.00 | $15,214.00 | -$14,840.00 | -97.54% | Long |
| 02/06/2003 | 800.0000 | $50.12 | $1,496.00 | $40,094.00 | -$38,598.00 | -96.27% | Long |

** In the case of a short sale, total cost ordinarily equals the cost of the asset (including commissions, if any) when purchased for delivery when the sale is closed or covered. However, as cost basis is unknown until the date the short sale is closed or covered, the value Fidelity reports in the Cost Basis column is equal to the price at which the short sale was transacted (total sales proceeds). When calculating the unrealized gain/loss, Fidelity adds the negative value reported in the Closing Mkt Value Column to the positive value reported in the Cost Basis column.

* Fidelity-provided estimated cost basis (including cost basis and short sale proceeds information provided to Fidelity by customers) gain/loss and holding period information may not reflect all adjustments necessary for tax reporting purposes. You should verify such information against your own records when calculating reportable gain or loss resulting from a sale, redemption, or exchange. Fidelity does not report such information to the IRS or other taxing authorities and is not responsible for the accuracy of such information you may be required to report to federal, state, and other taxing authorities. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, Fidelity determines cost basis at the time of sale based on the average cost-single category (ACSC) method for open-end mutual funds and based on the first-in, first-out (FIFO) method for all other unrestricted securities. Consult a tax adviser for further information.

If securities held in your account are restricted for sale under your company's stock plan rules, Fidelity will use the FIFO method for lots available for sale.

Fidelity's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. For this purpose, each buy, sell, dividend, wash sale, disallowed loss, stock split, stock merger, etc., is an event. For some customers, this limit can be reached with approximately 1500 events. Cost basis information for events beyond that limit will usually show as "not available" or "unknown". In addition, any cost basis information shown may be outdated due to events occurring after the limit is exceeded. Once the limit is reached, all cost basis information for the affected position will need to be tracked and updated by the investor. Of course, investors will continue to receive confirms and account statements reflecting current transactions in their accounts. If you are uncertain if you have reached, or are near, the lifetime limit on a particular security position in your account, contact your Fidelity representative for more details.

If specific shares were selected manually rather than electronically, cost basis and gain/loss information displayed will be based on the first-in, first-out (FIFO) calculation method. You will need to refer to your trade confirmation for the lot(s) you selected, and calculate your gain/loss accordingly. In addition, you may need to re-calculate cost basis and gain (loss) information for other positions that were based on the first-in, first-out method to remove the effect of any tax lots that were specifically identified and allocated to other sales.



Smart move.

Copyright 1998–2008 FMR LLC.
All rights reserved.
Terms of Use  Privacy  Security  Site Map

# TRUST COMPANY OF THE WEST

865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017

TEL: 213 244 0174   FAX: 213 244 0483   E-MAIL: margaret.jones@tcw.com

MARGARET A. JONES
ASSISTANT VICE PRESIDENT



December 12, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

Re: IFIN, LP-CC, IFIN, LP, Kayyem Family Trust, and Hi Charitable Rem
Mr. & Mrs. Jon Kayyem
1137 Parkview Avenue
Pasadena, CA  91103
(626) 584-5900

**Jon Kayyem (IFIN, LP-CC, IFIN, LP, Kayyem Family Trust, and Hi Charitable Rem) request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)**

List of Transactions:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 11/06/00 | 98.15 | 450 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 02/20/01 | 84.63 | 50 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 02/28/01 | 82.00 | -50 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/13/01 | 81.05 | 100 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 09/10/01 | 74.17 | 100 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 05/10/02 | 68.56 | -50 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 06/05/02 | 65.00 | -300 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Receive | 06/11/03 | 0.00 | 85 |
| 3355 | IFIN, LP-CC | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 05/12/04 | 69.54 | -70 |

Margaret Jones

*December 12, 2008*
Page 2

List of Transactions Cont'd.:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 11/06/00 | 97.65 | 300 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 12/19/00 | 93.74 | 50 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 01/03/01 | 95.63 | -100 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 01/04/01 | 89.85 | -100 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 01/05/01 | 90.70 | -50 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 01/08/01 | 89.57 | -50 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/28/01 | 85.57 | 295 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/29/01 | 86.15 | 55 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 11/30/01 | 83.31 | 360 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 12/24/01 | 79.68 | -100 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 12/26/01 | 79.67 | -250 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 04/03/02 | 72.02 | 200 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 04/04/02 | 72.43 | 125 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/13/02 | 63.87 | 155 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 06/10/03 | 57.81 | -65 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Deliver | 06/11/03 | 0.00 | -85 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 07/15/03 | 59.07 | 500 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 05/12/04 | 69.83 | -500 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 10/15/04 | 56.98 | 50 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/23/05 | 56.64 | 30 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/23/05 | 56.76 | 20 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/23/05 | 56.77 | 15 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/24/05 | 56.05 | 20 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/24/05 | 55.86 | 15 |
| 3356 | IFIN, LP | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 04/05/05 | 54.01 | 50 |
| 3357 | KAYYEM FAMILY TRUST | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 08/15/01 | 81.32 | 350 |
| 3357 | KAYYEM FAMILY TRUST | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 05/10/02 | 68.56 | -50 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 02/20/01 | 85.27 | 55 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 05/24/01 | 83.00 | 30 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/28/01 | 85.57 | 460 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 06/29/01 | 86.15 | 105 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 12/24/01 | 79.68 | -100 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Sell | 12/26/01 | 79.67 | -200 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 04/03/02 | 72.02 | 200 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Buy | 04/04/02 | 72.43 | 100 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Deliver | 12/11/02 | 0.00 | -200 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Deliver | 12/11/02 | 0.00 | -100 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Deliver | 12/11/02 | 0.00 | -245 |
| 3358 | HI CHARITABLE REM | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | 026874107 | Deliver | 12/11/02 | 0.00 | -105 |

**Trust Company of the West as Custodian for PF3355 IFIN, LP-CC - Mellon Trust A/C TCNF00335502, PF3356 IFIN, LP - Mellon Trust A/C TCNF00335602, PF3357 Kayyem Family Trust - Mellon Trust A/C TCNF00335702, and PF3358 Hi Charitable Rem - Investors Bank & Trust A/C 76T03358I)**

Signed by: *Margaret Jones*
Margaret Jones - Tel: (213) 244-0174 - Fax: (213) 244-0483

## Jones, Margaret

**From:**   McCarthy, Michael P. [Michael.McCarthy@ibtco.com]
**Sent:**   Wednesday, March 14, 2007 1:02 PM
**To:**   Jones, Margaret; Class Action Desk; MW-GSS-Regulatory Reporting
**Cc:**   Stokes, Karen
**Subject:** RE: Exclusion From All Class Actions Request

Hi Margaret,

We will have those accounts excluded from our database and we will not file for any actions going forward.

Thank you,

Mike McCarthy
**Class Actions**
617-937-8549

**From:** Jones, Margaret [mailto:Margaret.Jones@tcw.com]
**Sent:** Wednesday, March 14, 2007 4:01 PM
**To:** Class Action Desk; MW-GSS-Regulatory Reporting
**Cc:** Jones, Margaret; Stokes, Karen
**Subject:** Exclusion From All Class Actions Request
**Importance:** High

Per the attached request, do not file any class action claims on behalf of the following accounts.  Please confirm that the followings accounts will be excluded from **all class actions.**

| PF #: | 3355 | 3356 | 3367 |
|---|---|---|---|
| A/C No: | TCNF00335502 | TCNF00335602 | TCNF0033672 |
| Portfolio Name: | IFIN, LP-CC | IFIN, LP | IFIN, LP |
| Tax ID: | | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem |
| Address | 1137 Parkview Avenue | 1137 Parkview Avenue | 1137 Parkview Avenue |
| | Pasadena, CA  91103 | Pasadena, CA  91103 | Pasadena, CA  91103 |
| Telephone No. | ('626) 584-5900 | ('626) 584-5900 | ('626) 584-5900 |
| PF #: | 3358 | 3369 | |
| A/C No: | 76T033581 | TCNF0033692 | |
| Portfolio Name: | HI CHARITABLE REM | HI CHARITABLE REM-MC | |
| Tax ID: | | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | Mr. & Mrs. Jon Kayyem | |
| Address | 1137 Parkview Avenue | 1137 Parkview Avenue | |
| | Pasadena, CA  91103 | Pasadena, CA  91103 | |
| Telephone No. | ('626) 584-5900 | ('626) 584-5900 | |
| PF #: | 3357 | | |
| A/C No: | TCNF00335702 | | |
| Portfolio Name: | KAYYEM FAMILY TRUST | | |
| Tax ID: | REDACTED | | |
| Contact Name: | Mr. & Mrs. Jon Kayyem | | |

3/14/2007

| | |
|---|---|
| **Address** | 1137 Parkview Avenue |
| | Pasadena, CA  91103 |
| | |
| **Telephone No.** | ('626) 584-5900 |

Thank you very much for your assistance in this matter.

