# EXHIBIT E

**AIG-FwC TIMELY INVALID EXCLUSION REQUESTS**

| LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | CITY | STATE | |
|---|---|---|---|---|
| EWT, LLC | | Beverly Hills | CA | |
| Cameron | Richard & E. Laura | Rocklin | CA | |
| Toohey | John | Red Bank | NY | |
| Roache | Corwith | Honolulu | HI | |
| Moe | Cheryl | | | |
| Sellstrom | Bonita | Apple Valley | MN | |
| Seman | James | Columbus | OH | |
| Potter | E. and J. | Cheshire | United Kingdom | |
| Hanson | Terence | Hines | MN | |
| Smith | Dorothy | Austin | TX | |
| Johnson | John | Nashville | TN | |
| Woo | Lillian | Bryan | TX | |
| Kopelson | Nancy | Lyndhurst | OH | |
| Meyer | Robert G. and Lorene | Arvada | CO | |
| Strickler | Janet and Thomas | Ellicott City | MD | |
| Benson | Susan | Lyndhurst | NJ | |
| Stinnett | McLeod | Dallas | TX | |
| Bates | Emily | Nashville | TN | |
| Benazzi | Gilbert | Flushing | NY | |
| Rogovin | Carol | Middletown | NY | |
| Fosselman | Jon and Kathleen | Boynton Beach | FL | |
| Rea | Darlene | Sun City | AZ | |
| Kilborn | Margaret | Midland | TX | |
| Cherner | Jay | Edina | MN | (2 accts) |
| Salmon | Glent and Barbara | Reno | NV | |
| Carroll | William | Laguna Niguel | CA | |
| Cavallo | Johanna | Livonia | MI | |
| Sakamoto | Arleen | Oakland | CA | |
| Melton | Neta Sue | Phoenix | AZ | |
| Cruchon | Gwendolyn | The Hills | TX | |
| Brindisi | Louis | Utica | NY | |
| Theising | Werner and Gerrit | Munster | Germany | |
| Fernung | Lester | Elwood | IN | |
| Chadwick | Phillip | Phoenix | AZ | |
| Silber | Joshua | Odessa | FL | |
| Cedar Hill Capital Partners | | New York | NY | (2 accts) |
| Young | James and Mary | Palmetto | FL | |
| Kahant | Dellene | Lake Worth | FL | |
| Arnold | Robert | Dubois | WY | |
| Stenseth | Craig and Angela | Renton | WA | |



October 22, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

**Re:    In re AIG Securities Litigation Class Exclusion**

Dear Claims Administrator:

      EWT, LLC, located at 9242 Beverly Blvd., Suite 300, Beverly Hills, CA  90210, requests exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).  Unfortunately, I am unable to include a list of all purchases and sales of AIG securities during the Class Period.

      Please fax or send me a confirmation that you have received this request to be excluded from the class.

                    Thank You,

                    Shirley Scheker
                    Corporate Counsel
                    EWT, LLC
                    sscheker@ewtllc.com

9242 Beverly Blvd., Suite 300, Beverly Hills, CA 90210  TEL: 310.651.9740  FAX: 310.651.9759



EWT
LLC

165 6630 $ 00.420 PB862360 2
3673                OCT 22 08
UNITED STATES   BEVERLY HILLS, CA   90210

AIG SECURITIES LITIGATION - PWC EXCLUSIONS
c/o COMPLETE CLAIM SOLUTIONS, LLC
P.O. Box 9417
MINNEAPOLIS, MN  55440-9417

55440+9417

In re AIG  Securities Litigation-PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 5540-9417

We seem to be identified as "Claimant ID No.-2493497-088",
CAMERON LIVING TRUST
U/A DTD 4/1/80.  RICHARD & E LAURA CAMERON TTEE
MGD BY MADISON
4446 GREEN MOUNTAIN COURT
ROCKLIN, CA 95677

Daytime telephone number: 1(916) 630-5593

We request exclusion from the PwC Settlement Class in In re AIG Securities Litigation,
Master File NO. 04-8141 (JES).

We do not even know when we were supposed to have had anything to do with AIG, etc.
so therefore cannot provide information regarding ownership.

Very truly yours,

_Richard D Cameron_     _11-19-08_

Richard D. Cameron, ttee                    dated

_E Laura Cameron_     _11-19-08_

--

E. Laura Cameron, ttee                          dated

82 Boxwood Ter.
Red Bank, NJ 07701
Nov. 22, 2008

In re AIG Securities Litigation
PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Gentlemen:

On my behalf I'm "requests exclusion from The PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES) inasmuch as I made no purchases of any kind of AIG Securities during The Class Period. This applies as well To my wife.

I will appreciate your acknowledgement of my advices.

Very Truly yours,

John T. Pooner

732-212-9455

November 26, 2008

AIG Securities Litigation – PwC Exclusions
c/o Complete Claim Solutions, LLC
P. O. Box 9447
Minneapolis, MN 55440-9447

I do not wish to participate in the Settlement
and request an exclusion from the Settlement Class.

Corwith J. Roache

Claimant ID No. 07503115
CORWITH J. ROACHE
Semi-Rev. Liv.Tr.
CORWITH J. ROACHE TTEE UA dtd 8/1/91
4389 Malia Street 236
Honolulu, HI 96821

6604 - 134th Court
Apple Valley, MN  55124
November 24, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

To Whom It May Concern:

Due to our mother's death on February 20, 2008, we were notified of a proposed settlement in the
AIG matter.  She was involved with a financial MISadvisor and we have no idea what stock she held
or when she held it.  All we know is that a good share of her money is gone.  Therefore we,

    023995
    CLAIMANT ID No.-2507156
    LUVERNE M SELLSTROM
    TOD CHERYL S MOE &
    BONITA M SELLSTROM
    SUB TO STA RULES
    6604 134TH CT
    ST PAUL MN 55124

request exclusion from the PwC Settlement Class in re AIG Securities Litigation, Master File No.
04-8141 (JES).

Date(s), price(s), and number(s) of share of all purchases and sales of AIG Securities during the
Class Period is unknown and not available.

Thank you.

           Cheryl S. Moe                    Bonita M. Sellstrom
           952-431-5226                    303-477-3635
           612-269-6065                    393-908-3405

Enc:  copy of obituary of Luverne Sellstrom



**A8** Tuesday, February 26, 2008   **Records**   West Central Tribune — Willmar, Minn.

## Laverne M. Sellstrom

### Dec. 7, 1918 - Feb. 20, 2008

BLOOMINGTON — Laverne Muriel Sellstrom, 89, of Bloomington died Wednesday.

A service will be held in early April at Bethel Lutheran Church in Willmar.

She was born Dec. 7, 1918, in Stillwater to Oscar and Alma (Videen) Johnson. She graduated from Stillwater High School and Gustavus Adolphus College in St. Peter. She was a teacher in Greenbush, Lind, Birch-Sauk-City and Lamberton.

She married the Rev. C. Father Sellstrom in 1944. They lived in Shenandoah, Iowa. In 1960, they moved to Odebolt, Iowa, where they stayed for 22 years. She assisted her husband with his ministry. She also was a church organist, and the last 10 years she taught English in the Odebolt-Arthur middle school. In 1982, they retired and moved to Green Lake. In 1994, they moved and she moved into Willmar. In 2007, she moved to Martin Luther Manor in Bloomington.

She was a member of Bethel Lutheran Church in Willmar, where she volunteered in the church office, sang in the choir, played in the handbell choir, directed the youth handbell choir, was a Martins' organist and taught classes and quilted.

She is survived by daughters, Cheryl (and Larry) Moe of Apple Valley, Jeanne (and Dan Sanderson) Sellstrom of Minneapolis; two grandchildren; and a sister, Lois Joy Whitley of Los Altos, Calif.

She was preceded in death by her husband and a brother.

*November 25, 2008*

James E. Seman, Trustee
251 Fairlawn Drive
Columbus, OH 43214-2712

In re AIG Securities Litigation-PwC EXCLUSIONS
c/o Complete Claims Solutions, LLC.
P. O. Box 9417
Minneapolis, MN 55440-9417

CLAIMANT ID No. 07534171
Anna M. Weber DECD R/O IRA
FCC AS CUSTODIAN

To Whom It May Concern

As you probably know, Anna M. Weber is deceased, and her estate is being handled by the above
Trustee.  After talking to her investment counselor, we have decided to exclude her from this
Class Suite.

