USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

IN RE AMERICAN INTERNATIONAL GROUP,   04 Civ. 8141
INC. SECURITIES LITIGATION                ORDER

This Document Relates To:
All Actions

----------------------------------------x
DEBORAH A. BATTS, United States District Judge.

In light of the fact that the Court is deferring its final determination regarding approval of Lead Plaintiff's proposed settlements with Defendants PricewaterhouseCoopers and Gen Re until after the Class Certification Motion is decided, Defendant AIG's Motion for confirmation that approval of a settlement class will not affect determination of the prior-pending, contested motion for class certification (Docket Number 450) is DENIED.

SO ORDERED.

Dated:   New York, New York
         September 23, 2009

                                        _____
                                        DEBORAH A. BATTS
                                        United States District Judge