

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————— x

IN RE AMERICAN INTERNATIONAL : ECF CASE
GROUP, INC. SECURITIES LITIGATION :
: Master File No. 04 Civ. 8141 (DAB) (AJP)
This Document Relates To: :
All Actions : AMENDMENT TO SETTLEMENT
: AGREEMENT CONFIDENTIALITY
STIPULATION AND ORDER

————————————————— x

WHEREAS, the Settlement Agreement Confidentiality Stipulation and Order dated October 2, 2009 (the "Confidentiality Order") limits disclosure of, *inter alia*, the Contingent Agreement of Compromise and Settlement (the "Settlement Agreement") between Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Police & Fire Pension Fund (collectively, "Lead Plaintiff"), on behalf of the Settlement Class (as defined in the Settlement Agreement), and certain defendants in the above-captioned matter;

WHEREAS, Paragraph 10 of the Confidentiality Order provides that the Confidentiality Order may be modified only by written stipulation of its signatories and Court order;

WHEREAS, the Honorable Charles E. Ramos of the New York State Supreme Court has requested a copy of the Settlement Agreement, because Justice Ramos believes it may be relevant to his decision on motions for summary judgment in *People of the State of New York v. Greenberg and Smith*, Index No. 401720/05, an action pending before him in the New York State Supreme Court;

WHEREAS, it is our understanding that any copies of the Settlement Agreement provided to Justice Ramos, and any duplicates made, either shall be destroyed or returned to

counsel for Lead Plaintiff after Justice Ramos rules on the pending motions for summary judgment in *People of the State of New York v. Greenberg and Smith*, Index No. 401720/05.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Lead Plaintiff, Maurice R. Greenberg, Howard I. Smith, Christian M. Milton, Michael J. Castelli, C.V. Starr & Co., Inc., and Starr International Company, Inc., parties to the above-captioned action, subject to the approval of the Court, that the Confidentiality Order shall be amended to provide for disclosure by counsel for Lead Plaintiff of one copy of the Settlement Agreement to Justice Ramos and his staff.

IT IS SO STIPULATED.

Dated: February 9, 2010

LABATON SUCHAROW LLP

By: _____
Thomas A. Dubbs (TD 9658)
Louis Gottlieb (LG 9169)
140 Broadway
New York, New York 10005
(212) 907-0700
(212) 818-0477 (Fax)

COUNSEL FOR LEAD PLAINTIFF AND THE CLASS

Dated: February 9, 2010               BOIES, SCHILLER & FLEXNER LLP

                                                    By: /s/ Robert J. Dwyer
                                                    Robert J. Dwyer
                                                    Nicholas A. Gravante
                                                    575 Lexington Avenue, 7th floor
                                                      New York, NY 10022
                                                    Tel: (212) 446-2300
                                                    Fax: (212) 446-2350

                                                COUNSEL FOR MAURICE R. GREENBERG,
                                                C.V. STARR & CO., INC., AND STARR
                                                INTERNATIONAL COMPANY, INC.

Dated: February ___, 2010             WINSTON & STRAWN LLP

                                                By: _____
                                                    Vincent A. Sama
                                                     Jeffrey Burke
                                                    200 Park Avenue
                                                    New York, NY 10166-4193
                                                    Tel: (212) 294-6700
                                                    Fax: (212) 294-4700

                                                COUNSEL FOR HOWARD I. SMITH

Dated: February ___, 2010             HAFETZ & NECHELES

                                                By: _____
                                                    Frederick P. Hafetz
                                                     Tracy E. Sivitz
                                                    500 5th Ave, 29th Floor
                                                    New York, NY 10110
                                                    Tel: (212) 997-7595
                                                    Fax: (212) 997-7646

                                                COUNSEL FOR CHRISTIAN M. MILTON

Dated: February ___, 2010                BOIES SCHILLER & FLEXNER LLP

By: _____
  Robert J. Dwyer
  Nicholas A. Gravante
  575 Lexington Avenue, 7th floor
  New York, NY 10022
  Tel: (212) 446-2300
  Fax: (212) 446-2350

COUNSEL FOR MAURICE R. GREENBERG,
C.V. STARR & CO., INC., AND STARR
INTERNATIONAL COMPANY, INC.


Dated: February 9, 2010                WINSTON & STRAWN LLP

By: _____
  Vincent A. Sama
  Jeffrey Burke
  200 Park Avenue
  New York, NY 10166-4193
  Tel: (212) 294-6700
  Fax: (212) 294-4700

COUNSEL FOR HOWARD I. SMITH


Dated: February ___, 2010                HAFETZ & NECHELES

By: _____
  Frederick P. Hafetz
  Tracy E. Sivitz
  500 5th Ave, 29th Floor
  New York, NY 10110
  Tel: (212) 997-7595
  Fax: (212) 997-7646

COUNSEL FOR CHRISTIAN M. MILTON

Dated: February ___, 2010         BOIES SCHILLER & FLEXNER LLP

By: _____
    Robert J. Dwyer
    Nicholas A. Gravante
    575 Lexington Avenue, 7th floor
    New York, NY 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350

COUNSEL FOR MAURICE R. GREENBERG,
C.V. STARR & CO., INC., AND STARR
INTERNATIONAL COMPANY, INC.


Dated: February ___, 2010         WINSTON & STRAWN LLP

By: _____
    Vincent A. Sama
    Jeffrey Burke
    200 Park Avenue
    New York, NY 10166-4193
    Tel: (212) 294-6700
    Fax: (212) 294-4700

COUNSEL FOR HOWARD I. SMITH


Dated: February 9, 2010           HAFETZ & NECHELES

By: /s/ _____
    Frederick P. Hafetz
    Tracy E. Sivitz
    500 5th Ave, 29th Floor
    New York, NY 10110
    Tel: (212) 997-7595
    Fax: (212) 997-7646

COUNSEL FOR CHRISTIAN M. MILTON

Dated: February 9, 2010

DECHERT LLP

By: *Charles I. Poret*
Charles I. Poret
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599

COUNSEL FOR MICHAEL J. CASTELLI

SO ORDERED this 24th day of February, 2010.

*Deborah A. Batts*
Hon. Deborah A. Batts   2/24/10
United States District Judge