UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | **ECF CASE**<br><br>Master File No. 04 Civ. 8141 (DAB)<br><br>Oral Argument Requested |

**NOTICE OF JOINT MOTION OF LEAD PLAINTIFF AND DEFENDANT
PRICEWATERHOUSECOOPERS LLP FOR FINAL APPROVAL
OF PROPOSED SETTLEMENT WITH PRICEWATERHOUSECOOPERS LLP**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23(a), (b)(3) and (e), the Court appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund, and Defendant PricewaterhouseCoopers LLP will jointly move the Court before the Honorable Deborah A. Batts, at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007 for orders: (a) granting final approval of the proposed Settlement; and (b) granting certification of the Settlement Class.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff and Defendant PricewaterhouseCoopers LLP submit and are filing herewith: a memorandum of law in support of their joint motion for final approval of the settlement with annexed exhibits; and a Proposed Order and Final Judgment as to PricewaterhouseCoopers LLP.

Dated: New York, New York
May 17, 2010

| LABATON SUCHAROW LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| by    s/ Thomas A. Dubbs    <br>       Thomas A. Dubbs<br>       Louis Gottlieb | by    s/ Thomas G. Rafferty    <br>       Thomas G. Rafferty<br>       Antony L. Ryan<br>       Samira Shah |
| 140 Broadway<br>   New York, NY 10005<br>      (212) 907-0700 | Worldwide Plaza<br>   825 Eighth Avenue<br>      New York, NY 10019<br>         (212) 474-1000 |
| *Lead Counsel for Lead Plaintiff*<br>*Ohio State Funds and the Class* | *Attorneys for Defendant*<br>*PricewaterhouseCoopers LLP* |

Alan S. Kopit (*pro hac vice*)
HAHN LOESER & PARKS LLP
3300 BP Tower
   200 Public Square
      Cleveland, OH 44114
         (216) 621-0150

*Special Counsel to the Attorney General*
*of Ohio and the Ohio State Funds and*
*Co-Lead Counsel for the Class*