UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE AMERICAN INTERNATIONAL
GROUP, INC. SECURITIES LITIGATION

This Document Relates To:
All Actions

------------------------------------------------------------x

:
:
:
:
:
:
:
:
:
:
:

ECF CASE

Master File No. 04 Civ. 8141 (DAB)

Oral Argument Requested

## NOTICE OF JOINT MOTION OF LEAD PLAINTIFFS AND GENERAL REINSURANCE CORPORATION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Joint Motion of Lead Plaintiffs and General Reinsurance Corporation for Preliminary Approval of Class Action Settlement, dated June 23, 2010, Lead Plaintiffs Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund along with Defendant General Reinsurance Corporation will move this Court before the Honorable Deborah A. Batts, United States District Court Judge for the Southern District of New York, in Courtroom 705, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, and at such time as the Court shall direct for an order pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the settlement between Lead Plaintiffs and General Reinsurance and granting certification of the settlement class.

Dated:  June 23, 2010

Respectfully submitted,

**MUNGER, TOLLES & OLSON LLP**

By: _/s/ George M. Garvey_____
        George M. Garvey

355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Telephone:  (213) 683-9100

- AND -

**ARNOLD & PORTER LLP**

By: _/s/ Kerry A. Dziubek_____
        Peter L. Zimroth
        Richard P. Swanson
        Kerry A. Dziubek

399 Park Avenue
New York, New York  10022-4690
Telephone:  (212) 715-1000

*Attorneys for Defendant General Reinsurance
Corporation*

**LABATON SUCHAROW LLP**

By: _/s/ Thomas A. Dubbs_____
        Thomas A. Dubbs
        Louis Gottlieb
        140 Broadway
        New York, NY 10005
        (212) 907-0700
        (212) 818-0477 (fax)

*Lead Counsel for Lead Plaintiff Ohio State Funds
and Lead Counsel for the Class*

**HAHN LOESER & PARKS LLP**

By: /s/ Alan Kopit
    Alan Kopit (*pro hac vice*)
    3300 BP Tower
    Cleveland, OH  44114-2301
    (216) 621-0150
    (216) 274-2478 (fax)

*Special Counsel to the Attorney General of Ohio and the Ohio State Funds and Co-Lead Counsel for the Class*