UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- x
                                                    :
IN RE AMERICAN INTERNATIONAL                        :   Master File No. 04 Civ. 8141 (DAB) (AJP)
GROUP, INC. SECURITIES LITIGATION                   :
                                                    :   **NOTICE OF FAIRNESS HEARING**
This Document Relates To:  All Actions              :
                                                    :
                                                    :
--------------------------------------------------- x

**TO:**   **ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED PUBLICLY-TRADED SECURITIES ISSUED BY AMERICAN INTERNATIONAL GROUP, INC. DURING THE PERIOD FROM OCTOBER 28, 1999, THROUGH APRIL 1, 2005, INCLUSIVE, (THE "CLASS PERIOD") AND WHO WERE DAMAGED THEREBY.**

YOU ARE HEREBY NOTIFIED that the Court has preliminarily approved a proposed settlement in the above-captioned action (the "Action") between Lead Plaintiff and one of the defendants, PricewaterhouseCoopers LLP, that would create a Cash Settlement Account of $97.5 million to resolve certain claims asserted in the Action. A hearing will be held before the Honorable Deborah A. Batts, in the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007 at _____ on _____ to determine whether the proposed settlement should be approved by the Court as fair, reasonable and adequate, to consider certification of the proposed Settlement Class, to consider the application of Lead Plaintiff's counsel for attorneys' fees and reimbursement of litigation expenses and to consider the application of Lead Plaintiff for the reimbursement of costs and expenses.  The Court may change the date of the hearing without providing additional notice.

IF YOU PURCHASED OR ACQUIRED AIG SECURITIES DURING THE CLASS PERIOD DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED BY THE

SETTLEMENT AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT IF YOU SUBMITTED A PROOF OF CLAIM FORM BY JANUARY 28, 2009.  If you have not yet received the Notice of Proposed Settlement, Motion for Attorneys' Fees and Expenses Award and Fairness Hearing (the "Notice") and/or Proof of Claim Form, you may obtain copies of these documents by contacting: *In re American International Group, Inc. Securities Litigation- PwC*, c/o Rust Consulting Inc., (888) 356-0263.  Copies of the Notice and Proof of Claim Form may also be downloaded from: www.AIGSecuritiesLitigationPwCSettlement.com or www.labaton.com.

    The deadline to submit a claim and request exclusion has passed.  Any objection to the proposed Settlement, Plan of Allocation, application for attorneys' fees and reimbursement of litigation expenses or the cost and expense application of Lead Plaintiff must be filed with the Court and delivered to counsel for the parties no later than _____ in the manner and form set forth in the Notice.

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE
REGARDING THIS NOTICE.

DATED: _____

BY ORDER OF THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK