USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 3 DEC 2010

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE AMERICAN INTERNATIONAL
GROUP, INC. SECURITIES LITIGATION

Master File No. 04 Civ. 8141 (DAB)

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF
## APPEALS FOR THE SECOND CIRCUIT

NOTICE IS HEREBY GIVEN that Objectors Alan Rothstein, Marisa Rothstein, Mollye

Rothstein and Sharyn Rothstein appeal to the United States Court of Appeals for the Second

Circuit, United States District Judge Deborah A. Batts' December 2, 2010 "Order and Final

Judgment as to Price Water House Coopers Llp" (Doc #569), and United States District Judge

Deborah A. Batts' December 2, 2010 "Order Approving Co-Lead Counsel's Motion for an

Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for

Reimbursement of Expenses" (Doc #570).

Respectfully Submitted,

N. ALBERT BACHARACH, JR.
Pro Hac Vice
Florida Bar Number: 209783
**N. ALBERT BACHARACH, JR., P.A.**
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

Paul E. Kerson
Leavitt, Kerson & Duane
228 East 45th Street, 17th Floor
New York, NY 10017
(212)973-9339
Bar No. PEK8789
kersonpaul@aol.com

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that on this 13th day of December, 2010, the foregoing was filed
with the Clerk of the Court and that sufficient copies were provided to the Clerk, pursuant

Fed.R.App.P 3(a)(1) for the Clerk to comply with Rule 3(d)(1) by serving all parties.



N. Albert Bacharach, Jr.