**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x
                                                :
                                                :
                                                :     <u>**ECF CASE**</u>
IN RE AMERICAN INTERNATIONAL          :
GROUP, INC. SECURITIES LITIGATION  :     Master File No. 04 Civ. 8141 (DAB) (AJP)
                                                :
This Document Relates To:  All Actions  :     <u>Oral Argument Requested</u>
                                                :
———————————————————— x

**NOTICE OF LEAD PLAINTIFF'S MOTION**
 **FOR APPEAL BOND**

PLEASE TAKE NOTICE that the Ohio Public Employees Retirement System, State

Teachers Retirement System of Ohio and the Ohio Police & Fire Pension Fund (collectively,

"Lead Plaintiff" or the "Ohio State Funds"), through counsel, will move on a date convenient for

the Court, before the Honorable Deborah A. Batts, at the U.S. Courthouse, 500 Pearl Street, New

York, NY  10007, for an order pursuant to Federal Rule of Appellate Procedure 7 compelling

objectors Alan Rothstein and Marilyn Simon Rothstein, Marisa S. Rothstein Roth IRA, Marisa

Shannon Rothstein, Sharon Rothstein Roth IRA, and Mollie Rothstein (collectively, the

"Rothstein Objectors") to post an appeal bond, and for such other and further relief as the Court

deems just and proper.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiff is

submitting herewith Lead Plaintiff's Memorandum of Law in Support of Motion for Appeal

Bond Pursuant to Fed. R. App. P. 7, and the Declaration of Eric J. Miller.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order of this Court dated

February 3, 2011, the Rothstein Objectors are to serve any response to these motion papers no

later than 14 days after the service hereof; and Lead Plaintiffs may serve any reply no later than

10 days after the service of the Rothstein Objectors' opposition.

Dated: February 22, 2011

Respectfully submitted,

**MICHAEL DeWINE,
ATTORNEY GENERAL OF OHIO**

**LABATON SUCHAROW LLP**

By    /s/ Thomas A. Dubbs
     Thomas A. Dubbs (TD 9658)
     Louis Gottlieb (LG 9169)
     Nicole M. Zeiss (NZ 3894)
     Barry Michael Okun (BO 6197)

Alan S. Kopit, Esq. (Ohio Bar #0031965)
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio  44114-2301
(216) 621-0150
(216) 274-2478 (Fax)

140 Broadway
New York, New York  10005
(212) 907-0700
(212) 818-0477 (Fax)

*Special Counsel to the Attorney General of Ohio
and the Ohio State Funds and Lead Counsel for
the Class*

*Lead Counsel for Lead Plaintiff Ohio State Funds
and Lead Counsel for the Class*

2