```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

IN RE AMERICAN INTERNATIONAL GROUP,
INC. SECURITIES LITIGATION                    04 Civ. 8141 (DAB)

This Document Relates to:
ALL ACTIONS
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.

        Pursuant to this Court's Order of April 7, 2011, granting

Lead Plaintiff's Motion for an Appeal Bond pursuant to Fed. R.

App. P. 7, and the Declaration of Louis Gottlieb dated April 15,

2011, setting forth the basis for Lead Plaintiff's estimate of

taxable costs on appeal, Alan Rothstein and Mollye Rothstein are

HEREBY ORDERED to post an Appeal Bond of $17,274.60, for which

they are jointly and severally liable, within 10 days of the date

of this Order.


        SO ORDERED.

Dated:    New York, NY
          April 19, 2011

                                        _Deborah A. Batts_____
                                         DEBORAH A. BATTS
                                        United States District Judge