UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

IN RE AMERICAN INTERNATIONAL GROUP,
INC. SECURITIES LITIGATION                    04 Civ. 8141 (DAB)

This Document Relates to:
ALL ACTIONS
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Rothstein Objectors' Motion to Stay and Reconsider this Court's Appeal Bond Order of April 19, 2011, is DENIED as untimely under Local Civil Rule 6.3.


SO ORDERED.

Dated:   New York, NY
         May 16, 2011

                                    DEBORAH A. BATTS
                                    United States District Judge