IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AMERICAN INTERNATIONAL        )   Master File No. 04 Civ. 8141 (DAB)
GROUP, INC. SECURITIES LITIGATION   )

---

### NOTICE OF TENDER OF CASH BOND BY THE ROTHSTEIN CLASS MEMBERS/OBJECTORS/APPELLANTS

NOTICE IS HEREBY GIVEN that certain of the Rothstein Class members/ Objectors/ Appellants, having appealed to the U.S. Court of Appeals for the Second Circuit from the Order Stating Bond Amount (Doc #591), entered on April 19, 2011, by United States District Judge Deborah A. Batts, hereby give Notice that pursuant to Rule 7 of the Federal Rules of Appellate Procedure, that the above named class members/ objectors/ appellants herewith have tendered to the Clerk of the United States District Court for the Southern District of New York, the sum of Seven Hundred Fifty dollars and 00 cents ($750.00) as security for costs on appeal to the United States Court of Appeals for the Second Circuit.

Respectfully Submitted,

N. Albert Bacharach, Jr.
Pro Hac Vice
Florida Bar Number: 209783

Paul E. Kerson
Leavitt, Kerson & Duane
228 East 45th Street, 17th Floor
New York, NY 10017
(212)973-9339
Bar No. PEK8789
kersonpaul@aol.com

N. ALBERT BACHARACH, JR., P.A.
115 Northeast 6thAvenue
Gainesville, Florida 32601
(352)378-9859 FAX (352)338-1858
N.A.Bacharach@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2011, I served a true and correct copy of the foregoing document to the persons listed below:

Clerk of the Court
U.S. District Court
500 Pearl Street
New York, NY 10007

Thomas A. Dubbs
Zachary Myles Ratzman
Edward Labaton
Louis Gottlieb
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Antony L Ryan
Thomas G. Rafferty
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

David John Michalski
Hahn Loeser & Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114

Samuel Howard Rudman
Mario Alba, Jr
Robbins Geller Rudman & Dowd
LLP(LI)
58 South Service Road
Suite 200
Melville, NY 11747

Robert Andrew Skirnick
Meredith Cohen Greenfogel & Skirnick
One Liberty Plaza 35th Floor
New York, NY 10006

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
38th Floor
New York, NY 10019

Jason Samuel Cowart
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Joel B. Strauss
Frederic Scott Fox, Sr
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022

Aaron Lee Brody
Stull Stull & Brody
6 East 45th Street, 5th Floor
New York, NY 10017

2

Roy Laurence Jacobs
Roy Jacobs & Associates
60 East 42nd Street
46th Floor
New York, NY 10165

Michael Jameson Pucillo
Berman DeValerio
4280 Professional Center Drive
Suite 350
Palm Beach Gardens, Fl 33410

Daniel Jonathan Kramer
Daniel J. Leffell
Roberta Ann Kaplan
Stacey A. Shortall
Lewis E. Farberman
Paul, Weiss, Rifkind, Wharton &
Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Deborah G. Solmor
Gregory S. Bailey
Ryan Stoll
Douglas M. Kraus
George Abraham Zimmerman
Thoufiq Kutty
Cyrus Amir-Mokri
Andrew J. Jarzyna
Skadden, Arps, Slate, Meagher & Flom,
LLP (IL)
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Nicholas A. Gravante , Jr
Boies, Schiller & Flexner, LLP(NYC)
575 Lexington Avenue
New York, NY 10022

Amy Lynn Neuhardt
Boies, Schiller & Flexner, LLP(NYC)
575 Lexington Avenue
New York, NY 10022

David Scott Bassinson
Boies, Schiller & Flexner LLP (Albany)
10 North Pearl Street, 4th Floor
Albany, NY 12207

Robert Jeffrey Dwyer
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, NY 10022

Steven Ian Froot
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, NY 10022

Vincent Anthony Sama
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Michael Sangyun Kim
Steven William Perlstein
Francisco J. Navarro
Jonathan David Cogan
Kobre & Kim LLP
800 Third Avenue
6th Floor
New York, NY 10022

James R. Levine
Meredith Lewis Turner
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

3

Michael Samuel Chernis
Schwartz & Ballen LLP
1990 M Street Nw Suite 500
Washington, NY 20036

Tracy Ellen Sivitz
Flora Tartakovsky
Joshua Reid Geller
Noah Ephraim Shelanski
Hafetz Necheles & Rocco
500 Fifth Avenue
29th Floor
New York, NY 10110

James Gaal Gamble
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Douglas Ira Koff
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

Clifford H. Schoenberg
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

David H. Fry
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

George M. Garvey
Munges, Tolles & Olsen
355 South Grand Avenue
Los Angeles, CA 90071

Stephen D. Andrews

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Kerry Ann Dziubek
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Charles I. Poret
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797

David Adam Kotler
Dechert, LLP (NJ)
902 Carnegie Center
Princeton, NJ 08540

Megan Elizabeth Zavieh
Dechert, LLP (NJ)
902 Carnegie Center
Princeton, NJ 08540

Andrew W. Stern
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019

Craig D. Singer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

Jeremiah L Williams
Gerald A. Feffer
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

4

Samuel Joseph Hand
Jones Day
222 East 41st Street
New York, NY 10017

Thomas E. Lynch
Jones Day (NYC)
222 East 41st Street
New York, NY 10017

Steven R. Schindler
Schindler Cohen & Hochman
100 Wall Street
New York, NY 10005

Joseph De Simone
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Dennis Patrick Orr
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Frank J. Silvestri , Jr.
Levett Rockwood, P.C.
33 Riverside Avenue
P.O. Box 5116
Fairfield, CT 06881

Jeffrey L. Weinstein
Jeffrey L. Weinstein, P.C.
518 East Tyler Street
Athens, TX 75751

Catherine A. Torell
Cohen Milstein Sellers & Toll P.L.L.C.
88 Pine Street
14th, Floor
New York, NY 10005

Robert Jason Shapiro
The Shapiro Law Firm, LLP
500 Fifth Avenue, 14th Flr.
New York, NY 10110

Brian Edward Spears
Levett Rockwood, P.C.
33 Riverside Avenue
P.O. Box 5116
Fairfield, CT 06881

Robert E. Margulies
Partner / Margulies Wind
3 Second St., Suite 1201
Jersey City, NJ 07311



N. Albert Bacharach, Jr.