UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
:
IN RE AMERICAN INTERNATIONAL     :   **ECF CASE**
GROUP, INC. SECURITIES LITIGATION :
:   Master File No. 04 Civ. 8141 (DAB) (AJP)
This Document Relates To:  All Actions  :
:   Oral Argument Requested
:
―――――――――――――――――――――x

## NOTICE OF LEAD PLAINTIFF'S MOTION
## FOR APPROVAL OF PROPOSED SETTLEMENT WITH
## DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23 (a), (b)(3) and (e), the Court appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund, will move the Court on January 31, 2012, at 11:00 a.m., before the Honorable Deborah A. Batts at the U.S. Courthouse, 500 Pearl Street, New York, NY  10007 for orders: (a) granting final approval of the proposed Settlement; (c) granting certification of the Settlement Class; and (b) approving the Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff submits and is filing herewith: Lead Plaintiff's Memorandum of Law in Support of its Motion for Approval of Proposed Settlement with Defendant American International Group, Inc., dated December 2, 2011, and the Declaration of Thomas A. Dubbs in Support of Proposed Class Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses, with annexed exhibits,

dated December 2, 2011.  Proposed orders will be submitted with Lead Plaintiff's reply submission

on or before January 13, 2012.


Dated: New York, New York
       December 2, 2011

|  |  |
|---|---|
|  | MICHAEL DEWINE, ATTORNEY GENERAL OF OHIO |
|  | **LABATON SUCHAROW LLP** |
| Alan S. Kopit (Ohio Bar #0031965) **HAHN LOESER & PARKS LLP** 200 Public Square, Suite 2800 Cleveland, Ohio  44114-2301 (216) 621-0150 (216) 274-2478 (fax) *Special Counsel to the Attorney General of Ohio and the Ohio State Funds and Lead Counsel for the Class* | By   /s/Thomas A. Dubbs Thomas A. Dubbs (TD 9658) Louis Gottlieb (LG 9169) Nicole M. Zeiss (NZ 3894) Thomas G. Hoffman (TG 0330) 140 Broadway New York, New York  10005 (212) 907-0700 (212) 818-0477 (fax) *Lead Counsel for Lead Plaintiff Ohio State Funds and Lead Counsel for the Class* |