**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————x
:
IN RE AMERICAN INTERNATIONAL     :    <u>**ECF CASE**</u>
GROUP, INC. SECURITIES LITIGATION   :
    :    Master File No. 04 Civ. 8141 (DAB) (AJP)
This Document Relates To:  All Actions    :
    :    <u>Oral Argument Requested</u>
:
————————————————————x

### NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFF'S REQUEST FOR REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2), Labaton

Sucharow LLP and Hahn Loeser & Parks LLP, Court-appointed Lead Counsel, will move the Court

on January 31, 2012, at 11:00 a.m., before the Honorable Deborah A. Batts, at the U.S. Courthouse,

500 Pearl Street, New York, NY  10007 for an order: (a) awarding attorneys' fees; (b) reimbursing

litigation expenses incurred by counsel; and (c) reimbursing the Ohio Public Employees Retirement

System and State Teachers Retirement System of Ohio for their reasonable costs and expenses

directly relating to the representation of the Class, pursuant to the Private Securities Litigation

Reform Act ("PSLRA"), 15 U.S.C. §78u-4 (a)(4).

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Counsel

submits and is filing herewith: the Memorandum of Law in Support of Lead Counsel's Motion for

an Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for

Reimbursement of Expenses, dated December 2, 2011, and the Declaration of Thomas A. Dubbs in

Support of Proposed Class Settlement, Plan of Allocation and Award of Attorneys' Fees and

Expenses, with annexed exhibits, dated December 2, 2011.  A proposed order will be submitted

with Lead Counsel's reply submission on or before January 13, 2012.


Dated: New York, New York
        December 2, 2011

                                                    **MICHAEL DEWINE,**
                                                    **ATTORNEY GENERAL OF OHIO**

                                                    **LABATON SUCHAROW LLP**


Alan S. Kopit  (Ohio Bar #0031965)           By_____/s/ Thomas A. Dubbs_____
**HAHN LOESER & PARKS LLP**                      Thomas A. Dubbs (TD 9658)
200 Public Square, Suite 2800                    Louis Gottlieb (LG 9169)
Cleveland, Ohio  44114-2301                      Nicole M. Zeiss (NZ 3894)
(216) 621-0150                                   Thomas G. Hoffman (TG 0330)
(216) 274-2478 (fax)                             140 Broadway
                                                 New York, New York  10005
                                                 (212) 907-0700
*Special Counsel to the Attorney General of Ohio and the*    (212) 818-0477 (fax)
*Ohio State Funds and Lead Counsel for the Class*

                                                 *Lead Counsel for Lead Plaintiff Ohio State Funds and*
                                                 *Lead Counsel for the Class*