# Exhibit 1



Securities Class Action Services

# Securities Class Action Services

## The SCAS 100 for Q3 2011

**The SCAS "Top 100 Settlements Quarterly Report"** identifies the largest securities class action settlements filed after the passage of the Private Securities Litigation Reform Act of 1995, ranked by the total value of the settlement fund.

The Top 100 Settlements Quarterly Report provides a wealth of information, including the settlement date, filing court, settlement fund, and identifies the key players for each settlement.

The report, which is updated and circulated quarterly, is broken down into the following categories:

### Top 100 Settlements Quarterly Report
The Front Page provides the complete list of the Top 100 Securities Class Action Settlements, ranked according to the Total Settlement Amount, and provides information on the filing court, settlement year and settlement fund. The SCAS Top 100 does not include non-US cases and the SEC disgorgements. Cases with the same settlement amount are given the same ranking.

For cases with multiple partial settlements, the amount indicated in the Total Settlement Amount is put together by combining all partial settlements. The settlement year reflects the year the most recent settlement was approved by the Court.

Cases in the Top 100 settlements are limited to those that have been filed on or after January 1, 1996. Only final settlements are included. Data on SEC settlements are not included, but rather compiled in a separate list—The Top 30 SEC Disgorgements.

### Top 100 Settlements from 1996-2010
The Top 100 Settlements from 1996-2010 section provides a chart of the cases in the Top 100 Settlements Quarterly Report, categorized by Settlement Year. The Settlement Year corresponds to the year the settlement, or the most recent partial settlement, received final approval from the Court.

### Institutional Lead Plaintiff Participation
The Institutional Lead Plaintiff section displays the number of cases in the Top 100 involving Institutional Lead Plaintiffs and also identifies the institutional investors serving as Institutional Lead Plaintiff.

### Lead Counsel Participation
The Lead Counsel Participation section lists the law firms that served as lead or co-lead counsel for each litigation in the Top 100 settlements and identifies the most frequent lead or co-lead counsel appearing in the Top 100.



Securities Class Action Services

### Claims Administration
The Claims Administration section lists the claims administrators who handled the Top 100 settlements and identifies the most frequent claims administrators in the Top 100.

### Restatements
The Restatements section identifies the cases in the Top 100 involving accounting restatements, and shows the ratio of restatement cases to non-restatement cases in the Top 100.

### Top 30 SEC Disgorgements
The Top 30 SEC Disgorgements section provides a list of the largest SEC settlements, ranked according to the Total Settlement Amount. The Total Settlement Amount reflects the sum of disgorgement and civil penalties in settlements reached with the SEC. The Top 30 SEC Disgorgements includes only those where the distribution plan has received final approval. Cases with the same settlement amount are given the same ranking.



Securities Class Action Services

## Top 100 Settlements Quarterly Report

| Rank | Case Name | Court | Settlement Year | Total Settlement Amount |
|---|---|---|---|---|
| 1 | Enron Corp. | S.D. Tex. | 2010 | $7,242,000,000 |
| 2 | WorldCom, Inc. | S.D.N.Y. | 2005 | $6,156,100,670 |
| 3 | Cendant Corp. | D. N.J. | 2000 | $3,318,250,000 |
| 4 | Tyco International, Ltd | D. N.H. | 2007 | $3,200,000,000 |
| 5 | AOL Time Warner, Inc. | S.D.N.Y. | 2006 | $2,500,000,000 |
| 6 | Nortel Networks Corp. I | S.D.N.Y. | 2006 | $1,142,775,308 |
| 7 | Royal Ahold, N.V. | D. Md. | 2006 | $1,100,000,000 |
| 8 | Nortel Networks Corp. II | S.D.N.Y. | 2006 | $1,074,265,298 |
| 9 | McKesson HBOC Inc. | N.D. Cal. | 2008 | $1,042,500,000 |
| 10 | UnitedHealth Group, Inc. | D. Minn. | 2009 | $925,500,000 |
| 11 | HealthSouth Corp. | N.D. Ala. | 2010 | $804,500,000 |
| 12 | Xerox Corp. | D. Conn. | 2009 | $750,000,000 |
| 13 | Lucent Technologies, Inc. | D. N.J. | 2003 | $667,000,000 |
| 14 | Countrywide Financial Corp. | C.D. Cal. | 2011 | $624,000,000 |
| 15 | Cardinal Health, Inc. | S.D. Ohio | 2007 | $600,000,000 |
| 16 | IPO Securities Litigation | S.D.N.Y. | 2009 | $586,000,000 |
| 17 | BankAmerica Corp. | E.D. Mo. | 2004 | $490,000,000 |
| 18 | Merrill Lynch & Co., Inc. | S.D.N.Y. | 2009 | $475,000,000 |
| 19 | Dynegy, Inc. | S.D. Tex. | 2005 | $474,050,000 |
| 20 | Adelphia Communications Corp. | S.D.N.Y. | 2011 | $466,725,000 |
| 21 | Raytheon Company | D. Mass. | 2004 | $460,000,000 |
| 22 | Waste Management Inc. II | S.D. Tex. | 2003 | $457,000,000 |
| 23 | Global Crossing, Ltd. | S.D.N.Y. | 2007 | $447,800,000 |
| 24 | Qwest Communications International, Inc. | D. Colo. | 2009 | $445,000,000 |
| 25 | Federal Home Loan Mortgage Corp. (Freddie Mac) | S.D.N.Y. | 2006 | $410,000,000 |
| 26 | Marsh & McLennan Companies, Inc. | S.D.N.Y. | 2009 | $400,000,000 |
| 27 | Cendant Corp. (PRIDES) | D. N.J. | 2006 | $374,000,000 |
| 28 | Refco, Inc. | S.D.N.Y. | 2011 | $358,300,000 |
| 29 | Rite Aid Corp. | E.D. Pa. | 2003 | $319,580,000 |
| 30 | Williams Companies, Inc. | N.D. Okla. | 2007 | $311,000,000 |