# Exhibit 2

## Table of Objector History
### (Cases Involving N. Albert Bacharach, Jr., Rinis Travel, Michael Rinis, and Steve Miller)

| Case | AIG Objector Counsel/Objector | Objection | Outcome Of Objection |
|---|---|---|---|
| *Azizian v. Federated Dept. Stores, Inc.*, No. 03-3359, 2006 WL 4037549 (N.D. Ca. Sept. 29, 2006) | Bacharach, N. Albert, Jr. (others) | Settlement distribution plan and attorneys' fees and costs | The coordinated objectors "vastly overstated the role they played in this case." The objectors' role was "one of confirmation not origination." The Court awarded the coordinated objectors' attorneys $53,843 in expenses and denied an award of attorneys' fees. |
| *Baynam v. PMI Mortgage Ins. Co.*, 313 F.3d 1337 (11th Cir. 2002), No. 99-241, D.E.# 175, 159 | Bacharach, N. Albert, Jr. (others) | Amount of settlement, notice, scope of release, claims procedure, requested creation of separate sub-class | Objections Overruled Settlement Approved Objectors required to post bond |
| *Downey v. Mortgage Guar. Ins. Corp.*, 313 F.3d 1341 (11th Cir. 2002), No. 00-108, D.E.# 93, 106, 114, 159 | Bacharach, N. Albert, Jr. (others) | Amount of settlement, notice, scope of release, claims procedure, requested creation of separate sub-class | Objections Overruled Settlement Approved Objectors required to post bond |
| *In re Florida Microsoft Anti- Trust Litig.*, 905 So.2d 195 (Fla. App. 2005) | Bacharach, N. Albert, Jr. (others) | Scope of release and fee multiplier is prohibited in FDUTPA cases | Objections Overruled Settlement Approved |
| *In re Lorazepam/CIorae & Clorazepam Antitrust Litig.*, 205 F.R.D. 369 (D.D.C. 2002) | Bacharach, N. Albert, Jr. (others) | Inadequate notice, insufficient settlement amount, claim form burdensome | Objections Overruled Settlement Approved |
| *In re Serzone Products Liability*, No. MDL 1477, 231 F.R.D. 221 (S.D. W. Va. 2005), D.E. #215 | Bacharach, N. Albert, Jr. (others) | Amount of settlement, settlement claims procedure, amount of attorneys' fees, and adequacy of notice | Objections Overruled, but Objection to "beyond reasonable doubt" standard for overturning claims determinations sustained, Settlement Approved |
| *In re VISA Check/Mastermoney Antitrust Litig.*, 297 F. Supp. 2d 503 (E.D.N.Y. 2005), D.E. # 878, 1051, 1058 | Bacharach, N. Albert, Jr. (others) | Scope of release, settlement consideration, notice, amount of attorneys' fees | Objections Overruled Settlement Approved |

| Case | AIG Objector Counsel/Objector | Objection | Outcome Of Objection |
|---|---|---|---|
| *In re Warfarin Sodium Antitrust Litig.*, 212 F.R.D. 231 (D. Del. 2002) | Bacharach, N. Albert, Jr. (others) | Certification of class | Objections Overruled Settlement Approved |
| *In re Delphi Corp. Sec., Derivative & "ERISA" Litig.*, No. 05-md-1725, 248 F.R.D. 483 (E.D.Mich 2008) | Bacharach, N. Albert, Jr. Rinis, Michael objector (others) | Amount of attorneys' fees | Objections Overruled Settlement Approved ***Finding Rinis could be "fairly characterized as a 'serial objector'."*** |
| *In re Diet Drugs Prod. Liab. Litig.*, 99-20593 (E.D. Pa.), a/k/a *Brown v. American Home Products,* 2002 WL 32154197 (E.D. Pa. 2002), 2000 WL 1222042 (E.D. Pa. Aug. 28, 2000), 2000 WL 1346904 (E.D. Pa. Aug. 28, 2000) | Bacharach, N. Albert, Jr. Rinis, Michael objector (others) | Structure of settlement benefits | Objectors' counsel sought $2.75M in fees & expenses. Court found that it would be "inappropriate" to award Objectors' Counsel fees for "pointing out the obvious," because negotiations regarding content of objections were already in progress at time objections were made. |
| *In re Nortel Networks Corp. Securities Litigation ("Nortel I")*, No. 01 CIV. 1855(S.D.N.Y.), 2006 WL 3802198 (December 26, 2006 S.D.N.Y.) | Bacharach, N. Albert, Jr. Rinis Travel (others) | Adequacy of notice, amount of attorneys' fees | Objections Overruled Settlement Approved |
| *Newby v. Enron Corp.*, 394 F.3d 296 (5th Cir. 2004) ($40 million settlement with foreign defendants) | Rinis Travel Rinis, Michael (others) | Size of the litigation expense fund, class counsel's expenses, due process | Objections Overruled Settlement Approved |
| *In re Disposable Contact Lens Antitrust Litig.*, 94-MDL-1030 (M.D. Fla), D.E. #1206, 1253, 1320 | Rinis, Michael objector (others) | Adequacy of notice, allocation of settlement, amount of settlement, amount of attorneys' fees | Objections Overruled Settlement Approved |
| *In re Lucent Technologies, Inc., Securities Litigation,* 327 F.Supp.2d 426 (D.N.J. 2004) | Rinis Travel (others) | Amount of attorneys' fees | Objections Overruled Fees and Expenses Awarded Settlement Previously Approved |

| Case | AIG Objector Counsel/Objector | Objection | Outcome Of Objection |
|---|---|---|---|
| *In re WorldCom, Inc. Securities Litigation*, No. 02 CIV 3288 (S.D.N.Y.), 2004 WL 2591402 (November 12, 2004 S.D.N.Y.) | Rinis Travel (others) | Amount of settlement, plan of allocation, adequacy of notice, amount of attorneys' fees | Objections Overruled Settlement Approved |
| *In re Initial Public Offering Sec. Litig.*, 21 MC 92 (S.D.N.Y.), 671 F.Supp.2d 467 (S.D.N.Y. Oct. 5, 2009), 728 F. Supp.2d 289 (S.D.N.Y. July 20, 2010) | Rinis Travel Miller, Steve *pro se* (others) | Adequacy of notice, amount of settlement, burden of claims process, amount of attorneys' fees | Objections Overruled Settlement Approved Miller and others ordered to post bond totaling $25,000 |
| *In re Farmers Ins. Co., Inc. FCRA Litig.*, 03-cv-00158-F (W.D.Okla.), D.E. # 996, 1010 | Miller, Steve pro se (others) | Adequacy of notice, burden of claims procedure, deadline for objections, amount of attorneys' fees and lead plaintiff awards | Objections Overruled Settlement Approved |
| *In re Tyson Foods, Inc. Chicken Raised Without Antibiotics Consumer Litig.,* No. 1:08-md-01982-RDB (D.Md.), D.E. #110, 121 | Miller, Steve *pro se* (others) | Amount of settlement, burden of claims procedure, amount of attorneys' fees and lead plaintiff awards, adequacy of notice | Objections Overruled Settlement Approved |