UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. SECURITIES LITIGATION | ECF CASE<br><br>Master File No. 04 Civ. 8141 (DAB) (AJP) |

**NOTICE OF APPEAL**

Notice is hereby given that class member objector Steve A. Miller, P.C. Profit Sharing Plan hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum & Order entered February 2, 2012 [Doc. 619], Order Approving Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for Reimbursement of Expenses entered February 2, 2012 [Doc. 620], Order Approving Plan of Allocation entered February 2, 2012 [Doc. 621], and Order and Final Judgment as to American International Group, Inc. entered February 2, 2012 [Doc. 622].

Respectfully submitted,

*/s/ Steve A. Miller*

Steve A. Miller (*pro hac vice*)
Steve A. Miller, Trustee
Steve A. Miller, P.C. Profit Sharing Plan
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

1