USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AMERICAN INTERNATIONAL
GROUP, INC. SECURITIES LITIGATION

Master File No. 04 Civ. 8141 (DAB)

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

NOTICE IS HEREBY GIVEN that Objectors Rinis Travel Service Inc. Profit Sharing Trust (PST) U/A 06/01/89; Rinis Travel Service Inc. Profit Sharing Plant (PSP) U/A 06/01/89, Alan Rothstein, and Mollye Rothstein appeal to the United States Court of Appeals for the Second Circuit, United States District Judge Deborah A. Batts' January 18, 2012 "Order" (Doc 612); United States District Judge Deborah A. Batts' February 2, 2012 "Memorandum & Order" (Doc 619); United States District Judge Deborah A. Batts' February 2, 2012 "Order Approving Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and Lead Plaintiff's Request for Reimbursement of Expenses" (Doc 620); United States District Judge Deborah A. Batts' February 2, 2012 "Order Approving Plan of Allocation" (Doc 621); and United States District Judge Deborah A. Batts' February 2, 2012 "Order and Final Judgment as to American International Group, Inc." (Doc 622).

Respectfully Submitted,

/s/ Paul E. Kerson
Paul E. Kerson
Leavitt, Kerson & Duane
228 East 45th Street, 17th Floor
New York, NY 10017
(212)973-9339
Bar No. PEK8789
kersonpaul@aol.com

## NOTICE OF COMPLIANCE WITH RULE 3(a)(1)
## FEDERAL RULE OF APPELLATE PROCEDURE

To compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure in this CM/ECF filing case, the foregoing Notice of Appeal to the United States District Court, Southern District of New York was filed electronically with the Clerk of the Court using the CM/ECF filing system and all counsel of record will thereby receive notice; and 15 hard copies were mailed to the Clerk of the Court for counsel of record that are not in the cm/ecf system.

/s/ Paul E. Kerson

Paul E. Kerson