10-5038-cv
Public Employees Retirement Assoc. of New Mexico, et al. v. Rothstein et al.

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 15th day of February, two thousand twelve.

PRESENT: RICHARD C. WESLEY,
         SUSAN L. CARNEY,
              *Circuit Judges.*
         ROSLYNN R. MAUSKOPF
              *District Judge.**

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2012

In Re: American International Group, Inc Securities Litigation
_____

ALAN ROTHSTEIN, MOLLYE ROTHSTEIN,

                *Objectors - Appellants,*

MARISA ROTHSTEIN, SHARYN ROTHSTEIN,

                *Objectors,*

          -v.-           10-5038

OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO POLICE AND FIRE PENSION FUND,

                *Plaintiffs - Appellees,*

---

*Judge Roslynn R. Mauskopf, of the United States District Court for the Eastern District of New York, sitting by designation.

**MANDATE ISSUED ON 04/13/2012**

and,

PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO, MICHAEL FEDER, on behalf of himself and all others similarly situated, PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, JEROME NOLL, Individually and on behalf of all others similarly situated, STEPHAN FRANK, on behalf of himself and all others similarly situated, JOSEPH SCUILLA, EUGENE OLSON, ROBERT J. CASEY, II, on behalf of himself and all others similarly situated, LISA M. CROUCH, on behalf of herself and all others similarly situated, MICHAEL CASSIDY, on behalf of herself and all others similarly situated, ANNE E. FLYNN, ROBERT D. JAFFEE IRA ROLLOVER, ROBERT D. & PHYLLIS A. JAFFEE FAMILY FOUNDATION, ROBERT D. JAFFE, as Trustee of the Robert D. Jaffee Revocable Trust, SAN FRANCISCO EMPLOYEES' RETIREMENT SYSTEM,

*Plaintiffs,*

*-v.-*

PRICEWATERHOUSECOOPERS LLP,

*Defendant - Appellee,*

and,

MAURICE GREENBERG, HOWARD SMITH, THOMAS TIZZIO, MARTIN J. SULLIVAN, CHRISTIAN MILTON, FRANK J. HOENEMEYER, AXEL I. FREUDMANN, RICHARD A. GROSIAK, DONALD P. KANAK, PATRICIA R. MCCANN, STARR INTERNATIONAL COMPANY, INC., CORINNE P. GREENBERG, MAURICE R. HANK GREENBERG, C.V. STARR & CO., INC., MICHAEL J. CASTELLI, CITIGROUP GLOBAL MARKET, FKA SALOMON SMITH BARNEY, GOLDMAN SACHS & CO., JP MORGAN CHASE & CO., MERRILL LYNCH AND COMPANY, MORGAN STANLEY, MICHAEL L. MURPHY, RICHMOND INSURANCE COMPANY, LIMITED, UNION EXCESS REINSURANCE COMPANY, INCORPORATED, EVAN GREENBERG, ELI BROAD, AXA FINANCIAL, INC., WACHOVIA SECURITIES, INC., JOHN A. GRAF, AMERICAN INTERNATIONAL GROUP, INC., GENERAL REINSURANCE CORPORATION, RONALD FERGUSON, JOHN HOULDSWORTH, RICHARD NAPIER,

*Defendants,*

and,

COMPLETE CLAIMS SOLUTIONS, LLC,

          *Claims Administrator - Appellee.*

---

FOR APPELLANT:   N. ALBERT BACHARACH, JR., Gainesville, FL.

FOR APPELLEE:   THOMAS G. RAFFERTY, (Antony L. Ryan, *on the brief*), Cravath, Swaine & Moore LLP, New York, NY, *for Defendant-Appellee PricewaterhouseCoopers LLP.*

          THOMAS A. DUBBS, (Louis Gottlieb, Barry Michael Okun, *on the brief*), Labaton Sucharow LLP, New York, NY, *for Appellees-Plaintiffs Ohio State Funds; Co-Lead Counsel to the Class.*

          ALAN S. KOPIT, Hahn Loeser & Parks LLP, Cleveland, OH, *Special Counsel to the Attorney General of Ohio and the Appellees-Plaintiffs Ohio State Funds; Co-Lead Counsel to the Class.*

Appeal from the United States District Court for the Southern District of New York (Batts, *J.*)

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the United States District Court for the Southern District of New York be **AFFIRMED**.

Objector-Appellants, the Rothsteins, appeal from a judgment of the United States District Court for the Southern District of New York (Batts, *J.*), overruling their objection and approving a settlement between Plaintiffs-

3

1   Appellees and Defendants-Appellees.  We assume the parties'
2   familiarity with the underlying facts and procedural
3   history.
4        The Rothsteins appeal the district court's denial of
5   their objection to the settlement on the basis of a
6   purportedly defective Notice of Settlement.  They argue that
7   the Notice of Settlement failed to satisfy the requirements
8   of the Private Securities Litigation Reform Act of 1995
9   ("PSLRA") because it did not include a statement from each
10  party regarding the amount of damages per share each
11  believed would be recoverable if plaintiffs were to prevail
12  on each claim.  The plain language of 15 U.S.C. § 78u-
13  4(a)(7)(B)(ii), on which the Rothsteins rely, however, does
14  not require that the parties provide their respective views
15  about recoverable damages in the event they disagree about
16  the amount recoverable.  Rather, the plain language of the
17  PSLRA clearly requires an amount recoverable be provided
18  *only* in the case that the parties agree on that amount.  15
19  U.S.C. § 78u-4(a)(7)(B)(i).  Here, the parties disagreed
20  about damages recoverable, making 15 U.S.C. § 78u-
21  4(a)(7)(B)(ii) rather than (B)(i) applicable.  15 U.S.C.
22  § 78u-4(a)(7)(B)(ii) only requires parties who disagree
23  regarding the amount of damages per share to provide "a

statement from each settling party concerning the issue or issues on which the parties disagree." The Notice of Settlement complied with the PSLRA in this regard. 15 U.S.C. § 78u-4(a)(7)(B)(ii) required no more.

The Rothsteins' interpretation of the statute contradicts the statute's plain language and finds no support in the precedent of this or any other circuit. We decline to read into the PSLRA a requirement that Congress did not include. *See Russello v. United States*, 464 U.S. 16, 23 (1983). The district court properly overruled the Rothsteins' objection.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit