UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――x
:
IN RE AMERICAN INTERNATIONAL : **ECF CASE**
GROUP, INC. SECURITIES LITIGATION :
: Master File No. 04 Civ. 8141 (DAB) (AJP)
This Document Relates To:  All Actions :
: Oral Argument Requested
:
――――――――――――――――――――――――――x

### NOTICE OF LEAD PLAINTIFF'S MOTION
### FOR APPROVAL OF PROPOSED SETTLEMENT WITH
### THE STARR DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23 (a), (b)(3) and (e), the Court appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and Ohio Police & Fire Pension Fund, will move the Court on June 28, 2012, at 4:00 p.m.., before the Honorable Deborah A. Batts at the U.S. Courthouse, 500 Pearl Street, New York, NY  10007 for orders: (a) granting final approval of the proposed Settlement; (c) granting certification of the Settlement Class; and (b) approving the Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff submits and is filing herewith: Lead Plaintiff's Memorandum of Law in Support of its Motion for Final Approval of Proposed Class Settlement with the Starr Defendants, dated April 27, 2012, and the Declaration of Thomas A. Dubbs in Support of Proposed Class Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses, with annexed exhibits, dated April 27, 2012.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before June 13, 2012.

Dated: New York, New York
April 27, 2012

|  |  |
|---|---|
|  | **MICHAEL DEWINE,** <br> **OHIO ATTORNEY GENERAL** |
|  | **LABATON SUCHAROW LLP** |
| Alan S. Kopit (Ohio Bar #0031965) <br> **HAHN LOESER & PARKS LLP** <br> 200 Public Square, Suite 2800 <br> Cleveland, Ohio  44114-2301 <br> (216) 621-0150 <br> (216) 274-2478 (fax) <br><br> *Special Counsel to the Ohio Attorney General and the Ohio State Funds and Lead Counsel for the Class* | By   /s/Thomas A. Dubbs <br> Thomas A. Dubbs (TD 9658) <br> Louis Gottlieb (LG 9169) <br> Nicole M. Zeiss (NZ 3894) <br> Thomas G. Hoffman (TG 0330) <br> 140 Broadway <br> New York, New York  10005 <br> (212) 907-0700 <br> (212) 818-0477 (fax) <br><br> *Lead Counsel for Lead Plaintiff Ohio State Funds and Lead Counsel for the Class* |