UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
                                              :
                                              :
IN RE AMERICAN INTERNATIONAL                  :   **ECF CASE**
GROUP, INC. SECURITIES LITIGATION             :
                                              :   Master File No. 04 Civ. 8141 (DAB) (AJP)
                                              :
This Document Relates To:  All Actions        :
                                              :
———————————————————————— x

## ~~[PROPOSED]~~ ORDER REGARDING THE BRIEFING SCHEDULE FOR THE NEW YORK STATE ATTORNEY GENERAL'S OBJECTION TO THE STARR SETTLEMENT

WHEREAS, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Police & Fire Pension Fund ("Lead Plaintiff") and Maurice R. Greenberg, Howard I. Smith, Christian M. Milton, Michael J. Castelli, C.V. Starr & Co., Inc., and Starr International Company, Inc. (the "Starr Defendants") have entered into the Contingent Agreement of Compromise and Settlement, dated August 10, 2009 (the "Settlement");

WHEREAS, the New York State Office of the Attorney General ("NYAG") has informed Lead Plaintiff that it intends to object to the Starr Settlement on various grounds;

WHEREAS, pursuant to the Preliminary Approval Order entered by the Court on February 3, 2012, the time for filing objections to the Settlement was May 25, 2012;

WHEREAS, on May 23, 2012, the Court issued an Order allowing the NYAG until June 1, 2012 to file its objection to the Settlement;

WHEREAS, on June 1, 2012, the Court issued an Order allowing the NYAG until July 13, 2012 to file its objection to the Settlement;

WHEREAS, on July 10, 2012, the Court issued an Order allowing the NYAG until July 27, 2012 to file its objection to the Settlement;

WHEREAS, on July 26, 2012, the Court issued an Order allowing the NYAG until August 17, 2012 to file its objection to the Settlement;

WHEREAS, counsel for Lead Plaintiff has requested an extension of its time to respond to any objection until September 21, 2012 in light of a planned vacation;

IT IS this **16** day of August, 2012:

ORDERED that the following briefing schedule is approved by the Court:

1. The NYAG shall file any objection to the Settlement by ~~September 7, 2012~~ **August 17, 2012**;

2. Lead Plaintiff and the Starr Defendants shall have until ~~September 21, 2012~~ **September 18, 2012** to file their oppositions to any objection to the Settlement by the NYAG;

3. The date for final approval of the Settlement will be put off to a date certain, to be determined by the Court.

SO ORDERED.

*Deborah A. Batts*

Hon. Deborah A. Batts, U.S.D.J.