UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
:
:
: **ECF CASE**
:
IN RE AMERICAN INTERNATIONAL        :
GROUP, INC. SECURITIES LITIGATION   :   Master File No. 04 Civ. 8141 (DAB) (AJP)
:
This Document Relates To:  All Actions  :   Oral Argument Requested
:
----------------------------------------x

# NOTICE OF LEAD PLAINTIFF'S MOTION
# FOR APPROVAL OF PROPOSED SETTLEMENT WITH
# THE GENERAL REINSURANCE CORPORATION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23 (a), (b)(3) and (e), the Court appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio and the Ohio Police & Fire Pension Fund, will move the Court on September 10, 2013, at 3:00 p.m., before the Honorable Deborah A. Batts at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007 for orders: (a) granting final approval of the proposed Settlement; (b) granting certification of the Settlement Class; and (c) approving the Plan of Allocation.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff submits and is filing herewith: Lead Plaintiff's Memorandum of Law in Support of its Motion for Final Approval of Proposed Class Settlement with the General Reinsurance Corporation, dated July 26, 2013, and the Declaration of Thomas A. Dubbs in Support of Proposed Class Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses, with annexed exhibits, dated July 26, 2013.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before August 29, 2013, after the deadlines for objecting or seeking exclusion from the Settlement Class have passed.

Dated: New York, New York
July 26, 2013

|  |  |
|---|---|
| Alan S. Kopit (Ohio Bar #0031965)<br>**HAHN LOESER & PARKS LLP**<br>200 Public Square, Suite 2800<br>Cleveland, Ohio  44114-2301<br>(216) 621-0150<br>(216) 274-2478 (fax)<br><br>*Special Counsel to the Ohio Attorney General and the Ohio State Funds and Lead Counsel for the Class* | **MICHAEL DEWINE,<br>OHIO ATTORNEY GENERAL**<br><br>**LABATON SUCHAROW LLP**<br><br>By   /s/Thomas A. Dubbs<br>Thomas A. Dubbs (TD 9658)<br>Louis Gottlieb (LG 9169)<br>Nicole M. Zeiss (NZ 3894)<br>Thomas G. Hoffman (TG 0330)<br>140 Broadway<br>New York, New York  10005<br>(212) 907-0700<br>(212) 818-0477 (fax)<br><br>*Lead Counsel for Lead Plaintiff Ohio State Funds and Lead Counsel for the Class* |

2