# Labaton Sucharow

Thomas A. Dubbs
Partner
212 907 0871 direct
212 883 7071 fax
tdubbs@labaton.com

March 6, 2014

**VIA ECF**

The Honorable Deborah A. Batts
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re:   *In re American International Group, Inc. Securities Litigation*, No. 04 Civ. 8141

Dear Judge Batts:

We represent Lead Plaintiffs the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and the Ohio Police & Fire Pension Fund (collectively, "Lead Plaintiffs") in the above-captioned action (the "Action").

We write to provide the Court with an update regarding the claims administration process for the Starr Settlement and the Gen Re settlement. We have been working closely with the claims administrator, who has made significant progress in preparing for a distribution to Class Members from both the Starr Settlement and the Gen Re Settlement. We estimate that we will be able to file a motion seeking Court approval with respect to distributing funds from both of these settlements in approximately 45 – 60 days.

Because there are hundreds of thousands of class members in each of the settlement classes, we estimate that we will save more than $500,000 in administrative expenses by sending out payments for all four AIG settlements (*i.e.* the PwC Settlement, the AIG Settlement, the Starr Settlement and the Gen Re Settlement) at one time rather than in separate mailings.

Respectfully submitted,

*/s/ Thomas A. Dubbs*

Thomas A. Dubbs