UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
:
IN RE AMERICAN INTERNATIONAL  : **ECF CASE**
GROUP, INC. SECURITIES LITIGATION :
: Master File No. 04 Civ. 8141 (DAB) (AJP)
This Document Relates To:  All Actions :
:
:
———————————————————————x

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR APPROVAL OF SETTLEMENT
RESOLVING THE AIG PLANS' DISPUTED CLAIMS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23, the Court-appointed Lead Plaintiff, the Ohio Public Employees Retirement System, State Teachers Retirement System of Ohio, and Ohio Police & Fire Pension Fund, will move the Court, before the Honorable Deborah A. Batts at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for an order: (1) approving the settlement with the American International Group, Inc. Incentive Savings Plan, the American General Agents' and Managers' Thrift Plan, the American International Group, Inc. Retirement Plan, the AIG Insurance Company - Puerto Rico Capital Growth Plan (formerly known as the Chartis Insurance Co. Puerto Rico Capital Growth Plan) (collectively, the "Plans"), and Evercore Trust Company, N.A., as independent fiduciary of the Plans, which will finally resolve the Plans' claims with respect to the settlements with Defendants American International Group, Inc., PricewaterhouseCoopers LLP, General Reinsurance Corp., and the Starr Defendants; (2) deeming the pending Motion of the AIG Plans and Evercore Trust Company to Direct the Settlement Administrator to Approve the AIG Plans' Claims and Distribute Settlement Proceeds to the AIG Plans denied as moot; and (3) such other and further relief as may be just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the motion Lead Plaintiff submits a memorandum of law; the Declaration of Louis Gottlieb, dated June 13, 2017, with an annexed exhibit; and a proposed order.

Dated: New York, New York
      June 13, 2014

Respectfully submitted,

/s/ *Louis Gottlieb*
Thomas A. Dubbs (TD 9658)
Louis Gottlieb (LG 9169)
Nicole M. Zeiss (NZ 3894)
Thomas G. Hoffman (TG 0330)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
(212) 907-0700
(212) 818-0477 (Fax)

*Lead Counsel for Lead Plaintiff and Co-Lead Counsel for the Class*

/s/ *Andrew Agati*
Andrew Agati
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio  44114-2301
(216) 621-0150
(216) 241-2824 (Fax)

*Special Counsel to Lead Plaintiff and Co-Lead Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017 I caused the foregoing Notice of Lead Plaintiff's Motion for Approval of Settlement Resolving the AIG Plans' Disputed Claims to be served electronically on all ECF participants.

.

    /s/ *Louis Gottlieb*
    Louis Gottlieb