Sincerely.
-Margaret Jones

---

Margaret Jones  |  AVP  |  Trust Company of the West  |  865 S. Figueroa St.  |  Los Angeles, CA  90017
phone: 213.244.0174  |  fax: 213.244.0483  |  email: margaret.jones@tcw.com

Attention: This email is intended for the sole use of the intended recipient(s) and may contain confidential or privileged information. No one is authorized to copy or re-use this email or any information contained in it. If you are not the intended recipient, we request that you please notify us by reply email and destroy all copies of the message and any attachments. Thank you for your cooperation.

3/14/2007


Never File Accounts

## Jones, Margaret

**From:** Pool Richard J [pool.rj@mellon.com]
**Sent:** Wednesday, September 12, 2007 10:17 AM
**To:** Jones, Margaret
**Subject:** Never File Accounts

Per our previous agreement, here is the list of accounts for which we will never file class actions.

Richard

## IFIN Always Exclude/Never File

**Mellon AC #**   **TCW PF #**   **Name**

TCNF0033552   3355   IFIN, LP-CC
TCNF0033562   3356   IFIN, LP-LV
TCNF0033572   3357   Kayyem Family Trust
TCWF0033582   3358   HI Charitable Rem
TCNF0033672   3367   IFIN, LP-MC
TCNF0033692   3369   HI Charitable Rem-MC

**Richard J. Pool**
BNY Mellon Asset Servicing
400 South Hope St.
3rd Floor
Los Angeles, CA  90071

(213) 553-9865
(213) 553-9910 (fax)
poolr.rj@mellon.com

**The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee.**
**Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.**
**If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.(16b)**

Disclaimer Version MB.US.1

9/12/2007

Feb 20 2007 7:09AM   Kayyem                      (909) 386 0157        p.1

February 20 , 2007

Rosa Gutierrez
TCW
865 South Figueroa Street
Los Angeles, CA 90017

Re: IFIN, LP – Tax ID #95-4794340
    Kayyem Living Trust – Tax ID #  REDACTED
    HI CRUT – Tax ID

Dear Rosa,

Please be advised that IFIN, LP, Kayyem Living Trust, and HI CRUT do not wish to participate
in any class action lawsuits related to their securities held in their TCW accounts, past or present.
Please let this letter serve as standing notice not to participate in them at any time for the above
referenced accounts.

Thank you for your attention to this matter.

Sincerely,

Jon Paul Kayyem

Cc: Kerrie Riker, Acacia Wealth Advisors, LLC (310-246-0520)

David Schwartz
176 Cream Street
Poughkeepsie, N.Y. 12601
Oct. 02, 2008

In re AIG Securities Litigation -
PwC Exclusions
% Complete Claim Solutions, LLC.
P.O. Box 9417
Minneapolis, Mn. 55440-9417

To Whom it may Concern;

I, David Schwartz, residing at the above address,
request exclusion from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (IES).

My daytime telephone no. is 845-473-9484.
On 4/07/03, I purchased 900 shares of AIG common
stock at an average price of $55.03. These shares are
still held as of this date.

Sincerely,
David Schwartz

RECEIVED
DEC 1 8 2008
By_____

December 14, 2008

TO:  AIG Security Litigation – PwC Exclusions, c/o Complete Claim Solutions, LLC
     P.O. Box 9417
     Minneapolis, MN  55440-9417

From:  Robert W. Traweek
      185 Berryland Road
      Harvest, AL  35749
      256-852-9438

RE:  AIG Securities Litigation,  Master File # 04-8141

I, Robert W. Traweek desire to exclude myself from PwC Settlement Class in the AIG

securities litigation, master file # 04-8141 (JES).  I have 1158 shares of AIG stock,

transferred from American General on Octer 8, 2001,  American General stock was

bought in March, 1986 @ $37 per share for $18500.


Robert W. Traweek

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417



Dear Sirs:

I wish to exclude myself from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

60 shares purchased  1/6/2005 at $67.34 per share for a total of $4040.40.
60 shares purchased 1/10/2005 at $67.72 per share for a total of $4063.20.

120 shares sold 3/4/2005 at $64.842 per share for a total of 7781.04, a loss of $322.56.

I deem it not worth your time or mine to continue to pursue this any further.

Yours truly,

Paul Peterson

Paul Peterson
229 S. Highland Ave.
Rockford, IL 61104-2417

!-815-226-0752

EDNA B. HESTER
P.O. Box 432
VIENNA, IL 62995
(618) 658-8168

12-15-2008

Exclude Edna B. Hester from Settlement Class.

In the year 196— I purchased Fidelity & Deposit stock for $500.

F + D merged with American General.

American General merged with AIG.

I have 166 shares of AIG

Edna B. Hester

December 15, 2008

In re AIG Securities Litigation
PwC EXCLUSIONS
c/o Complete Claims Solutions
LLC, P. O. Box 9417
Minneapolis, MN 55440-9417

Gentlemen:

I, Sharon Armbrust, 935 Cordilleras Avenue, San Carlos, CA 94070-3717,
request **exclusion** from the PwC Settlement Class in In re AIG Securities
Litigation, Master File No. 04-8141 (JES). My daytime phone number is
650-593-3861. I have 252 shares of AIG Inc. common stock, NMX573640,
transferred to me on February 3, 2003.

Sincerely,

*Sharon Armbrust*

Sharon Armbrust
ID# 04002699

December 17, 2008

In re AIG Securities Litigation-PwC Exclusions
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

Jack Wallace Edwards @
Chonki Song Edwards TTEE
J&C Edwards Trust
UAD 2/10/1999,

request exclusion from the PwC Settlement Class in In re AIG Securities Litigation,
Master File No. 04-8141 (JES).

Purchased 200 shares AIG 3/16/2005 @$62.90/share : (Sold shares after April 1, 2005)


Jack Wallace Edwards

Chonki Song Edwards


36115 S. Mesa Ridge Drive
Tucson, AZ  85739-1687

Phone: 520-818-3109

6427 Downhill Drive
Erie, PA 16505
December 18, 2008

In re AIG Securities Litigation-
PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Dear Sirs:

I hereby request exclusion from the PwC Settlement Class in In re AIG Securities

Litigation, Master File No. 04-8141 (JES). Please see claim form for specific transactions.

I used the claim form as a summary of my stock purchases and sales and I do not intend to

submit a claim in this matter.

Sincerely,

Frank J. Liebentritt
814 838 2146

FRANK J. LIEBENTRITT

**PART II: SCHEDULE OF TRANSACTIONS IN AIG COMMON STOCK**

A.  Number of shares of AIG common stock held at the beginning of trading on Oct. 28, 1999
    (If none, write "zero" or "0", if other than zero, must be documented):

Zero

Number of Shares

B.  Purchases or other acquisitions (including through exchange of HSB stock or AGC stock) of AIG common stock on or after
    Oct. 28, 1999 through and including April 1, 2005 (in chronological order):

| Trade Dates of Purchase (list chronologically) Month/Day/Year | Number of Shares Purchased | Purchase Price Per Share | Total Amount Paid (including commissions, taxes & fees) |
|---|---|---|---|
| 9/12/2000 | 35 | 92.44 | 3,235.31 |
| 3/21/2001 | 15 | 76.00 | 1,140.00 |
| 1/15/2002 | 5 | 78.69 | 393.47 |
|  |  |  |  |
|  | NOT FOR CVAIM |  |  |
|  |  |  |  |
|  |  |  |  |

C.  Total number of shares of common stock purchased from April 2, 2005 to June 29, 2005
    long or short (if none, write "zero" or "0", if other than zero, must be documented):

Number of Shares

D.  Sales on or after Oct. 28, 1999 through and including June 29, 2005 of AIG common stock (in chronological order):

| Trade Dates of Sales (list chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Amount Received (including commissions, taxes & fees) |
|---|---|---|---|
| 7/24/2002 | 6 | 49.81 | 298.86 |
| 03/06/2003 | 49 | 48.87 | 2392.18 |
|  |  |  |  |
|  |  |  |  |
|  | NOT FOR CVAIM |  |  |
|  |  |  |  |
|  |  |  |  |

E.  Number of shares of AIG common stock held at close of trading on June 29, 2005

zero

12-16-2008

DEC 22 2008

AIG SECURITIES LITIGATION
PWC EXCLUSIONS
P.O. Box 9417
MINNEAPOLIS MN

DEAR SIRS:

I AM EARL F. O'CONNOR. MY ADDRESS IS 7343 S. SHERMAN DR.
INDIANAPOLIS IN 46237. I WISH TO BE EXCLUDED
FROM THE PWC SETTLEMENT CLASS IN IN RE AIG SECURITIES
LITIGATION, MASTER FILE No. 04-8141 (JES). MY TELEPHONE
IS 317-581-4684. I PURCHASED AIG SHARES AS
FOLLOWS:

| DATE | PRICE | NUMBER OF SHARES |
|---|---|---|
| 1-13-05 | 66.52 | 180 |
| 1-20-05 | 66.44 | 80 |
| 2-2-05 | 67.03 | 46 |
| 3-7-05 | 66.46 | 15 |
| 3-28-05 | 56.87 | 100 |
| 5-2-05 | 53.76 | 10 |