Sincerely,

*James E. Seman, Trustee*

James E. Seman, Trustee
of Anna M. Weber's Trust

006717.
Claiment I.D.No: -0
07032936
E.Potter & J.Potter JT Ten,
Stepping Stones,
3 Fountains Close,
Middlewich,Cheshire,
United Kingdom.

*Nov 27ᵗʰ 2008.*

Dear Sirs,

        In regard to the above matter, both my wife and
myself, request exclusion from the PwC Settlement Class in,
In re AIG Securities Litigation, Master File No.04-8141(JES).

        As pensioners, our Daytime Telephone number is our
home number, namely,-44-01-606-837833.

        All our papers and records refering to this matter
were distroyed last April, as our statute of limitation, Runs out
For this Period. I have no means of supplying you with the information
You Request.

        I'm Sorry But my Typewriter has Packed up on me,
and my wife and I go on Holiday Tomorrow Returning, Saturday Evening
December 13ʳᵈ.

        My wife and I wish To Confirm our Desire To Be Excluded
From The Above Class Action.

        Signed — *Edward G. Potter.* -- Edward George Potter.


        Signed — *Jane Potter* --- Mrs Jane Potter.

BY AIR MAIL
*par avion*

Great
Britain
Postage
Paid

DEC 01 2008

Aerogramme

In re AIG Securities Litigation,

PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC,

P.O.Box 9417,

Minneapolis,  MN 55440-9417,

U.S.A.

554409417 B060

M02/98

Name and address of sender

Edward George Potter Esq:,

3 Fountains Close, MIDLEWICH,

CHESHIRE  CW10  9GY, England, G.B.

Postcode

An aerogramme should not contain any enclosure

To open slit here                                To open slit here

12-01-08

**AIG Securities Litigation**
**PwC Exclusions**
**C/o Complete Claim Solutions, LLC**
**P.O. Box 9417**
**Minneapolis, MN 55440-9417**

Counsel for Lead Plaintiff

I wish to be excluded from the PwC Settlement Class in In re AIG SecuritiesLitigation, Master File No. 04-8141 (JES).

Terence L Hanson

17480 Grassy Island LN NE
Hines, MN 56647 4757

November 30, 2008

Request for exclusion from the Settlement Class

I, Dorothy Elizabeth Wilber Smith, address 9204 Linkmeadow Drive, Austin, TX 78748 request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

Since I work, I will give you only my home phone number which is 512/ 291-1893 – my employer would not appreciate this type of interruption (nor would I). You have all the dates, prices and numbers of shares of all purchases and sales of AIG Securities during the Class Period so I do not need to furnish this either.

This is costing any shareholders for a lawsuit to be brought against AIG and should be illegal – absolutely not the way I intended my investment to be spent

Regards,

Dorothy Elizabeth Wilber Smith
9204 Linkmeadow Drive
Austin, TX 78748
512/ 291-1893

Scanned Claim Page 1 of 6

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**          002193

*In re AIG Securities Litigation - PwC Settlement*          POC          AIG-PWC
**No. 04-cv-8141**
**PROOF OF CLAIM FORM**

Must be Postmarked No Later
Than:  January 28, 2009

**PART I: CLAIMANT IDENTIFICATION** - Complete either Section A or B - Please type or Print.

A.  Complete this Section ONLY if the Beneficial Owner is an individual, joint, or IRA account, proceed to C; otherwise proceed to B.

| Last Name (Beneficial Owner) | First Name (Beneficial Owner) |
|---|---|
| JoHNson | JoHN E. |

| Last Name (Joint Beneficial Owner, if applicable) | First Name (Joint Beneficial Owner) |
|---|---|
| N/A | N/A |

Name of IRA Custodian, if applicable
N/A

If this account is an IRA, and if you would like any check that you MAY be eligible to receive made payable to the IRA account,
please include "IRA" in the "Last Name" box above (e.g. Jones IRA).

B.  Complete this Section ONLY if the Beneficial Owner is an Entity; i.e., corporation, trust, estate, etc. and proceed to C.

Entity Name

Name of Representative, if applicable (Executor, administrator, trustee, c/o, etc.)

C.  Account/Mailing Information:

Specify one of the following:

✓ Individual(s)          Corporation          UGMA Custodian          IRA          Partnership          Estate          Trust

Other:

Number and Street or P.O. Box    6213  CALIFORNIA AVENUE

| City | State | Zip Code |
|---|---|---|
| NASHVILLE | PENN | 37269 |

| Foreign Province and Postal Code | Foreign Country |
|---|---|
| N/A | N/A |

| Telephone Number (Daytime) | Telephone Number (Evening) |
|---|---|
| 615-474-6885 | N/A |

| Facsimile Number | E-Mail Address |
|---|---|
| N/A | N/A |

Enter Taxpayer Identification Number below for the Beneficial Owner(s).
Social Security No. (for individuals)          or   Taxpayer Identification No.

REDACTED                                             N/A





**PART II:  SCHEDULE OF TRANSACTIONS IN AIG COMMON STOCK**

A.  **Number of shares of AIG common stock held** at the beginning of trading on **Oct. 28, 1999**
*(If none, write "zero" or "0", if other than zero, must be documented):*

*Appx 400*

Number of Shares

B.  **Purchases or other acquisitions** (including through exchange of HSB stock or AGC stock) of AIG common stock on or after **Oct. 28, 1999** through and including **April 1, 2005** (in chronological order):

| Trade Dates of Purchase (list chronologically) Month/Day/Year | Number of Shares Purchased | Purchase Price Per Share | Total Amount Paid (excluding commissions, taxes & fees) |
|---|---|---|---|
| American General | Swap - 400 Shares | 400 | Appx |

C.  Total number of shares of common stock purchased from April 2, 2005 to June 29, 2005, long or short *(if none, write "zero" or "0", if other than zero, must be documented):*

*Appx 400*

Number of Shares

D.  **Sales** on or after **Oct. 28, 1999** through and including **June 29, 2005** of AIG common stock (in chronological order):   *N/A*

| Trade Dates of Purchase (list chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Amount Received (excluding commissions, taxes & fees) |
|---|---|---|---|
| | | | |

E.  **Number of shares of AIG common stock held** at close of trading on **June 29, 2005**
*(If none, write "zero" or "0", if other than zero, must be documented):*

*Appx 400*

Number of Shares

**PART IV:** **SCHEDULE OF TRANSACTIONS IN AIG OPTION SECURITIES AIG CALL OPTIONS**

A.   BEGINNING POSITION: At the close of business on **Oct. 27, 1999**, I owned the following call options on AIG common stock (in chronological order):

N/A

| No. of Contracts | Ticker | Expiration Month & Year | Strike Price |
|---|---|---|---|
| | | | |

B.   PURCHASES: I made the following purchases of call options on AIG common stock on or after **Oct. 28, 1999** through and including **April 1, 2005** (in chronological order):

N/A

| Trade Dates of Purchase (list chronologically) Month/Day/Year | No. of Contracts | Ticker | Expiration Month & Year | Strike Price | Purchase Price Per Contract | Amount Paid | Insert an "E" If Exercised, an "X" If Expired or "S" for Sold | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

C.   SALES: I made the following sales of the above call options on AIG common stock which call options were purchased before April 1, 2005 **(include all such sales no matter when they occurred)** (in chronological order):

N/A

| Trade Dates of Sale (list chronologically) Month/Day/Year | No. of Contracts | Ticker | Expiration Month & Year | Strike Price | Sale Price Per Contract | Amount Received |
|---|---|---|---|---|---|---|
| | | | | | | |




**PART III:  SCHEDULE OF TRANSACTIONS IN AIG DEBT SECURITIES POSITIONS**

A.   Beginning and Ending Positions:  Please provide separately for each particular AIG bond/note the principal amounts thereof held at the close of business on **Oct. 27, 1999**, at the close of business on **April 1, 2005**, and at the close of business on **June 29, 2005**:

| Cusip (see Table 4) | Coupon Rate | Maturity Date | Principal amount of this particular bond/note held as of the close of business on Oct. 27, 1999 | Principal amount of this particular bond/note held as of the close of business on April 1, 2005 | Principal amount of this particular bond/note held as of the close of business on June 29, 2005 |
|---|---|---|---|---|---|
| | | | | | |