ALL OF THE ABOVE SHARES WERE SOLD ON 3-3-08 AT
46.03 PER SHARE

THANK YOU;
Earl F. O'Connor
EARL F. O'CONNOR
7343 S. SHERMAN DR
INDIANAPOLIS, IN. 46237

DEC-17-2008 07:02 AM  3PEYSTER                         802 375 6005           P.01

# TRUST COMPANY OF THE WEST

**865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017**



Suzanne Depeyster
5833 Sandgate Road
Arlington, VT 05250

From :   Trust Company of the West                       12/10/2008
         865 S. Figueroa St.
         Los Angeles, CA 90017



Re:    Class Action Notification for American International Group, Inc. (#04 Civ. 8141 (JES)
       (AJP))

       Security(s): American International Group, Inc., American Int'l Cvt 0.50%
       5-15-2007

TCW recently received notice of the above-referenced class-action lawsuit (the "Class
Action"). Our records show that SUZANNE DEPEYSTER - Account Number: 3987 (the
"Account") owned a security involved in this Class Action during the class period. You will
automatically be a part of the Class Action unless you instruct us in writing by the Opt Out
Deadline to opt out on your behalf. If you desire to opt out, please put a check in the space
marked below and return a signed and dated copy of this page by registered mail, fax, or
nationally recognized delivery service with tracking capability. If we do not receive a copy of
this page by the Opt Out Deadline, then we will assume you wish to remain in the Class
Action, and we will act accordingly with respect to any further notices in connection with the
Class Action (including proofs of claim). Copies of the Class Action Notice and applicable
forms can be found at http://www.tcw.com/TCW/ClassAction.jsp. If you have any questions,
please contact ClassActions@tcw.com.

____✓____ Yes, I hereby elect to opt out of the above-referenced Class Action.

       Signature: _____

       Date: _____ _Dec 16, 2008_____

Client Contact Copies Sent To:
       Suzanne Depeyster

# TRUST COMPANY OF THE WEST

865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017

TEL: 213 244 0174   FAX: 213 244 0483   E-MAIL: margaret.jones@tcw.com

MARGARET A. JONES
ASSISTANT VICE PRESIDENT



December 17, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

DEC ?? 2008

Re: Suzanne Depeyster
Ms. Suzanne Depeyster
5833 Sandgate Road
Arlington, VT  05250
(802) 375-6005

**Suzanne Depeyster request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)**

List of Transactions:

| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Receive | 11/30/01 | 0.00 | 109 | 0.00 |
|------|-------------------|----------|----------|----------|-----------|---------|----------|------|-----|------|
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 02/26/02 | 71.77 | 50 | -3588.50 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 05/30/02 | 67.76 | 20 | -1355.20 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 09/30/02 | 53.52 | 37 | -1980.24 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Sell | 04/12/04 | 76.66 | -35 | 2683.23 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 08/16/04 | 67.92 | 20 | -1358.43 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 09/28/04 | 68.31 | 45 | -3074.04 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 10/15/04 | 58.25 | 20 | -1165.00 |

*Trust Company of the West as Custodian for Suzanne Depeyster - Mellon Trust A/C TCNF00398702 (PF#3987)*

Margaret Jones

**Suzanne Depeyster request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)**
Page 2
December 17, 2008

List of Transactions cont'd:

| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 10/21/04 | 56.53 | 30 | -1695.95 |
|------|-------------------|----------|----------|----------|-----------|------|----------|-------|-----|----------|
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Sell | 01/25/05 | 67.06 | -20 | 1341.20 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Buy | 03/18/05 | 59.18 | 10 | -591.83 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Sell | 03/23/05 | 56.80 | -30 | 1704.05 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Sell | 04/29/05 | 50.60 | -35 | 1770.99 |
| 3987 | SUZANNE DEPEYSTER | 12/30/08 | 10/28/99 | 04/01/05 | 026874107 | Sell | 05/02/05 | 53.45 | -35 | 1870.81 |

*Trust Company of the West as Custodian for Suzanne Depeyster  - Mellon Trust A/C TCNF00398702 (PF#3987)*

Signed by:  *Margaret Jones*
Margaret Jones
Tel: (213) 244-0174
Fax: (213) 244-0483

# Patricia I. Morgan
# 509 South Liberty Street
# Port Angeles, Washington 98362

December 1, 2008

AIG Securities Litigation
PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis MN 55440-9417



Re:   <u>EXCLUSION FROM THE CLASS</u>

Ladies and Gentlemen:

I, Patricia I. Morgan, do hereby request to be excluded from the PWC Settlement Class in re AIG Securities Litigation, Master File No. 04-8141 (JES).

During the Class Period, I purchased 40 shares of AIG stock on 12/9/1999 at a price of $109.25 and a total cost of $4370.00.  A 1 for 2 stock split occurred on 7/21/2000 and then I sold all 60 shares of my AIG stock on 9/25/2003 at a price of $58.25 for a total of $3494.40 On 9/25/2003, I purchased 100 shares of AIG stock at a price of $63.611 for a total cost of $6361.10, which I still held on 6/29/2005.

If you have any questions regarding this request, please contact me at your convenience at 360.457.1729.

Sincerely,

*Patricia I. Morgan*

Patricia I. Morgan

**Irene C. Wylam DSCD and
Patricia I. Morgan JTWROS
509 South Liberty Street
Port Angeles, Washington 98362**

December 17, 2008

AIG Securities Litigation
PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

Re:   <u>EXCLUSION FROM THE CLASS – CLAIMANT ID No. 22070319</u>

Ladies and Gentlemen:

I, Patricia I. Morgan, do hereby request to be excluded from the PWC Settlement Class in re AIG Securities Litigation, Master File No. 04-8141 (JES).

We purchased 112 shares of AIG stock on 11/9/1998 at a price of $69.86 and a total cost of $7824.32.  A 1 for 2 stock split occurred on 7/21/2000 and then we purchased 7 additional shares of AIG stock on 1/24/2003 at a price of $56.415 for a total of $394.91 On 12/2/2004, I sold all 175 shares of AIG stock at a price of $65.34 for a total of $11,434.50.

If you have any questions regarding this request, please contact me at your convenience at 360.457.1729.

Sincerely,

*Patricia I. Morgan*

Patricia I. Morgan

December 17, 2008



In re AIG Securities Litigation – PwC EXCLUSIONS
C/0 Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis  MN  55440-9417

I request exclusion from the PwC Settlement Class in In re AIG Securities Litigation,
Master File No. 04-8141  (JES).

12/08/2003  Purchased 100 shares AIG @ $58.64 per share.

4/04/2005  Sold  100 shares AIG @ $50.95 per share

Mary Ann Cheslock
843 Marie Ave
Akron  OH  44314

Telephone 330-753 6146



December 16, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Dear Sir/Madam

I, William C. Moore, Jr., request exclusion from the PwC Settlement Class in
In re AIG Securities Litigation, Master File No. 04-8141 (JES).

Daytime Telephone Number: (678) 714-6889

Bought 100 Shares of AIG on 11/8/04 at $60.71 per share

Sold 100 Shares of AIG on 2/14/05 at $72.00 per share

Sincerely,

William C. Moore, Jr.
6097 Eagles Rest Trl
Sugar Hill, GA 30518

December 19, 2008

IN re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
Box 9417
Minneapolis, MN  55440-9417

Subject: Exclusion from Settlement Class

Gentlemen,

We here by request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master
File No. 04-8141 (JES).

We owned and sold the following shares of AIG:

     Bought 10 shares @ 94.864 on 12/19/2000
     Bought  5 shares @ 88.774 on 01/05/2001

     Sold all 15 shares on 12/31/2002 @ 57.85

Respectfully,

Kenneth H Trumbull &          Kenneth H Trumbull          Joyce Ann Trumbull
Joyce Ann Trumbull TTEES
The Trumbull Family Trust
*2645 E. Southern A-582*
Tempe, AZ  85282

Phone: *480-756-4346*

NOTE: The italics and underlined are changes in our address.