**PURCHASES AND SALES**

B.   Purchases/Acquisitions on or after Oct. 28, 1999 through and including April 1, 2005 of all AIG Bonds/Notes (in chronological order):

| Cusip (see Table 4) | Coupon Rate | Maturity Date | Trade Dates of Purchase (list chronologically) Month/ Day/ Year | Principal Amount | Purchase Price per $1000 of Principal Amount | Aggregate Cost |
|---|---|---|---|---|---|---|
| | | | | | | |

C.   Total number of Bonds/Notes purchased from April 2, 2005 through June 29, 2005:

| Cusip (see Table 4) | Coupon Rate | Maturity Date | Total Principal Amount of this particular bond/note purchased from April 2, 2005 through June 29, 2005 |
|---|---|---|---|
| | | | |

D.   Sales on or after Oct. 28, 1999 through and including June 29, 2005 of all AIG Bonds/Notes (in chronological order):

| Cusip (see Table 4) | Coupon Rate | Maturity Date | Trade Dates of Sale (list chronologically) Month/ Day/ Year | Principal Amount | Sale Price per $1000 of Principal Amount | Aggregate Received |
|---|---|---|---|---|---|---|
| | | | | | | |

*If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.*

**AIG PUT OPTIONS**   *N/A*

D.   BEGINNING POSITION:  At the close of business on **Oct. 27, 1999**, I was obligated on the following put options on AIG common stock (in chronological order):

| No. of Contracts | Ticker | Expiration Month & Year | Strike Price |
|---|---|---|---|
| | | | |

E.   SALES (WRITING) OF PUT OPTIONS:  I wrote (sold) put options on AIG common stock on or after **Oct. 28, 1999** through and including **April 1, 2005** (in chronological order):   *N/A*

| Trade Date of Writing (Sale) (Month/Day/Year) | No. of Contracts | Ticker | Expiration Month & Year | Strike Price | Sale Price Per Contract | Amount Received (excluding commisisions taxes & fees) | Insert an "E" if Exercised or an "X" if Expired | Assign Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

F.   COVERING TRANSACTIONS (REPURCHASES):  I made the following repurchases of the above put options on AIG common stock that I wrote (sold) before April 1, 2005 **(include all repurchases no matter when they occurred)** (in chronological order):   *N/A*

| Trade Date of Purchase (List Chronologically) (Month/Day/Year) | No. of Contracts | Ticker | Expiration Month & Year | Strike Price | Price Paid Per Contract | Aggregate Cost (excluding commisisions taxes & fees) |
|---|---|---|---|---|---|---|
| | | | | | | |

**YOU ARE NOT FINISHED, PLEASE READ THE RELEASE AND SIGN ON PAGE 6 BELOW.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

 

## PART V: SUBMISSION TO THE JURISDICTION OF THE COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim under the terms of the Agreement of Compromise and Settlement ("Agreement") described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a member of the Settlement Class and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I (we) will be bound by and subject to the terms of any Order and Final Judgment that may be entered in the Action. I (We) agree to furnish additional information to the Administrator to support this claim if requested to do so. I (We) have not submitted any other claim covering the same purchases, acquisitions, sales or holdings of AIG Securities during the Class Period and know of no other Person having done so on my (our) behalf.

## PART VI: RELEASE

1. I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever settle, release and discharge from the Released Claims each and all of the Released Persons as those terms and terms related thereto are defined in the accompanying Notice.

2. This release shall be of no force or effect unless and until the Court approves the Agreement and the Effective Date (as defined in the Agreement) has occurred.

3. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4. I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions, and sales and other transactions in AIG Securities which occurred during the Class Period and the number of shares of AIG Securities held by me (us) at the beginning of trading on October 28, 1999, and at the close of trading on June 29, 2005.

5. I (We) hereby warrant and represent that I (we) am (are) not excluded from the Settlement Class as defined herein and in the Notice.

## PART VII: CERTIFICATION

UNDER THE PENALTY OF PERJURY, I (WE) CERTIFY THAT:

1. The number shown on this form is my correct TIN; and

2. I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(C) of the Internal Revenue Code because: (a) I am (we are) exempt from backup withholding; or (b) I (we) have not been notified by the Internal Revenue Service that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the Internal Revenue Service has notified me (us) that I am (we are) no longer subject to backup withholding.

   NOTE:  If you have been notified by the Internal Revenue Service that you are subject to backup withholding, you must cross out Item 2 above.  The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this __28__ day of __November__, in __Nash__ , __Tenn__ .
                    (Month / Year)                        (City)              (State / Country)


Signature of Claimant                    JoHn E JoHnson
                                         (Print your name here)
                    I wish To Be Excluded From This Settlement.
                                                            J.J.

Signature of Joint Claimant, if any      (Print your name here)


Signature of person signing on behalf of Claimant      (Print your name here)


(Capacity of person(s) signing, e.g., Beneficial Purchaser, Executor or Administrator)




Lillian C. Woo
1504 East 31 St.
Bryan, TX 77802

December 4, 2008

AIG SEC Litigation PWC Exclusions
c/o Complete Claims Solutions, LLC
Box 9417
Minneapolis, MN 55440-9417

RE: Master File #04
Civ 8141 (JES) (AJP)

With this letter I request exclusion from the settlement class of the above
litigation.

I own 421 shares of AIG.

Yours,

*Lillian Woo*

Dec. 1, 2008

To Whom It May Concern:

I am writing to you on behalf of Anne B. Melvin, 1173 Blanchester Rd., Lyndhurst, Ohio 44124, who is deceased. As P.O.A. I am requesting Exclusion from the PWC Settlement Class in In re AIG Securities Litigation, Master File No 04-8141 (JES). My daytime telephone number is 440-461-6007. To my knowledge, she did not purchase or sell any AIG Securities during the Class Period from October 28, 1999 through April 1, 2005. She died on Feb. 9, 2006 and her Estate was settled shortly thereafter. Any sale of AIG Securities was done at that time.

Thank you,
Nancy J. Kopelson
Power-of-Attorney for
Anne B. Melvin
Claimant ID No 04059418

December 8, 2008

AIG Securities Litigation-PwC EXCLUSIONS
c/o Complete Claim Solutions,LLC P.O. Box 9417
Minneapolis, MN. 55440-9417

Robert G. Meyer and Lorene M. Meyer request
exclusion from the PwC Settlement Class in re AIG
Securities Litigaton, Master File N. 04-8141 (JES)*
Daytime Phone No, 303-421-6796 .

I Robert G. Meyer inherited the shares from my
mother Milda C. Roggensack who died October 26, 1999.
I and my mother were CO-owners of the shares. Just
talked to Greg Weis at Heartland Investment Associates
and he told me that I did not need to be part of the
Proposed Settlement Motion. That would also include
my wife Lorene M. Meyer since we became owners on
October 26, 1999.

Sincerely

Robert G. Meyer
7079 Otis Ct.
Arvada, Co. 80003

Lorene M. Meyer
7079 Otis Ct. Arvada,CO.
80003

## IMPORTANT COURT DOCUMENTS

**PRESORTED

```
* 0 4 0 5 9 9 1 6 - 0 7 9 *
```

DM112
*************AUTO**ALL FOR AADC 008
CLAIMANT ID No.- 04059916
ROBERT G MEYER &
LORENE M MEYER JT TEN
7079 OTIS CT
ARVADA CO 80003-3603

12/8/2008

AIG Securities Litigation - PwC EXCLUSIONS
c/o Complete Claims Solutions, LLC,
P.O. Box 9417
Minneapolis, Minn 55440 - 9417

DEC 12

Dear Sir :

My wife (Janet G. Strickler) and I (Thomas E. Strickler) request exclusion from the Settlement Class in regards to AIG Securities Litigation - PwC EXCLUSIONS.

Sincerely
Janet G. Strickler

Thomas E. Strickler
9917 James Ave.,
Ellicott City Md. 21043

December 9, 2008

AIG Securities Litigation – PWC Exclusions

C/O Complete Claim Solutions LLC

POB 9417, Minneapolis, MN 55440-9417

Re: Master File #: 04-8141 (JES)

My name is Susan H. Benson of 50 Lafayette Place, Lyndhurst, NJ 07071, (201) 507-5851. I am writing in reply to the recent AIG Securities Litigation Settlement Class Papers received from US District Court of Southern District of NY.

At this time, December 9, 2008, I would like to *EXCLUDE myself* from any settlement class action suit.

I cannot find the stock papers that I rolled over to Chase in April 2002 . Also, I cannot find my tax papers for that year – and that's not a good thing.