In Re:  AIG Securities Litigation – PwC Exclusions
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

December 19, 2008

To whom it may concern:

I hereby request to be excluded from the PwC Settlement Class in In re AIG Securities
Litigation, Master File No. 04-8141 (JES).

| | | | | |
|---|---|---|---|---|
| Bought | 200 shs | on 03/14/00 @ $81 13/16 | — | $16,392.50 |
| Rcvd. | 100 shs | on 07/31/00  3 for 2 Stock Split | — | 0 |
| Sold | 100 shs | on 08/05/02 @ $62.59 | — | $ 6,259.00 |
| Sold | 100 shs | on 03/20/03 @ $52.68 | — | $ 5,268.00 |
| Sold | 100 shs | on 07/29/03 @ $62.10 | — | $ 6,210.00 |

028537
Claimant ID No. 22173591
Anthony Paul Antonik
Charles Schwab & Co Inc Cust
107 Stepping Stone Lane
Orchard Park, NY 14127

Tel. No. - 716/667-3195

Anthony Paul Antonik

905 South Murray Ave.
Monahens Texas 79756-5309
December 17, 2008

In re AIG Securities Litigation - PWC Exclusions
GoComplete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, Mn. 55440-9417
To whom Concerns:

I am writing to exclude myself from the PWC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (GEL). Lucile M Cozby

My telephone number is area code 432-943-2378.

I acquired my stock in surrendered one (1) Stock Certificate Number FC64707, American General Corporation, Shares 278, mailed date Oct. 30, 2001 To Equiserve Trust Co. N.A, PO Box 43035 Providence, RI. 02940-3035. By Stock Distribution Statement name of Lucile M. Cozby same as address above letter Heading Account No. 004002-09920 Record date Feb. 8, 2001, Distribution Date March 1, 2001 Distribution TWO-FOR-ONE STOCK SPLIT. RECORD Share 278, STOCK SPLIT Shares Issued 278, TOTAL RECORD DATE SHARES 278 + 278 Distribution Share Position TOTAL 556 With Book Entry Shares 278. Each share has a par value of $.50

I have not purchased shares or sold shares. As of date June 6, 2008 Certificate shares total 321, Social Security No. _____ _____, Account Number 3401337747 AIG IN Name: Lucile M Cozby. Please exclude me from PWC Settlement Class.

Thanks - Lucile M. Cozby          REDACTED

December 22, 2008


In re Securities Litigation-PwC Exclusions
c/o Complete Claim Solution, LLC
P. O. Box 9417
Minneapolis, MN 55440-9417

Dear Sirs:

Name        Lloyd M. Westphal, Jr.
Address:    3450 Whitehorse Dr. SE
            Rio Rancho, NM 87124
Telephone # 505-896-3176

Request exclusion from the PwC Settlement Class In re AIG Securities
Litigation, Master File No. 04-8141 (JES).

Purchase of AIG Common Stock
        04/05/2004  250 Shares @ $75.45 = $18,862.50

Sale of AIG Common Stock
        12/10/2004  125 Shares @ $64.99 = $8,123.75



Lloyd M. Westphal, Jr.

12/18/2008

OLD ADDRESS:
MICHAEL L. JOHNSON and BETTY L. JOHNSON
805 MINTLER DR
MT ZION, IL 62549

NEW ADDRESS:
MICHAEL L. JOHNSON and BETTY L. JOHNSON
1741 S. COUNTRY CLUB RD
APT 101
DECATUR, IL 62521

Michael L. Johnson and Betty L. Johnson  requests exclusion from the PwC
Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

Phone 1-217-421-9677

 AIG--Bought  15 shares on 01/31/01  for $84.00 per share
 AIG--Sold 15 shares on 07/16/01 for $85.32 per share

Signed

Michael L. Johnson

*Michael L Johnson*

Betty L. Johnson

*Betty L. Johnson*

20 December 2008

I, Torben Botts, request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141(JES).

Name: Torben Botts
Address: 33 Savile Row Pent 1
         London W1S 3AE
         United Kingdom
Daytime Phone: 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-800-478

Number of AIG shares purchased: 100
Price of purchase: $60.53
Date of purchase: 8 November 2004 (settlement date: 12 November 2004)

Signature: _Torben Botts_

In Re AIG Securities Litigation-PwC EXCLUSIONS
C/o Complete Claims Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Dear In Re AIG Securities Litigation-PwC EXCLUSIONS,

I, Louis R Adimare, request exclusion from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (JES)*.

I can be reached at (480) 563-8000.

My mailing address is:
27554 N. 103rd Street
Scottsdale, AZ 85262

I purchased 650 shares of AIG on April 1, 2005 at a price of $52.43 per share. The total
transaction included an $8 commission resulting in a cost of $34,087.50.

I sold the 650 shares on November 21, 2008 at a price of $1.54 per share.

Sincerely,

Louis R. Adimare

December 16, 2008


Margaret Corner
38 Enderby Crescent
St. Albert, AB
Canada T8N 6Y2


AIG Securities Litigation – PwC Exlcusions
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis MN
USA 55440 – 9417


Dear Sirs:

Re:  Notice of Proposed Settlement

I, Margaret Corner, of 38 Enderby Crescent, in the city of St. Albert, Alberta
Canada, request exclusion from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141(JES).

My daytime telephone number is (780) 453-4408.

Share history:

- February 15, 2005, purchased 5 shares @ $71.30 for a total cost of
  $442.17 Canadian.
- March 24, 2005, purchased 5 shares @56.28 for a total cost of $344.94
  Canadian.
- Total holdings as of April 1, 2005 were 10 shares.


Sincerely,

*M. Corner*

Margaret Corner

1603 Shadybrook Road
Wilmington, DE 19803
December 26, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN    55440-9417

Dear Sirs,

I wish to be excluded from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).    My contact information is:

| | | |
|---|---|---|
| Norman R Kouba | or | Norman R Kouba TTEE |
| 1603 Shadybrook Road | | Norman R Kouba |
| Wilmington, DE 19803 | | REVOCABLE TRUST |
| (302) 764-1643 | | U/A DTD 5-14-93 |
| | | 1603 Shadybrook Road |
| | | Wilmington. DE 19803 |
| | | (302) 764-1643 |

On October 9, 2000, Pas/Roxbury bought 55 shares of AIG Securities at 93.13 ($5,121.88) and put them in my Revocable Trust Account.   On October 4, 2001, 20 shares of AIG Securities were sold at 79.95 ($1,598.94) and on October 30, 2001, an additional 35 shares of AIG Securities were sold at 81.51 ($2,852.75).

Very truly yours,

Norman R Kouba

1603 Shadybrook Road
Wilmington, DE 19803
December 26, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN    55440-9417

Dear Sirs,

I wish to be excluded from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).    My contact information is:

Norman R Kouba            or          A G Edwards & Sons, Inc
1603 Shadybrook Road                 Custodian for Norman R Kouba
Wilmington, DE 19803                 IRA Account
(302) 764-1643                       Pas/Rorer
                                     1603 Shadybrook Road
                                     Wilmington. DE 19803

On November 5, 1999, Pas/Rorer bought 29 shares of AIG Securities @ 73.23
($2,123.67); on March 8, 2000, they bought an additional 38 shares @ 54.43 ($2,068.22)
and on July 29, 2003, they bought 5 more shares @ 63.38 ($316.80).    All of these shares
were placed in my IRA Account.   On July 31, 2002, 10 shares of AIG Securities were
sold @ 62.30 ($622.98); on November 11, 2002, 5 shares were sold @ 69.54 (347.70); on
March 19, 2003, 15 shares were sold @ 51.16 ($767.37), and on October 20, 2004, 42
shares were sold @ 57.29 ($2,406.16).

Very truly yours,

Norman R Kouba

Dec 26, 2008

To: IN RE AIG Securities Litigation - PwC Exclusions
C/o Complete Claim Solutions
L.L.C, P O Box 9417, Minneapolis, MN 55440-9417

Exclusion From Settlement.

The Following Persons:

Harold F Schwabenland, 12-26-2008
and Violet L. Schwabenland, 12-26-2008
request exclusion from the above
PwC Settlement Class.

HAROLD F. SCHWABENLAND
Violet L. SCHWABENLAND
1300 MAYField Rd. - Apt 61A
Seal Beach, CA., 90740
(562) 493 - 6522

AIG Securities

| DATE PURCHASED | NO SHARES | Purchase Price | PURCHASE Amt | DATE Sold | Sales Amt |
|---|---|---|---|---|---|
| 11-01-99 | 20 | 68,333 | 1452.08 | 02-12-04 | 1482.13 |
| 06-07-00 | 15 | 78,666 | 1180,00 | 02-12-04 | 1111.60 |
| 03-09-01 | 10 | 81.949 | 819,50 | 02-12-04 | 741.07 |
| 08-25-02 | 25 | 53,918 | 1347,97 | 02-12-04 | 1852.66 |
| 02-04-03 | 10 | 50,482 | 504.82 | 02-12-04 | 741.07 |

To whom it may concern;

It is my desire to be excluded from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)

Maxine S. Koenigsberg
7058 Big Springs Ct.
Las Vegas, NV 89113
702-873-7212

I bought 20 shares AIG on March 12, 2002 @ $72.75 per share.
I sold 20 shares AIG on October 22, 2003 @ $60.01 per share.