But, I did find some information from one document that might be of assistance to your litigation. Number of shares – not known. I cashed in my stock and rolled it over via Chase to TransAmerica on April 29,2002 in the amount of $7,334.26. The actual purchase of annuity with TransAmerica was completed on 5/13/01 in the amount of $7,338.73.

I was employed with National Union Fire (AIG) of 160 Water Street from June 1999 – through January 2002. I was paid with severance until March 2002.

Recently, I was diagnosed with Breast Cancer and will be operated on this Friday, 12/12, and a little stressed out with this health issue. I cannot go through the stress of getting more of the information you will need, as I will be undergoing Radiation Treatments by end of December. I wanted to get this letter/information reply to you before the due date of 12/30/08 and before I undergo my treatments.

Again, sorry I could not be of more help to you.

*Susan Benson*

*attachments (5)*



**TRANSAMERICA LIFE INSURANCE COMPANY OF NEW YORK**

<u>**Mailing Address:**</u>
**Annuity Service Center**
**P.O. Box 3183**
**Cedar Rapids, IA 52406-3183**

**QUESTIONS?** Call us at 1-877-717-8861.

SUSAN H BENSON
50 LAFAYETTE PL
LYNDHURST,NJ 07071

CHASE INSURANCE AGENCY INC
55 WATERS STREET
NEW YORK, NY 10017-2591

Dealer:  2018_  A49955

Product Name: Select Value Plus - 1 Year
Plan Type: IRA                          REDACTED          Registered Representative:
Social Security or Tax ID Number:                         JOSEPH V RICOTTA
Annuitant:   SUSAN H BENSON
Contract Issue Date: November 12, 2001

| Confirmation as of: May 20, 2002 | Contract Number: 26022403 |
| --- | --- |

| Date | Account Transactions | Transaction Total | Interest Rate | First Year Additional Interest Rate★★ |
| --- | --- | --- | --- | --- |
| 05/13/02 | Purchase Payment | 7,338.73 | 4.55% | 1.00% |

**★★ First Year Additional Interest Info:** The First Year Additional Interest rate is credited to each premium received for the first twelve months from its date receipt.



# Retirement Confirmation Notice

SUSAN H BENSON
50 LAFAYETTE PLACE
LYNDHURST NJ  07071-1137

Retirement ID: _____ ___
Social Security Number: _____ __ ____

**REDACTED**

Dear Retirement Customer:

The information listed below represents the details of the transaction(s) you requested in your Traditional IRA Plan.

If you requested a distribution by check, look for the payment to be sent in a separate mailing.

| | Retirement MMA | | Account Number: 217808491819 |
|---|---|---|---|
| **Transaction Details** | *Date* | *Description* | *Amount* |
| | 4/29/2002 | Rollover In | $ 7,334.26 |

If you have any questions, please do not hesitate to contact us at 1-800-423-0611.
Sincerely,

Chase Retirement Services

For information call:
**Vanguard Participant Services**
In the USA (800) 523-1188
Overseas Collect (610) 669-1000
Or via the internet at: *www.Vanguard.com*

**SUSAN H. BENSON**

## MESSAGE TO ALL PARTICIPANTS (CONT'D.)

Jargon-free financial guidance . . . secure access to account balances . . . and updated investing news.

It's never been easier to take control of your financial future. Sign up today for secure access to Vanguard.com. Go to www.takecontrol-vanguard.com to register right away, or take a quick tour. Make Vanguard.com your retirement planning headquarters.

## VALUE SUMMARY

|  | Opening balance | Closing balance |
|---|---|---|
| AIG Investment Contract | $ 7,462.32 | $ 0.00 |
| **Total** | **$ 7,462.32** | **$ 0.00** |

**AIG Investment Contract**

| Opening balance | $ 7,462.32 |
|---|---|
| Dividends/capital gains | 12.58 |
| Withdrawals | - 7,334.28 |
| Other transactions | - 140.62 |
| Closing balance | $ 0.00 |
| Closing share price | $ 1.0000 |

## PERFORMANCE SUMMARY AS OF 06/30/2002

| | Date fund started | 3 months | Year-to-date | 1 year | 5 years | 10 years |
|---|---|---|---|---|---|---|
| **Short-Term Investments** | | | | | | |
| Vanguard Prime Money Market Fund | 06/04/1975 | 0.45% | 0.90% | 2.45% | 4.90% | 4.70% |
| AIG Investment Contract | 10/19/1989 | 1.40 | 2.83 | 6.01 | 6.33 | 6.69 |
| *Average Money Market Fund* | | 0.27 | 0.56 | 1.76 | 4.30 | 4.18 |
| **Bonds** | | | | | | |
| Vanguard Total Bond Market Index Fund Investor Shares | 12/11/1986 | 2.80 | 2.87 | 7.19 | 7.82 | 7.16 |
| *Lehman Aggregate Bond Index* | | 3.70 | 3.79 | 8.63 | 7.56 | 7.35 |
| **Balanced (Stocks and Bonds)** | | | | | | |
| Vanguard Wellington Fund Investor Shares | 07/01/1929 | -4.55 | -1.43 | -0.55 | 7.72 | 11.56 |

1602                    19034    K

THE **Vanguard** GROUP.

0049871





For information call
**Vanguard Participant Services**
In the USA (800) 523-1188
Overseas Collect (610) 669-1000
Or via the internet at: *www.vanguard.com*

**AMERICAN INTERNATIONAL GROUP,**
**INC. INCENTIVE SAVINGS PLAN**

| | |
|---|---|
| Plan No.: | 091249 |
| Balance | $ 0.00 |

SUSAN H. BENSON
50 LAFAYETTE PL
LYNDHURST NJ 07071-1137

## PLAN SUMMARY

| | | This quarter | Year-to-date |
|---|---|---|---|
| | Opening balance | $ 7,462.32 | $ 6,804.60 |
| Contributions | EMPLOYEE PRE TAX BASIC | $ 0.00 | $ 417.23 |
| | COMPANY MATCH | 0.00 | 139.06 |
| Earnings | Dividends/capital gains | $ 12.56 | $ 113.99 |
| Withdrawals | Withdrawals | -$ 7,334.26 | -$ 7,334.26 |
| Other transactions | Transfers/rollovers in | $ 0.00 | $ 1,085.84 |
| | Transfers/rollovers out | 0.00 | -1,085.84 |
| | Forfeitures | -140.62 | -140.62 |
| | Closing balance | $ 0.00 | $ 0.00 |

## MESSAGE TO ALL PARTICIPANTS

**On Track for Retirement?**

Research suggests most Americans aren't. But it's easy to find out if you're on track on Vanguard.com. Just complete our online worksheet "How Much Should I Save For Retirement?" In seconds you'll have your future in sight.

Of course you might learn that you need to save more. Don't worry. Even the small changes you make today can have a huge impact tomorrow. Want proof? Check out our "Saving More Can Make a Big Difference" calculator.

These calculators and many others can be found under the Planning & Advice tab on Vanguard.com. But there's much more available than just online tools. There's also

THE **Vanguard** GROUP.

0049872

1602                1963A



**McLeod Stinnett**
**7831 Park Lane  Apt. 354-C**
**Dallas, Texas 75225-2000**

Fri Dec 12, 2008

Gentleman :
Please use this notice to
Exclude me from the AIG In Securities Lit.

McLeod Stinnett

Dec. 14, 2008

In re AIG Securities Litigation
PWC Exclusions
c/o Complete Claim Solutions LLC
P.O. Box 9417
Minneapolis, Mn 55440-9417

RECEIVED
DEC 18 2008
By_____

In re: Emily N. Bates
Residence: 135 Kenner Ave.
Nashville Tn. 37205-2207

Telephone: 615-292-4631

This is to advise that I, Emily N.
Bates, at no time during the period of
October 28, 1999 through April, 2004 purchased
or otherwise acquired, or sold, securities issued by
American International Group, Inc.
Therefore I request to be excluded
from the PWC Settlement Case in the
In re AIG Securities Litigation, Master File
No. 04-8141 (JES).
Sincerely,
(Ms.) Emily N. Bates

December 12, 2008

AIG Securities Litigation
PwC EXCLUSIONS
B/oComplete Claim Solutions, LLC
P. O. Box 9417
Minneapolis MN 55440-9417

To Whom it May Concern:

Regarding the American International Group Inc.
Securities Litigation, I ask to be excluded from
the settlement class action.