Please note that at the time of purchase, my husband Emanual Koenigsberg was a joint tenant, and at the time of sale had changed the designated beneficiaries plan/tod to my children.  We do not have documentation showing the change; however,  it was executed at the Charles Schwab office in Las Vegas.

I hope this letter will suffice for both claims: ID No.-23621596
                                                ID No.-23621589

I _Emanuel Koenigsberg_____ removed my name as joint tenant on Maxine S. Koenigsberg's Charles Schwab account # 1114-6133 so that her children would be the beneficiaries.

_Emanuel Koenigsberg_
Emanual Koenigsberg
7058 Big Springs Ct.
Las Vegas, NV 89113
702-873-7212


Regards,

_Maxine Koenigsberg_  12/23/2008
Maxine S. Koenigsberg

# Charles Schwab

Trade Confirmation · Customer Copy · Retain For Your Records

101 Montgomery Street, San Francisco, CA 94104     Visit our Web site at schwab.com     Questions? Call 1-800-435-4000

**Account Number: 1114-6133**
Page 1 of 1

**Mail To**

L TRR -0 00009505 000000013706 0001 20089312
**MAXINE S KOENIGSBERG &**
**EMANUEL KOENIGSBERG JT TEN**
**7058 BIG SPRINGS CT**
**LAS VEGAS NV 89113**



| Security Description | | | | | | |
|---|---|---|---|---|---|---|
| | **Action** | **BOUGHT** | | | | |
| AMERICAN INTL GROUP INC | **Symbol:** | AIG | | **Trade Date:** | 3/12/02 | |
| | **Security No./Cusip:** | 026874-10-7 | | **Settlement Date:** | 3/15/02 | |
| | **Branch Code:** | LVYY | | **Type:** | Margin | |

| | Quantity | Price | Principal | Fees & Charges | | Total Amount |
|---|---|---|---|---|---|---|
| | | | | Order Handling: | $3.00 | |
| | 20 | $72.75 | $1,455.00 | Commission: | 29.95 | $1,487.95 |
| **Totals** | **20** | | **$1,455.00** | | **$32.95** | **$1,487.95** |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Market where executed: Chicago Stock Exchange*
*Unsolicited trade*
*Capacity code A*

00000005050101

# *charles* SCHWAB

Trade Confirmation

101 Montgomery Street  San Francisco  California 94104
800 435 4000    www.schwab.com

Retain for Your Records

**Account Number: 4133-6619**
Page 1 of 1

**Mail To**

E TRR <8 00821081 880880030404 0001 30031022
MAXINE S KOENIGSBERG
DESIGNATED BENE PLAN/TOD
7058 BIG SPRINGS CT
LAS VEGAS NV  89113



| Security Description | | | | | |
|---|---|---|---|---|---|
| | **Action** | **SOLD** | | | |
| AMERICAN INTL GROUP INC | Symbol: | AIG | Trade Date: | 10/22/03 | |
| | Security No./Cusip: | 026874-10-7 | Settlement Date: | 10/27/03 | |
| | Branch Code: | LVYY | Type: | Margin | |

| Quantity | Price | Principal | Fees & Charges | | Total Amount |
|---|---|---|---|---|---|
| | | | Order Handling: | $3.00 | |
| | | | SEC Fee: | .06 | |
| 20 | $60.01 | $1,200.20 | Commission: | 29.95 | $1,167.19 |
| **Totals**  20 | | **$1,200.20** | | **$33.01** | **$1,167.19** |

For all of the above:
Unless you have already instructed us differently, we will hold proceeds in account pending further instructions.

*Executed Over The Counter*

*Unsolicited trade*

*Capacity code H*

To Whom It May Concern;

867870
Claimant ID No.-24171151
Patrick L. Conway
Elizabeth A. Conway
2107 Oak Circle
Tarpon Springs FL. 34689
We request exclusion from
PWC Settlement Class in
In Re AT&T Securities Litigation
Master File No. 04-8141 (JES)
Patrick L. Conway
Elizabeth A Conway
Ph. No.- 727-942-1683
Cell - 727-688-4099
Purchases
12-11-02    20 shares at 62.34
1-13-03     4 shares at 62.90

There is no such thing as honesty
in todays World. It is beyond beleive what
the investment world gets by with.
Would been better off if I never invested
in the Markets over the years. Sooner
or later your going to get taken for a loss.
You can see the way my Disagined how happy she
is with this kind of things. Furious

Joanna H. Schoff
226 North Street
Rye, New York 10580

December 22, 2008

Sirs:

Please ~~cause~~ Joanna H. Schoff & James S Schoff Ten/Com, 226 North Street, Rye, NY 10580, request exclusion from the PwC Settlement Class in "In re AIG Securities Litigation, Master File No. 04-8141 (Jes)". Our telephone number is 914-967-7081.

350 Shares of AIG were purchased Nov 23, 2001 @ 81.8605 for total cost of 28,651.18.

350 shares of AIG were sold 10/22/08 for $2.18 for 763.00 minus 8.96 commission = 754.04

Sincerely,

Joanna H. Schoff —

James S. Schoff

5221 Los Encantos Cir.

La Palma, Ca. 90623 - 2216

December 29, 2008

AIG Securities Litigation - PwC Exclusions

C/o Complete Claim Solutions, LLC

P.O. Box 9417

Minneapolis, Mn. 55440 - 9417

Dear Sir/Madam:

I, Mae M. Kambara of 5221 Los Encantos Cir.,

La Palma, Ca. 90623 - 2216, request exclusion from

PwC Settlement Class in In re AIG Securities

Litigation, Master File No. 04 - 8141 (JES).

DAYTIME PHONE: (714) 828 - 3733

AUGUST 29, 2001: Exchange of 216 American

General Corp. for 125 AIG

AT $71.28 per share

Sincerely,

Mae M. Kambara


RECEIVED
DEC 2 9 2008
By

AMERICAN INTERNATIONAL GROUP, INC.
70 PINE STREET
NEW YORK, N.Y. 10270

OFFICE OF
MAURICE R. GREENBERG
CHAIRMAN

August 31, 2001

To Former Holders of American General Common Stock:

We are pleased to report the completion of the acquisition of American General Corporation (American General) by American International Group, Inc. (AIG) effective August 29, 2001. We welcome you as an AIG shareholder.

As a result of the acquisition, the shares of American General common stock that you held of record on August 29, 2001 have been converted into shares of AIG common stock at the rate of 0.5790 a share of AIG common stock for each share of American General common stock, with cash to be paid in lieu of any fractional share interest based on an AIG common stock price of $77.23. The enclosed Letter of Transmittal includes instructions and forms for exchanging your American General common stock certificates for AIG common stock certificates.

We expect this acquisition will benefit AIG shareholders by providing AIG a powerful presence in the U.S. life insurance market. In addition, American General complements our existing retirement savings business through SunAmerica and positions AIG throughout the United States in consumer finance.

For some time now, AIG has been the leading U.S.-based international insurance and financial services organization, the largest underwriter of commercial insurance in the United States and the leading international life and general insurance organization. Following the acquisition of American General, we have also become one of the largest providers in the rapidly growing global retirement savings market and a leader in the domestic life insurance business. We have already identified major opportunities to enhance revenues by marketing AIG's innovative products through American General's distribution channels. And we expect the acquisition to be accretive to AIG's earnings.

With the acquisition of American General, I am more confident than ever that we have the world's best franchise in the insurance and financial services business and a platform for continuing our unrivaled record of growth and profitability. I fully expect it will create superior value for our shareholders.

Sincerely,

M R. Greenberg

(Mae M. Kinnbara)

**Merrill Lynch,**
**Pierce, Fenner & Smith Inc.**
Member, Securities Investor Protection Corporation (SIPC)

**Individual**
**Investor Account**

| COUNT # | ISR # | PAGE # | TELEPHONE # |
|---------|-------|--------|-------------|
| 388 19D04 | 1012 | 1 | 888-654-6637 |

MRS MAE M KAMBARA
5221 LOS ENCANTOS CIR
LA PALMA CA 90623-2216

**STATEMENT PERIOD**
06/30/01 TO 09/28/01

SS OR ID

SERVICE CONTACT
INVESTOR SERVICES
1-888-ML INVEST

INVESTOR
CREDIT LINE

**REDACTED**

OFFICE SERVING YOUR ACCOUNT
PO BOX 30125
NEW BRUNSWICK NJ  08989-0125

TYPE

CASH

***** ACCOUNT SUMMARY *****

| OPENING BALANCE | CLOSING BALANCE | INVESTMENTS | MONEY ACCOUNTS | PRICED PORTFOLIO |
|-----------------|-----------------|-------------|----------------|------------------|
| $.00 | $56.47CR | $15429 | $.00 | $15,485.47 |

***** TAX INFORMATION SUMMARY *****

| DESCRIPTION | THIS STATEMENT | YEAR TO DATE |
|-------------|----------------|--------------|
| REPORTABLE DIVIDENDS | $101.05CR | $303.15CR |
| REPORTABLE GROSS PROCEEDS | $1,346.98CR | $1,346.98CR |