Thanking you, I am

 Sincerely yours,


Gilbert Benazzi


 Claiment ID No. 18349559
 Gilbert Benazzi
 CGM IRA Rollover Custodian
 33-05  163 Street
 Flushing, N. Y. 11358

Carol F. Rogovin
15 Cobb Lane, #E
Middletown NY 10940
845-342-9367

15 December 2008



In re AIG Securities Litigation—PwC Exclusions
%Complete Claim Solutions, LLC
PO Box 9417
Minneapolis MN 55440-9417

RE: Master File: No. 04-8141 (JES)

To Whom It May Concern:

I request exclusion from the PwC Settlement Class in: In re AIG Securities Litigation, Master File
No 04-8141(JES).

I purchased AIG stock over a period of time as an employee. I have since sold the stock. I no
longer have any records of share numbers or the number of shares.

Sincerely,

Carol F. Rogovin

December 19, 2008

In re AIG Securities Litigation-PwC Settlement
c/o Complete Claim Solutions, LLC
Administrator
P.O. Box 9417
Minneapolis, MN 55440-9417

This is to notify you that Jon R. Fosselman and Kathleen G. Fosselman of 4742 South
Lake Drive, Boynton Beach, FL 33436, requests exclusion from the PwC Settlement
Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).
Daytime phone number is 561-596-0424.  The date(s), price)s) and number(s) of shares
of all purchases and sales of AIG Securities during the Class Period is unknown as it was
done by a broker at Wakovia Bank in West Palm Beach.


Jon R. Fosselman                               Kathleen G. Fosselman

December 19, 2008

AIG Securities Litigation
PWC Exclusions
c/o Complete Claim Solutions LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Dear Sir:

I, Darlene A. Rea  o following address —
10002 W Sandstone Dr.
Sun City, AZ 8535-1953, phone: 623-815-8162...

do hereby request exclusion from the
PWC settlement Class in In re
AIG Securities Litigation
Master File No. 04-8141 (JES)

No dates, prices, number of shares
of all purchases of sales of AIG securities
available.

Thank you.

Sincerely,
Darlene A. Rea

Dec 18, 2008

In Re - AIC Securities Litigation

I request exclusion from PwC Settlement Class into - AIG Securities Litigation - Master file u. 04 - 8141 (JES)   I do not know any specific information about these shares. They were an investment through a brokerage firm that was likely within an IRA account -

Thank You
Margaret Kilborn
2912 McDonald
Midland, tx 79707
Hm  432- 694- 8149



# ChiroMed Clinic

**Jay Y. Cherner, D.C., C.C.S.P.**
*Certified Chiropractic Sports Physician*

**Raisa Gringauz, M.D.**
*Diplomate American Board of*
*Physical Medicine and Rehabilitation*

*Member American Association of*
*Electrodiagnostic Medicine*

December 20, 2008

In re AIG Securities Litigation – PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

RE:    Claimant ID:  16179141
       Jay Y. Cherner
       VOYAGER
       5829 Dewy Hill Rd., Edina, MN 55439

Dear Sir or Madam:

I hereby request to be excluded from the PwC Settlement Class in re AIG Securities
Litigation, Master File No. 04-8141 (JES).  Please collect all data regarding the dates I
purchased or sold shares of AIG Securities common stock from John Conlin, RBC
Wealth Management, 520 West Hwy 96, Suite 100, Shoreview, MN 55126, tel 651-766-
4953; fax 651-766-4925; email

Thank you,

Jay Y. Cherner

□ 5355 PENN AVENUE SOUTH
  MINNEAPOLIS, MN 55419
  PHONE: 612-922-4649   FAX: 612-922-8954

□ 1603 UNIVERSITY AVENUE WEST
  ST. PAUL, MN 55104
  PHONE: 651-641-1110   FAX: 651-641-1420

December 17, 2008

AIG Securities Litigation
PwC Exclusions, c/o complete claims solutions
P.O. Box 9417
Minneapolis, MN  55440-9417

Dear Sir:

This letter is in reference to claim out no. 20189808 registered to
Glent Ross Salmon and Barbara Clark Salmon, TTEES.

My wife and I wish to be excluded from the PwC settlement class in
reference to AIG Securities Litigation.

Unfortunately, I can't provide the information you request concerning
the number of shares, dates or prices, as this was a managed
account with this stock along with hundreds of other stock managed
by Smith Barney, account #573-046-37-17-546.

If you need any further information, please feel free to contact me
anytime, at (775)972-8036
or my address, 885 Winchester Drive, Reno NV. 89506.

Sincerely,

Glent Ross Salmon

Barbara Clark Salmon

28722 Rancho Del Lago
Laguna Niguel,Ca.92677
Thursday, 12 / 19 / 2008

From:  135518
  Claimant I D # 23793156
  William F Carroll
  Charles Schwab & Co Inc Cust.
  28722 Rancho Del Lago
  Laguna Niguel , Ca. 92677

To : AIG  Securities Litigation-PwC Settlement
  C/O  Complete Claim Solutions, LLC
  Administrator
  P O Box 9417
  Minneapolis,Mn 55440-9417

Dear Person:

Please exclude me from the settlement  referred to in your correspondence, received by

me on Wednesday 12/ 17/  2008.

Thank You !

*William F. Carroll*

William F Carroll

cc : File

18449 Renwick Street
Livonia, Michigan 48152-2837
December 20, 2008


In re AIG Securities Litigation
PwC Exclusions
C/O Complete Claim Solutions
LLC P.O. Box 9417
Minneapolis, MN  5440-9417

Re:  Claimant ID No. 04012416
     John Cavallo (Deceased 3/5/07)
     Johanna T. Cavallo JT TEN
     248-478-9385

Gentlemen:

This is to advise you that I am requesting exclusion from the
PwC Settlement Class in In re AIG Securities Litigation Master
File No. 04-8141 (JES)*.

This is the only information that I am able to furnish;

                 Number of Shares       1,620

                 Price of Shares        Unknown

Very truly yours,

*Johanna T. Cavallo*

Johanna T. Cavallo

December 22, 2008

Arleen Sakamoto
200 Caldecott Ln #213
Oakland, CA 94618

AIG Securities Litigation- PwC EXCLUSIONS
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417


In RE: AIG Securities Litigation, PwC Settlement, I request exclusion from the Settlement Class.
I do not wish to be bound by any determinations and judgments in this Action.

A Sakamoto #20002220
12/22/08

December 20, 2008

To Whom It May Concern:

I hereby request exclusion from the Settlement Class, AIG Securities.

Neta Sue Melton
Jack Melton, deceased
Claimant I.D# - 21139727

December 21, 2008

To Whom It May Concern:

Re: AIG Securities Litigation

This letter is a request for exclusion from the PwC Settlement Class in AIG Securities

Litigation, Master File No. 04-8141 (JES).

My request is due to non-awareness of this class action and I have no stored files on past

information regarding this issue.

Below is my personal information:

Gwendolyn Cruchon
102 W. Eagle Drive
The Hills, TX 78738

Phone: 512-291-7369


Signed: *[signature]*

# Brindisi, Murad, Brindisi, Pearlman, Julian & Pertz, LLP

Attorneys and Counselors at Law

Louis T. Brindisi*
Anthony A. Murad
Eva Brindisi Pearlman†
Anthony J. Brindisi
Stephanie A. Palmer

*also admitted in Florida
†also admitted in VA, MD, & D.C.

2713 Genesee Street
Utica, New York 13501

Telephone: 315-733-2396
Facsimile:  315-733-7933
            315-624-7726

Robert F. Julian
Richard Pertz
Julian & Pertz, PC

Paralegals:
Michele Noti
Tracey Mills

December 23, 2008

*CERTIFIED MAIL//RETURN RECEIPT REQUESTED*

AIG Securities Litigation - PwC Exclusions
c/o Complete Claim Solutions, LLC
PO Box 9417
Minneapolis, MN  55440-9417

RE:   AIG Securities Litigation

Dear Sir/Madam:

Enclosed is my Request for Exclusion in connection with the above matter.

Very truly yours,

LOUIS T. BRINDISI

LTB/trm
enclosure

### *REQUEST FOR EXCLUSION*

I, LOUIS T. BRINDISI, residing at 1003 Parkway East, Utica, New York,

requests exclusion from the PwC Settlement Class in In re AIG Securities Litigation,

Master File No. 04-8141.