***** DAILY ACCOUNT ACTIVITY *****

| DATE | TRANSACTION | DESCRIPTION | PRICE | AMOUNT |
|------|-------------|-------------|-------|--------|
| 16 | *Dividend | OCCIDENTAL PETE CORP CAL HOLDING 50.0000 | | $12.50CR |
| 07 17 | Journal Entry | PARTIAL REPAYMENT FORMER DEBT AS OF 06/07/01 | | $12.50 |
| 08 01 | *Dividend | VERIZON COMMUNICATNS COM HOLDING 90.0000 | | $34.65CR |
| 08 02 | Journal Entry | PARTIAL REPAYMENT FORMER DEBT AS OF 06/07/01 | | $34.65 |
| 08 10 | *Dividend | AMER EXPRESS COMPANY HOLDING 24.0000 | | $1.92CR |
| 08 13 | Journal Entry | PARTIAL REPAYMENT FORMER DEBT AS OF 06/07/01 | | $1.92 |
| 08 17 | Journal Entry | OCCIDENTAL PETE CORP CAL TRANSACTION FEE | | $20.00 |
| 08 17 | :Exchange | 50 OCCIDENTAL PETE CORP CAL | | $1342.50CB |
| 08 17 | Exchange | OCCIDENTAL PETE CORP CAL TRANSACTION FEE | | $40.00 |
| 08 20 | Journal Entry | FULL REPAYMENT FORMER DEBT AS OF 06/07/01 | | $2.49 |
| 08 29 | Withdrawal | CK # 21006-95695 | | $1280.01 |
| 08 30 | Exchange | -216 AMERICAN GENL CORP | | |
| 08 30 | Exchange | 125 AMER INTL GROUP INC | | |
| 08 31 | *Dividend | LEHMAN BROTHRS HLDGS COM HOLDING 2.0000 | | $.14CR |
| 09 04 | *Dividend | AMERICAN GENL CORP HOLDING 216.0000 | | $51.84CR |
| 21 | Journal Entry | STOP PAYMENT OMCA CHECK 2100695695 188D 08/29/01 | | $1280.01CR |
| 09 24 | Withdrawal | CK  2228-07627 | | $1280.01 |

-00002547

SEPTEMBER 2001

FOR AN EXPLANATION OF SYMBOLS, PLEASE SEE REVERSE SIDE
PLEASE ADVISE YOUR FINANCIAL ADVISOR IMMEDIATELY OF ANY DISCREPANCIES ON YOUR STATEMENT OR IF YOU CONTEMPLATE CHANGING YOUR ADDRESS. WHEN MAKING INQUIRIES, PLEASE MENTION YOUR ACCOUNT NUMBER AND ADDRESS ALL CORRESPONDENCE TO THE OFFICE SERVICING YOUR ACCOUNT. WE URGE YOU TO PRESERVE THIS STATEMENT FOR USE IN PREPARING INCOME TAX RETURNS.

CODE 5035 R (R6-01)

 **Merrill Lynch**



**Nicholas J. Fano**

♦ ♦ ♦

6 Nathan Dr. ♦ Towaco, NJ 07082
Cell: 973-216-0793

12/24/08

IN RE AIG SECURITIES LITIGATION
PWC EXCLUSIONS C/O COMPLETE CLAIM SOLUTIONS
PO BOX 9417
MINNEAPOLIS, MN 55440-9417

Kindly note that I hereby **request exclusion** from the PwC Settlement Class in In re AIG
Securities Litigation, master File No. 04-8141 (JES).

| DATE AIG SHARES PURCHASED | PRICE PAID PER SHARE | NUMBER OF SHARES PURCHASED | | |
|---|---|---|---|---|
| 12/4/03 | $60.09 | 200 | | |
| | | | | |
| | | | | |

Kindly confirm receipt of this request.

Very truly yours,

Nicholas J. Fano

December 23, 2008

AIG Securities Litigation
PwC Exclusions
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417


Dear Sirs:

I wish to request exclusion from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (JES).

Date of Purchase was 1/27/04 #100 shares for $68.70/share
Date of Sale:          10/18/04 #100 shares for $57.52/share


*Ann E. Cabre'*

Ann E. Cabre
6222 Parkland Way
Ferndale, WA 98248
Tel: 360  312-8425


(I am out of town from Jan 1st to Jan 20th)

December 26, 2008

Dear Sirs:

I hereby request exclusion from the PWC Settlement Class in In Re AIG Securities Litigation, Master File No. 04-8141 (JES).  I bought 75 shares of AIG on 12/03/1998 at $49.24

Patricia Bray
781-749-7717
12 Pond St.
Hingham, MA  02043

December 26, 2008

Dear Sirs:

I hereby request exclusion from the PwC Settlement Class in In Re AIG Securities
Litigation, Master File No. 04-8141 (JES). I bought 100 shares of AIG on 04/05/2004 at
$75.69.

Stephen R.W. Bray
617-589-3408
12 Pond St.
Hingham, MA 02043

# LAURA J. RANDALL
## 1008 WHITEHOUSE BLVD.
## ST. AUGUSTINE, FL 32084
### 904/829-0925

December 26, 2008

In re AIG Securities Litigation -  PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P. O. Box 9417
Minneapolis, MN 55440-+9417

RE:  AIG Securities Litigation

To Whom It May concern:

I, Laura J. Randall, being a class member and previous owner in my IRA account with Painewebber  # TJ18719, which was closed via transfer to another brokerage firm in 2003.   I owned a total of 49 AIG shares purchased 06/08/2000 at 119.068377 per share, of which 18 shares were sold on 01/23/2001 at  86.00 per share and remaining 31 shares being sold on 02/16/2001at 86.99 per share,   do hereby request to be excluded from the above PwC Settlement Class In re Securities Litigation, Master File No 04-814 (JES).    Please accept my request for exclusion effective the date show above.

Cordially,

*Laura J. Randall*

Laura J. Randall
1008  Whitehouse Blvd.
St.  Augustine, FL 32084
904/829-0925

December 29, 2008

PwC EXCLUSIONS
c/o Complete Claim Solutions
P.O. Box 9417
Minneapolis, MN 55440-9417

Re: American International Group, Inc.
Securities Litigation
Masterfile No. 04 Civ. 8141 (JES) (AJP)

Gentlemen!

Please exclude me from this Action for Settlement.

I owned 50 shares purchased 7/31/03 @ $64.24 ea.
in my IRA account through my broker — see attached
trade confirms.

I sold these 50 shares 7/15/04 @ $69.75.

The matter is too small for me to be so heavily
involved. Please exclude me.

Thank you,
Carolyn L. Millard
10265 Wheaton Rd, #237
Largo, Fl 33771
727-584-4953



**Trade Confirmation - Customer Copy**

Custodial and brokerage services provided by Charles Schwab & Co., Inc. Member SIPC/NYSE.

Account Number: 6293-6044
Page 1 of 1

**Mail To**

E TRF <6 00007445 000000010800 0001 20040712

CAROLYN L MILLARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
PO BOX 193
RICHMOND IL 60071

007445

| Security Description | | | | |
|---|---|---|---|---|
| | **Action** | **SOLD** | | |
| AMERICAN INTL GROUP INC | Symbol: | AIG | Trade Date: | 7/12/04 |
| | Security No./Cusip: | 026874-10-7 | Settlement Date: | 7/15/04 |
| | Branch Code: | FSYY | Type: | Cash |

| Quantity | Price | Principal | | Fees & Charges | Total Amount |
|---|---|---|---|---|---|
| | | | SEC Fee: | $.09 | |
| 50 | $69.75 | $3,487.50 | Commission: | 19.95 | $3,467.46 |

| Totals | 50 | | $3,487.50 | | $20.04 | $3,467.46 |

For all of the above:
Unless you have already instructed us differently, we will: hold these proceeds in your account.
Market where executed: New York Stock Exchange
Unsolicited trade
Capacity code A

0000074450101

Schwab Institutional is a division of Charles Schwab & Co., Inc.
Please see reverse for terms, conditions and capacity code definitions.

SIPC

TRF YY 1
E TRF <6 00007445 000000010800 0001 20040712

 **Schwab** INSTITUTIONAL

**TRADE CONFIRMATION—CUSTOMER COPY**                    Retain For Your Records

Account Number: 6293-6044
Page 1 of 10

**Mail To**

E TRF >5 00000600 000000008001 0011 80080728
CAROLYN L MILLARD
CHARLES SCHWAB & CO INC CUST
IRA ROLLOVER
1615 MOUNT PLEASANT ST
NORTHFIELD IL 60093

---

| Security Description |
|---|

| | Action | BOUGHT | | |
|---|---|---|---|---|
| AMERICAN INTL GROUP INC | Symbol: | AIG | Trade Date: | 7/28/03 |
| | Security No./Cusip: | 026874-10-7 | Settlement Date: | 7/31/03 |
| | Branch Code: | FSYY | Type: | Cash |

| Quantity | Price | Principal | | Fees & Charges | Total Amount |
|---|---|---|---|---|---|
| 50 | $64.28 | $3,214.00 | Commission: | $29.95 | $3,243.95 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Market where executed: Chicago Stock Exchange*
*Unsolicited trade*
*Capacity code A*

G00000809Q211

---

Schwab Institutional® is a division of Charles Schwab & Co., Inc.
Please see reverse for terms, conditions and capacity code definitions.