My daytime telephone number is 315-733-2396.

I believe that I initially purchased 589 shares of AIG stock at the cost of

$25,222.00 but I do not know the exact date that these shares were purchased.  I am

also in possession of an additional 2,995 shares of AIG stock; however, I am not sure

of the date that I purchased the shares or the price of the shares at the time they were

purchased.

DATED:       December 23, 2008

LOUIS T. BRINDISI

This one says:

"Herewith we request exclusion from the class action lawsuit within the period stipulated. Both persons are owners of the above shares.

This communication is being sent because of information from ING-DiBa AG, D-60486 Frankfurt am Main.

Sincerely,

Werner Theisung und Gerrit Theising"


Mark



Mark Landergan
Project Manager
Rust Consulting, Inc.
625 Marquette Ave., Suite 880
Minneapolis, MN 55402-2469
612.359.2816 direct
612.359.2000 voice
612.359.2050 fax
mlandergan@rustconsulting.com

---

**From:** Werner Theising [mailto:carloth@web.de]
**Sent:** Monday, December 29, 2008 10:22 AM
**To:** info@aigsecuritieslitigationpwcsettlement.com
**Subject:** american international gr. - isin: US0268741073


sehr geehrte damen und herren,


hiermit beantragen wir den ausschluss aus der sammelklage fristgerecht; beide personen

sind inhaber obiger anteile.

diese mitteilung ergeht aufgrund einer information der ING-DiBa AG , D - 60486 Frankfurt am Main.

mit freundlichen Grüssen

Werner Theising und Gerrit Theising
Wolteringstr. 19 a
48167 Münster
Tel. 0251-624736
Fax 0251-6279128

Mobil 0173-8798938
E-Mail: carloth@web.de

Täglich 1.000.000 Euro gewinnen! Jetzt kostenlos WEB.DE MillionenKlick
spielen! https://millionenklick.web.de/?mc=mail@footer.mklick@home

12/28/08

In re: AIG Securities Litigation- PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

Re: Request for exclusion

To Whom It May Concern:

I am writing to inform you that I wish to be excluded from the PwC Settlement Class in
In re AIG Securities Litigation, Master File No. 04-8141
(JES).  I have no documentation showing I purchased AIG securities during the Class
Period.

Sincerely,

Lester J. Fernung
1400 South L Street
Elwood, IN   46036
1-765-552-0109

DATE 12-30-08

To the Courts and to whom it may concern I PHILLIP CHADWICK do not want to participate and I request to be excluded from the PWC SETTLEMENT CLASS IN RE. AIG SECURITIES LITIGATION MASTER FILE NO. 04·841 (JES)

PHILLIP CHADWICK

Phillip A. Chadwick

PHONE #· (602) 241-9533

JAN 02 2009

In re AIG Securities Litigation
PwC Exclusions
C/o Complete Claim Solutions, LLC
PO Box 9417
Minneapolis, MN 55440-9417


15813 Muirfield Drive
Odessa, FL 33556

December 28, 2008


To Whom It May Concern:

    I request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).  Per your request, here is the additional information requested:

Daytime Contact Information
602-568-4904

101 shares of AIG held currently
(Shares earned thru 401k and employee stock program make original purchase dates/price difficult to determine)


    If any additional information is needed, please let me know.



        Sincerely,

        *[signature]*

        Joshua R. Silber



# CEDAR HILL CAPITAL
## PARTNERS LLC

**By First Class Mail**

*In re AIG Securities Litigation – PwC EXCLUSIONS*
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN 55440-9417

December 29, 2008

RE: *In re AIG Securities Litigation – PwC EXCLUSIONS*

The undersigned, Cedar Hill Capital Partners Onshore, LP and Cedar Hill Capital Partners Offshore, Ltd., request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES). We consider the dates, prices and numbers of shares of all our purchases and sales of AIG Securities during the Class Period to be confidential information and, therefore, have not included such information in this letter. If you would like to discuss this matter further or require such trading information for this request for exclusion to be effective, please contact Karl Johnson, general counsel of Cedar Hill Capital Partners, LLC, at 212.201.5815.

Best regards,

Cedar Hill Capital Partners Onshore, LP and
Cedar Hill Capital Partners Offshore, Ltd.
    By: Cedar Hill Capital Partners, LLC, their investment manager

John Cipriano
Chief Operating Officer

445 Park Avenue, 5th Floor, New York, New York 10022

130433
CLAIMANT ID No.- 05552269
JAMES L. YOUNG &
MARY E. YOUNG TR
EVELYN E. PATTON TRUST
U/A DATED 10-16-91
6201 US 41 N, 2120
PALMETTO FL 34221

DECEMBER 29, 2008

In re AIG Securities Litigation — PwC Settlement
C/O Complete Claim Solutions, LLC
P.O. Box 9407
Minneapolis, MN 55440-9407

Gentlemen,

We, the undersigned, hereby "request exclusion from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (JES)."

Please be aware of the following:
    1. Evelyn E Patton, owner of the Evelyn E. Patton Trust. Died on January 7, 1997.
    2. The administration of the Evelyn E. Patton Trust concluded on May 9, 2006.
    3. Our authority and responsibilities as Co-Trustees of the Evelyn
        E. Patton Trust also concluded on the above date, May 9, 2006.

Sincerely,


JAMES L. YOUNG                         MARY E. YOUNG

Norman B. Kahant
5160 Lake Osborne Drive
Lake Worth, FL 33461

December 28, 2008.

Request exclusion from the P w f Settlement Class
in re to AIG Securities Litigation, Master File No 04-8141 (JES)
Mr. Kahant is in hospice care and unable to
deal with this matter which would be an
unacceptable burden at this time to research.
Thanking you for your understanding.

Respectfully,
Dellene Kahant, attorney in fact, POA 7/6/99 Palm Bch Ctg, FL
(Mrs. Norman Kahant)
(561) 585-5877

December 29, 2008

To whom:
I Request be excluded from the action.

Robert Arnold
43 Wind River Dr.
Dubois Wyoming

Dec. 29, 2008

In re AIG Securities
Litigation - PwC Exclusions
c/o Complete Claim Solutions, LLC,
P.O. Box 9417
Minneapolis MN. 55440-9447

Re: Claimant ID no. 21913679
    Craig & Angela Stenseth

To Whom it May Concern:

    Please exclude Craig & Angela Stenseth
from the PwC Settlement Class in In re AIG
Securities Litigation, Master File No. 04-8141 (JES).
This is a request for exclusion for both
of us. Our home phone = (253) 630-5450,
Our address = 19326 144th Court SE., Renton.
WA. 98058.
Thank you for your time.

    Craig Stenseth

    Angela Stenseth

    Claimant ID No. 21913679

# EXHIBIT F

| LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | CITY | STATE |
|---|---|---|---|
| Bohnett | David | Beverly Hills | CA |
| Trimtab Investors | | Beverly Hills | CA |
| Lotzer | Robert | Milnor | ND |
| Ruegg | Rebecca | Kusnacht | Switzerland |
| Ying | Edwina | Hong Kong | China |



## TRUST COMPANY OF THE WEST

865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017

TEL: 213 244 0174   FAX: 213 244 0483   E-MAIL: margaret.jones@tcw.com

**LATE**


TCW

MARGARET A. JONES
ASSISTANT VICE PRESIDENT

December 31, 2008

In re AIG Securities Litigation - PwC EXCLUSIONS,
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417

Re: David Bohnett Fdn and Trimtab Investors
Ms. Meloni Hallock
Acacia Wealth Advisors
245 S. Beverly Drive - 2nd Floor
Beverly Hills, CA  90212
(310) 246-0570

**David Bohnett Fdn and Trimtab Investors request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES)**

List of Transactions for cusip: 026874107

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 09/27/00 | 92.71 | 315 | -29202.86 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 10/31/00 | 97.24 | 50 | -4861.88 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 11/30/00 | 96.24 | 100 | -9623.75 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 12/28/00 | 98.68 | 50 | -4933.75 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 01/31/01 | 84.82 | 50 | -4241.00 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Sell | 02/28/01 | 82.00 | -150 | 12299.51 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 03/29/01 | 79.28 | 150 | -11891.25 |
| 3373 | DAVID BOHNETT FDN | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Sell | 05/10/02 | 68.56 | -100 | 6855.76 |
| | | | | | | | | | | |
| 3681 | TRIMTAB INVESTORS | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 11/09/01 | 79.80 | 315 | -25137.00 |
| 3681 | TRIMTAB INVESTORS | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Sell | 05/10/02 | 68.56 | -25 | 1713.94 |
| 3681 | TRIMTAB INVESTORS | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 03/02/04 | 74.04 | 250 | -18510.00 |
| 3681. | TRIMTAB INVESTORS | 12/30/08 | 01/28/09 | 10/28/99 | 04/01/05 | Buy | 08/03/04 | 71.39 | 300 | -21417.00 |