TRF YY 1
E TRF >5 00000600 000000008001 0011 80080728

SIPC

December 29, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

To Whom It May Concern:

  Connie May Whaley "requests exclusion from the PwC Settlement Class
  in In re AIG Securities Litigation, Master File No. 04-8141 (JES)"
    Daytime Telephone Number:  641-474-2366

TRANSACTION ADVICE
  Shares held of record on August 29, 2001
  103.2950 American General Corporation shares exchanged
  Exchange Rate:  0.579000
  AIG shares issued:  59.0000
  Fractional share:  0.8078
  Cash-in-Lieu of Fractional Share:  77.2300
  Cash-in-Lieu Proceeds:  62.39

*Connie May Whaley*
Connie May Whaley
1085-215th Street
Gladbrook, Iowa  50635

**DIANA SAVORY**

Diana Simrell Savory
140 Ivy Mountain Rd.
goshen, CT 06756

Requests exclusion from the PwC
Settlement class in In re AIG Securities
Litigation, Master File No. 04-8141 (JES).

Diana G. Savory
860·491·2175

Purchased on June 16, 1994  100 shares.
Remaining transactions after initial
purchase are listed on the attached
sheet.

Diana G. Savory
28 December 2008

**First Affirmative Financial Network**
**TRANSACTION SUMMARY**
*Diana Simrell Savory*
*Consultant: Greg Garvan*
*Account: 7813-0741*
From 12-31-90 To 12-17-08

| Tran Code | Security | Trade Date | Settle Date | Quantity | Class Meth. | S/D Type | S/D Symbol | Trade Amount | Lot |
|---|---|---|---|---|---|---|---|---|---|
| | American Intl Group split on 07-25-97 with a factor of 1.5 | | | | | | | | |
| | American Intl Group split on 07-31-98 with a factor of 1.5 | | | | | | | | |
| li | American Intl Group | 02-16-99 | 01-01-50 | 337.0000000 | | swus | client | 0.00 * | 38,396.937 |
| dv | American Intl Group | 03-19-99 | 03-19-99 | | | caus | nmrp | 18.87 | |
| dv | American Intl Group | 06-18-99 | 06-18-99 | | | caus | nmrp | 18.87 | |
| | American Intl Group split on 07-31-99 with a factor of 1.25 | | | | | | | | |
| sl | American Intl Group | 08-01-99 | 08-01-99 | 0.2500000 | | caus | nmrp | 24.11 | |
| dv | American Intl Group | 09-17-99 | 09-17-99 | | | caus | nmrp | 21.05 | |
| dv | American Intl Group | 12-16-99 | 12-16-99 | | | caus | nmrp | 21.05 | |
| dv | American Intl Group | 03-17-00 | 03-17-00 | | | caus | nmrp | 21.05 | |
| dv | American Intl Group | 06-16-00 | 06-16-00 | | | caus | nmrp | 21.05 | |
| | American Intl Group split on 07-28-00 with a factor of 1.5 | | | | | | | | |
| sl | American Intl Group | 07-28-00 | 07-28-00 | 0.5000000 f | | caus | nmrp | 39.17 | |
| dv | American Intl Group | 09-15-00 | 09-15-00 | | | caus | nmrp | 23.35 | |
| dv | American Intl Group | 12-15-00 | 12-15-00 | | | caus | nmrp | 23.35 | |
| dv | American Intl Group | 03-16-01 | 03-16-01 | | | caus | nmrp | 23.35 | |
| dv | American Intl Group | 06-15-01 | 06-15-01 | | | caus | nmrp | 23.35 | |
| dv | American Intl Group | 09-14-01 | 09-14-01 | | | caus | nmrp | 26.50 | |
| dv | American Intl Group | 12-21-01 | 12-21-01 | | | caus | nmrp | 26.50 | |
| dv | American Intl Group | 03-15-02 | 03-15-02 | | | caus | nmrp | 26.50 | |
| dv | American Intl Group | 06-14-02 | 06-14-02 | | | caus | nmrp | 26.50 | |
| dv | American Intl Group | 09-20-02 | 09-20-02 | | | caus | nmrp | 29.66 | |
| dv | American Intl Group | 12-20-02 | 12-20-02 | | | caus | nmrp | 29.66 | |
| dv | American Intl Group | 03-21-03 | 03-21-03 | | | caus | nmrp | 29.66 | |
| dv | American Intl Group | 06-20-03 | 06-20-03 | | | caus | nmrp | 29.66 | |
| dv | American Intl Group | 09-19-03 | 09-19-03 | | | caus | nmrp | 41.02 | |
| dv | American Intl Group | 12-19-03 | 12-19-03 | | | caus | caqual | 41.02 | |
| lo | American Intl Group | 12-24-03 | 12-24-03 | 80.0000000 | | swus | client | 5,186.40 | |
| dv | American Intl Group | 03-19-04 | 03-19-04 | | | caus | caqual | 35.82 | |
| dv | American Intl Group | 06-18-04 | 06-18-04 | | | caus | caqual | 35.82 | |
| lo | American Intl Group | 06-30-04 | 06-30-04 | 98.0000000 | | swus | client | 6,985.44 | |
| sl | American Intl Group | 07-08-04 | 07-13-04 | 230.0000000 | | caus | nmrp | 16,125.67 | |
| dv | American Intl Group | 09-17-04 | 09-17-04 | | | caus | caqual | 16.73 | |
| sl | American Intl Group | 10-20-04 | 10-25-04 | 223.0000000 | | caus | nmrp | 12,663.99 | |

"*" - Transaction uses original cost date and original cost.

Received by
Dec. 26, 2008

PwC Exclusion
c/o Complete Claim Solutions
LLC P.O. Box 9417
Minneapolis, MN 55440-9417

Dear Sirs,

Writing to request two (2) exclusions from PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

#1 Augusta E Wocelka – Individual Paid $75.87 per share Purchased 500 shares on 4/8/04. which were not sold until 2008

#2 Robert Wocelka Trust Trust
Augusta E Wocelka TTEE
Augusta E Wocelka TTEE
Purchased 200 shares on 12/3/04. Paid $63.919 per share which were not sold until 2008

Sincerely
(Augusta E Wocelka TTEE)
Telephone number (daytime)
1-520-741-7521

6442 S. Lafayette St.
Centennial, CO 80121

December 30, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
% Complete Claim Solutions, LLC
P. O. Box 9417
Minneapolis, MN 55440-9417

Re:  Sara J. Adair
Claimant ID No. 18202595

The purpose of this letter is to **request exclusion** of my late wife, Sara J.
Adair, from the *PwC Settlement Class in In re AIG Securities Litigation, Master File
NO. 04-8141 (IES)*.  My wife passed away August 7, 2007.  Enclosed is a copy
of her death certificate and the document appointing me personal
representative of her estate.  I can be reached at 303-797-6207.

| Purchase date/price: | Sale dates/price: | # shares |
|---|---|---|
| 4/15/2002  $72.413 | | 25 |
| | 6/14/04  $72.99 | 10 |
| | 7/30/04   70.49 | 10 |
| | 9/30/04   67.86 | 5 |

Since the estimated average recovery per damaged share is approximately
$0.06—a total of $1.50, I see no need to be involved any further in this case.

Please contact me if you need additional information.

Harry W. Adair

CERTIFICATION OF VITAL RECORD

# STATE OF COLORADO
## COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
### HOLD TO LIGHT TO VIEW WATERMARK

REDACTED

STATE OF COLORADO
**CERTIFICATE OF DEATH**

STATE FILE NUMBER

| Field | Value |
|---|---|
| DECEDENT NAME (First, Middle, Last) | Sara J Adair |
| SEX | FE |
| DATE OF DEATH (Month, Day, Year) | August 7, 2007 |
| SOCIAL SECURITY | | |
| AGE | 66 |
| DATE OF BIRTH | Sept 28, 1940 |
| BIRTHPLACE (City and State or Foreign Country) | Carroll/Cty, IN |

PLACE OF DEATH
FACILITY NAME: Littleton Adventist Hospital
CITY, TOWN, OR LOCATION OF DEATH: Littleton
COUNTY OF DEATH: Arapahoe

DECEDENT'S USUAL OCCUPATION: Public Relations/Communications
KIND OF BUSINESS/INDUSTRY: Chamber of Commerce
MARITAL STATUS: Married
SPOUSE (if wife, give maiden name): Harry W. Adair

RESIDENCE STATE: Colorado
COUNTY: Arapahoe
CITY: Littleton
STREET AND NUMBER: 6442 S. Lafayette Street

ZIP CODE: 80121
RACE: White
DECEDENT'S EDUCATION: 17+

FATHER'S NAME: Myron Johnson
MOTHER'S NAME: Ellen Rahilly
INFORMANT'S NAME: Harry W. Adair, Spouse

METHOD OF DISPOSITION: Cremation
PLACE OF DISPOSITION: Pearl Street Crematory
LOCATION - City or Town, State: Denver, Colorado

NAME AND ADDRESS OF FACILITY: Monarch Society, Inc
1534 Pearl St., Denver, CO 80203

AUG 13 2007

3:40 P  August 07  2007  1540   NO.