**Trust Company of the West as Custodian for PF3373 DAVID BOHNETT FDN - Mellon Trust A/C
TCNF00337302 & PF3681 TRIMTAB INVESTORS - Mellon Trust A/C TCNF00368102**

Signed by: _Margaret Jones_

Margaret Jones - Tel: (213) 244-0174 - Fax: (213) 244-0483

12-19-08:11:54AM;                                                          ;                    # 2/ 3

# TRUST COMPANY OF THE WEST
### 865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017



Meloni Hallock
Acacia Wealth Advisors
245 S. Beverly Drive          D☐☐ ☐ 2 2008
2nd Floor
Beverly Hills, CA 90212


From :   Trust Company of the West                              12/10/2008
         865 S. Figueroa St.
         Los Angeles, CA 90017



Re:     Class Action Notification for American International Group, Inc. (#04 Civ. 8141 (JES)
        (AJP))

        Security(s): American International Group, Inc., American Int'l Cvt 0.50%
        5-15-2007

TCW recently received notice of the above-referenced class-action lawsuit (the "Class
Action"). Our records show that DAVID BOHNETT FDN - Account Number: 3373 (the
"Account") owned a security involved in this Class Action during the class period. You will
automatically be a part of the Class Action unless you instruct us in writing by the Opt Out
Deadline to opt out on your behalf. If you desire to opt out, please put a check in the space
marked below and return a signed and dated copy of this page by registered mail, fax, or
nationally recognized delivery service with tracking capability. If we do not receive a copy of
this page by the Opt Out Deadline, then we will assume you wish to remain in the Class
Action, and we will act accordingly with respect to any further notices in connection with the
Class Action (including proofs of claim). Copies of the Class Action Notice and applicable
forms can be found at http://www.tcw.com/TCW/ClassAction.jsp. If you have any questions,
please contact ClassActions@tcw.com.


____X____   Yes, I hereby elect to opt out of the above-referenced Class Action.

        Signature: _Kevin Schrott_

        Date: _12/18/08_

Client Contact Copies Sent To:
     Meloni Hallock - Acacia Wealth Advisors

12-19-08; 11:54AM;                                        :                    #  3/  3

# TRUST COMPANY OF THE WEST
### 865 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017



Meloni Hallock
Acacia Wealth Advisors
245 S. Beverly Drive
2nd Floor
Beverly Hills, CA  90212

From :   Trust Company of the West                         12/10/2008
         865 S. Figueroa St.
         Los Angeles, CA  90017



Re:      Class Action Notification for American International Group, Inc. (#04 Civ. 8141 (JES)
         (AJP))

         Security(s): American International Group, Inc., American Int'l Cvt 0.50%
         5-15-2007

TCW recently received notice of the above-referenced class-action lawsuit (the "Class
Action"). Our records show that TRIMTAB INVESTORS - Account Number: 3681 (the
"Account") owned a security involved in this Class Action during the class period.  You will
automatically be a part of the Class Action unless you instruct us in writing by the Opt Out
Deadline to opt out on your behalf.  If you desire to opt out, please put a check in the space
marked below and return a signed and dated copy of this page by registered mail, fax, or
nationally recognized delivery service with tracking capability.  If we do not receive a copy of
this page by the Opt Out Deadline, then we will assume you wish to remain in the Class
Action, and we will act accordingly with respect to any further notices in connection with the
Class Action (including proofs of claim).  Copies of the Class Action Notice and applicable
forms can be found at http://www.tcw.com/TCW/ClassAction.jsp.  If you have any questions,
please contact ClassActions@tcw.com.

     X     Yes, I hereby elect to opt out of the above-referenced Class Action.

     Signature: _____

     Date: __12/18/08__

Client Contact Copies Sent To:
     Meloni Hallock - Acacia Wealth Advisors

**CLAIMS ADMINISTRATOR**

# LATE

This is an absolute waste of my time and energy.  The court system and attorneys have all the records of who purchased and owned this stock "otherwise" how would you have my name and address to send me these forms??

In the past, I have spent hours of time filling out similar forms on other stocks, researching records and hasseling my broker for data.  In the end we may be awarded $.09 - $.40 a share.

For the absorbment fee the attorneys receive in these matters, they should be able to provide you proof of purchase.

People who owned this stock lost money and these requests for proof of ownership, is like rubbing an open wound.

It is an insult.  It is a blizzard of forms and paper and it is just not worth the time.

Doesn't even pay for the stamps to mail it back.

Robert Lotzer

*EXCLUDE ME*

PER   ATTACHED   2   PAGES
IF   A  PERSON   HAD    100   SHARES
RECOVERY   PER   DAMAGED   SHARE   WOULD   BE
PAGE 1 → APPROX   $0.  06   PER   SHARE    BEFORE
DEDUCTION   OF   ANY   COURT   AWARDED   FEES / EXPENSES.

PAGE 2     ATTORNEYS   FEES   NOT   TO   EXCEED   .09 %.
SUBTRACT   RECOVERY   AMOUNT - .06 %
FROM   ATTORNEYS   FEES   - .09 %
NEGATIVE   BALANCE  =   - .03 %  FOR SHARE HOLDER
~~SHARE   HOLDER~~  GETS   NOTHING.   ATTORNEYS   GET   IT ALL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x

IN RE AMERICAN INTERNATIONAL GROUP,
INC. SECURITIES LITIGATION

This Document Relates To:  All Actions

x

Master File No. 04 Civ. 8141 (JES) (AJP)

**NOTICE OF PROPOSED SETTLEMENT, MOTION
FOR ATTORNEYS' FEES AND EXPENSES
AWARD AND FAIRNESS HEARING**

**If You Purchased or Otherwise Acquired Securities Issued by American International Group, Inc.
During the Period From October 28, 1999 Through April 1, 2005, Inclusive, ("Class Period") and
Were Damaged Thereby, You May Be Entitled to Share in a $97.5 Million Settlement
With Defendant PricewaterhouseCoopers LLP.**

**PLEASE READ THIS NOTICE CAREFULLY.**

**A Federal Court Authorized This Notice. This Is Not A Solicitation.
Your Legal Rights Are Affected Whether You Do Or Do Not Act.**

1.     <u>Statement of Plaintiff Recovery</u>: This Notice advises you of a proposed partial settlement (the "Settlement") consisting of $97.5 million in cash, plus interest as it accrues, of a consolidated class action lawsuit brought by the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund (collectively, "Lead Plaintiff" or "the Ohio State Funds"), on behalf of the Settlement Class against PricewaterhouseCoopers LLP ("PwC") (the Lead Plaintiff and PwC collectively, the "Settling Parties") and 20 other defendants whose claims are not being settled.  This Settlement is a final resolution of the Claims brought on behalf of the Settlement Class against PwC.

The action alleges, among other things, that during the Class Period, defendants made materially false and misleading statements and omissions in connection with the involvement of American International Group, Inc. ("AIG") in an illegal market division scheme with Marsh McLennan ("Marsh") and others, as well as a far-reaching accounting fraud that led to AIG's $3.9 billion restatement or adjustment of earnings in May 2005.  The Consolidated Third Amended Complaint ("Complaint") alleges violations of Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act") and Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder (the "Action").

The Settlement will resolve all claims against PwC and will create a Cash Settlement Account to pay the claims of investors who purchased or otherwise acquired AIG's publicly-traded common stock, debt and options during the Class Period. (*See* below at page 4 for more information about eligible "AIG Securities.")  The Distribution Amount (the Cash Settlement Account less any Notice and Administrative Expenses, attorneys' fees and litigation expenses awarded to Lead Plaintiff's counsel, expenses awarded to Lead Plaintiff and certain Tax Expenses) will be distributed in accordance with a plan of allocation (the "Plan of Allocation").  Based on Lead Plaintiff's damages consultant's estimate of the number of shares of common stock entitled to participate in the Settlement, given the allocation of 5% of the recovery to debt purchasers and assuming that all shares entitled to participate do so, Lead Plaintiff estimates that the average recovery per damaged share would be approximately $0.06 per share, before deduction of any court-awarded fees and expenses.[1]  An individual Class Member's actual recovery will depend on many factors, for example: (1) the total number of claims submitted; (2) when the Class Member purchased AIG Securities during the Class Period; (3) the purchase price paid; (4) the type of security bought; and (5) whether those AIG Securities were held at the end of the Class Period or sold during the Class Period (and, if sold, when they were sold and the amount received).  See the Plan of Allocation beginning on page 8 for more information on your potential Recognized Loss.