TO BE COMPLETED ONLY BY CERTIFYING PHYSICIAN

DATE SIGNED (Month, Day, Year): August 9 2007

NAME, TITLE AND MAILING ADDRESS OF CERTIFIER: Jack D. Aikin, MD., 200 W. County Line Rd., Ste.310, CO 80129 Highlands Ranch

MANNER OF DEATH

CAUSE OF DEATH
IMMEDIATE CAUSE: Cardiac arrest
DUE TO (OR AS A CONSEQUENCE OF): R it ventricular infarction

AUTOPSY: YES
WAS CASE REFERRED TO CORONER: Yes

DATE ISSUED   AUG 13 2007

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record.
NOT VALID IF PHOTOCOPIED.

Ronald S. Hyman
RONALD B. HYMAN
STATE REGISTRAR

REV 07/06

0 0 3 5 3 1 5 3 1

| ☐ District Court, Arapahoe County, Colorado<br>Court Address:<br>7325 S. Potomac Street<br>Centennial, Colorado 80112 | |
|---|---|
| **IN THE MATTER OF THE ESTATE OF:**<br><br>Sara J. Adair<br><br>**Deceased** | ▲   **COURT USE ONLY**   ▲ |
| Attorney:<br>Linda D. Phillips<br>Dean, Dunn & Phillips LLC<br>4155 E. Jewell Ave., #703<br>Denver, CO 80222<br>Phone Number:303/756-6744   E-mail: linda@lawatddp.com<br>FAX Number:303/756-7231      Atty. Reg. #: 35406 | Case Number:  07PR873<br><br><br>Division      Courtroom |
| **INFORMATION OF APPOINTMENT** | |

**TO THE HEIRS AND DEVISEES WHO HAVE OR MAY HAVE AN INTEREST IN THIS ESTATE:** *

1. The decedent died on August 7, 2007.
2. The decedent left a will dated June 24, 1989.
3. Proceedings in this matter are informal
4. The personal representative (named below) was appointed on August 29, 2007.
5. No bond has been filed with this Court.
6. Administration of this estate is unsupervised.  The Court will consider ordering supervised administration if requested by an interested person. (Sections 15-12-501 et seq., C.R.S.)
7. The information is being sent to persons who have or may have some interest in the estate being administered.
8. Papers relating to this estate, including an inventory of estate assets, are on file with this Court or, if not, may be obtained by interested persons from the personal representative. (Section 15-12-706(2), C.R.S.)
9. Interested persons are entitled to receive an accounting.
10. The surviving spouse, children under twenty-one years of age, and dependent children may be entitled to exempt property and a family allowance if a request for payment is made in the matter and within the time limits prescribed by statutes. (Sections 15-11-401 et seq., C.R.S.)
11. The surviving spouse may have a right of election to take a portion of the augmented estate if a petition is filed within the time limits prescribed by statute. (Section 15-11-201 et seq., C.R.S.)
12. Interested persons have the responsibility to protect their own rights and interests within the time and in the manner provided by the Colorado Probate Code, including the appropriateness of claims paid, the compensation of personal representatives, attorneys and others, and the distribution of estate assets, since the Court will not review or adjudicate these or other matters unless specifically requested to do so by an interested person.

*Linda D. [signature]*
_____
Signature of Attorney for/or Personal Representative

Linda D. Phillips, Attorney


Harry W. Adair, Personal Representative
6442 S. Lafayette Street
Centennial, CO 80121
303/797-6207

**INSTRUCTIONS:** This information must be given within 30 days of appointment of the personal representative.  In the event a will exists but there has been no formal testacy proceeding and the personal representative was appointed on the assumption of intestacy, this information must also be given to the devisees named in any existing wills.  Also, complete a Certificate of Service.  A copy of this Information of Appointment and a copy of the Certificate of Service must be promptly filed with the Court. (Section 15-12-705, C.R.S. and Rule 8.4, C.R.P.P.)

CPC 42   R7/00   INFORMATION OF APPOINTMENT                                             Page 1 of 3

December 30, 2008

In re AIG Securities Litigation
PwC Exclusions
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417.

To whom it may concern:

We request exclusion from the PwC Settlement Class in In re AIG Securities Litigation,
Master File No. 04-8141 (JES):

Jason A. Kerr and Annemari G. Kerr
2343 N. Hazeltime Drive
Vernon Hills, IL 60061.

Our daytime telephone number is 847-687-0028.

Below is a list of the AIG stock transactions during the period from October 28, 1999
to April 1, 2005, inclusive.

| Date Shares Acquired | Price at purchase | # of shares acquired | # of shares sold | Price at sale | Date of sale |
|---|---|---|---|---|---|
| 4/1/2000 | $ 62.05 | 143 | 143 | $ 60.33 | 11/9/2004 |
| 4/6/2001 | $ 31.04 | 160 | | | |
| 4/3/2002 | $ 68.43 | 146 | Not sold during period | | |
| 4/3/2003 | $ 61.32 | 163 | Not sold during period | | |

Signed,

Jason A. Kerr

Annemari G. Kerr


Laverne E. Campbell
4281 Oakwood Dr.
Williamsville, NY 14221


Gloria Campbell
4281 Oakwood Dr
Williamsville NY 14221-7420

12/29/08

In re AIG Securities Litigation
PwC Exclusion
C/o Complete Claims Solutions, LLC
PO Box 9417
Minneapolis, MN 5540-9417

We - LaVerne E. Campbell & Gloria J. Campbell -
request exclusion from the PwC Settlement
Class in In re AIG Securities Litigation
Master File No. 04-8141(JES).
Our address - as JTTEN - is
4281 Oakwood Drive
Williamsville, NY. 14221

Daytime Phone# 716-633-6022
AIG 100 Shares  acquired  Sold
                6/17/02  10/14/04
                #6,514.  $5,920.

LaVerne E. Campbell

Gloria J. Campbell

FOR   : CUSIP323
RUN DATE: 11/19/2008

JPMORGAN PRIVATE BANK

PAGE:   997
TIME: 16:49:50

SECURITY TRANSACTION FREE RECEIVE

ACCOUNT     :   C83807005
SECURITY    :   ROGER SANET
                AMERICAN INTERNATIONAL GROUP INC

POST DATE   :   12/19/02

BROKER      :   20997000   UNKNOWN BROKER

CONTRACTS   :              4,734
PERF CODE   :   N

                                REDACTED

AMOUNT      :              0.00
COMMENTS    :   AMERICAN INTERNATIONAL GROUP INC
                STATE STREET BANK AND TRUST COMPANY

Received by 2#S
12/19/08

12/19/08 - Inre litigation, AIG Securities
Master File No. 04-8141 (DES

I do not wish to participate in this settlement of Rule Class
(Master) Ref # 04-8141 (DES)

Ronald Naung
254 E 68th St. apt. 29B
NY, NY 10065
212-472-2127

These shares were never sold under still held @ JPMorgan
in my accounts.   Ron Naung

December 19, 2997

To: AIG Securities Litigation-PwC Exculsions

From Mildred K. Sanders
    1639 Harbor Ave SW #402
    Seattle, WA 98126

Phone: 206-937-5555 (not available Jan. 15-May 16, 2009

Dear Sirs:

I request exclusion from the PwC Settlemen Calass in I re
AIG Securities Litigation, Master File No. 04-8141(JES)

325 shares purchased $58.60, 11/10/03.

100 shares sold $66.84, 3/01/07
225 shares sold $37.51, 5/21/08

Yours Truly

Mildred K. Sanders

December 29, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC,
PO Box 9417
Minneapolis, MN  55440-9417

Dear Sir or Madame,

I, Judith A. Walz, residing at 70 Roland Road, Murray Hill, NJ  07974, requests exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

On the following dates, I acquired shares AIG stock; 8/2/1999 – 56 shares, via a stock split and 7/28/2000 – 140 shares, also through a stock split.  These shares were acquired during the Class Period.  These same shares (196 shares) were sold 8/14/2002 at a price of $63.73/share.

My daytime telephone number is 908-464-8053 should you need to contact me.


Sincerely,

Judith a. Walz

Judith A. Walz