_____

[1] An allegedly damaged share might have been traded more than once during the Class Period, and the indicated average recovery would be the total for all purchasers of that share.

1

2.   **Reasons for Settlement**: The Settlement resolves claims against PwC, AIG's outside auditor during the Class Period, for allegedly violating the federal securities laws by making false and misleading public statements about AIG and its financial condition. However, the Settlement is not and should not be construed as an admission of any fault, liability or wrongdoing whatsoever by PwC. In light of the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiff believes that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. Lead Plaintiff believes that the Settlement provides a substantial benefit in the form of $97.5 million in cash (less the various deductions described in this Notice), as compared to the risks and delays of proceeding with the Action against PwC. These risks include the fact that there is no assurance that Lead Plaintiff would recover as much as was achieved in this Settlement at a later stage in the litigation. Moreover, even if the case were to proceed and a later recovery obtained, it would take several more years of discovery, motion practice, trial and further appeals to obtain such a recovery, during which time PwC would have the opportunity to assert substantial defenses to the claims asserted against it. The risks also include that PwC could prevail in the Action, in which case Lead Plaintiff would obtain no recovery at all from PwC.

3.   **Statement of Potential Outcome if the Case Against PwC Continued**: The Settling Parties do not agree on the average amount of damages per share that would be recoverable even if Lead Plaintiff was to prevail on the claims asserted against PwC. PwC denies all liability. In addition, the Settling Parties disagree on, among other things: (i) whether certain statements made by PwC were false; (ii) whether PwC knew, or was severely reckless in not knowing, that certain of its statements and omissions about AIG were false or misleading; (iii) whether the alleged misstatements and omissions were material to investors; and (iv) the amount of inflation, if any, caused by the alleged misrepresentations and omissions.

4.   **Statement of Attorneys' Fees and Expenses Sought**: Lead Plaintiff's counsel, Labaton Sucharow LLP and Hahn Loeser & Parks LLP, intend to apply for an award of attorneys' fees on behalf of all plaintiffs' counsel not to exceed 9% of the Cash Settlement Account, which will include interest as it accrues, and to seek reimbursement of litigation expenses paid and incurred in connection with the prosecution and resolution of the claims against PwC (the "Litigation Expenses"), in an amount not to exceed $6 million. In addition, Lead Plaintiff may ask the Court to reimburse it from the Cash Settlement Account for costs and expenses it incurred directly related to its representation of the Settlement Class, in an amount not to exceed $30,000. If the Court approves Lead Plaintiff's counsel's fee and expense application and Lead Plaintiff's application, the average cost per share will be less than $0.01 per share.

5.   **Further Information**: Further information regarding the Settlement and this Notice may be obtained by contacting the claims Administrator: *In re AIG Securities Litigation – PwC Settlement*, c/o Complete Claim Solutions, LLC, P.O. Box 9417, Minneapolis, MN 55440-9417, (888) 356-0263, www.AIGSecuritiesLitigationPwCSettlement.com; or Counsel: Labaton Sucharow LLP, 140 Broadway, NY, NY 10005, (866) 779-0843, www.labaton.com. **Please Do Not Call the Court or PwC With Questions About the Settlement.**

| | |
|---|---|
| **SUBMIT A CLAIM FORM BY JANUARY 28, 2009** | The only way to get a payment. |
| **EXCLUDE YOURSELF BY DECEMBER 30, 2008** | Get no payment and remove yourself from the Settlement Class. This is the only option that allows you to ever bring or be part of any *other* lawsuit against PwC and the other "Released Persons" about the "Released Claims." |
| **OBJECT BY DECEMBER 30, 2008** | Write to the Court about why you do not like the Settlement. You will still be a member of the Class. |
| **GO TO A HEARING ON JANUARY 20, 2009** | Ask to speak in Court about the Settlement at the Fairness Hearing. |
| **DO NOTHING** | Get no payment. Give up rights. |

Chrummwisstrasse 29
CH-8700 Küsnacht
Switzerland



phone: 001 41 43 817 8135

In re AIG Securities Litigation – PwC Settlement
c/o Complete Claim Solutions, LLC
P.O. Box 9417
Minneapolis, MN  55440-9417
USA

29 December 2008

**Re. Master File No. 04 Civ. 8141 (JES) – Request for Exclusion from Proposed Settlement**

To Whom It May Concern,

Reference is made to the Master File No. 04 Civ. 8141 (JES).  I herewith request exclusion from the PwC Settlement Class in In re AIG Securities Litigation, Master File No. 04-8141 (JES).

During the Class Period I made the following transaction in AIG securities:

Symbol: AIG
Trade Date: 01/07/05
Settlement Date: 01/12/05
Price: USD 67.62
Number of shares: 50
Transaction: Purchase

With kind regards,

Rebecca M. Rüegg

In re AIG Securities Litigation – PwC Settlement
c/o Complete Claim Solutions, LLC
P.O. Box 9407
Minneapolis, MN 55440-9407



FIRST CLASS MAIL
US POSTAGE
PAID
COMPLETE CLAIM
SOLUTIONS, LLC

## IMPORTANT COURT DOCUMENTS

PAR AVION

```
* 0 8 3 7 2 6 9 7 - 0 9 8 *
```

005418
CLAIMANT ID No.- 08372697
EDWINA YING CUST
JONATHAN S YING UTMA PA
205-7 PRINCE EDWARD RD 6/B
KOWLOON
HONG KONG

To whom it may concern,

    I am writing on behalf of the said account that it be excluded in this settlement class. We will reserve the right to be part of any other lawsuit against PwC.

    Thank you for your attention.

Sincerely

Edwina Ying

Dec. 8, 2008

# EXHIBIT G



**Complete Claim Solutions, LLC**

*Class Action, Antitrust and Consumer Claims Administration*

5210 Hood Rd, Palm Beach Gardens, FL 33418

561.651.7777 • Fax: 561.651.7788

425 Broadhollow Road, Suite 300, Melville, NY 11747

631.439.0065 • Fax: 631.439.0072

Tax I.D. No.: 16-1754743

www.CompleteClaimSolutions.com

Invoice No: **AIG-PwC 0002**

Reference No: **8188/28-8262**

January 13, 2009

Nicole M. Zeiss, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY  10005

### Re: AIG Securities Litigation -PwC Settlement
### For Expenses from October 30,2008 through January 9, 2009

*Expenses:*

| | |
|---|---|
| Additional Print and Mail Notice (Attachment A) | $577,200.00 |
| Broker | 297,294.58 |
| Call Center/Telecommunications | 3,689.79 |
| NCOA/Address Search | 9,825.25 |
| Postage/Federal Express | 1,370,696.79 |
| *Less previously billed Postage on Invoice 0001* | *(1,499.00)* |
| Shredding/Storage | 177.00 |
| Other (Supplies) | 1,030.00 |
| Photocopies/Faxing/Printing | 204.15 |
| Website Hosting | 463.96 |
| **Total AIG-PwC Invoice 0002:** | **$2,259,082.52** |

**Wiring Instructions:**
Bank Name: Bank of America
Account Name: Complete Claim Solutions, LLC
        5210 Hood Road
        Palm Beach Gardens, FL  33418
Account Number: 488000402291
ABA: 026009593

**Printing**
**Invoice No: AIG-PwC 0002**
**For Expenses from October 30,2008 through January 9, 2009**

| Date | Description | Quantity | Cost |
|---|---|---|---|
| 12/15/08 | Print 28 page, 8.5" x 11" booklet self-mailer (20 pg. Notice, 1/1 black & 8 pg. Claim Form, 2/2 black and red), perforate Claim Form, fold to 5.5" x 8.5", apply 2 tabs, address and deliver to Post Office. | 1,480,000 | $577,200.00 |
| | **Total** | | **$577,200.00** |

Attachment A